**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| V. | } | 14 CR 135 |
| | } | |
| | } | JUDGE KENDALL |
| JOHN BILLS | } | ( 2319) |

## DEFENDANT'S UNOPPOSED MOTION TO TRAVEL

NOW COMES Defendant JOHN BILLS, by and through his attorney, NISHAY K. SANAN, Hereby files this motion to modify bond to allow travel. In support of this motion, Defendant, through counsel, shows to the Court the following:

1. BILLS wishes to travel to ARIZONA for his daughter's wedding.

2. BILLS has spoken to pretrial services, who does not object to said travel.

3. Counsel has spoken to the AUSA who has no objection to said travel.

4. Travel would occur on September 21, 2014 to and including September 30, 2014.

5. BILLS has complied with all terms of his bond.

Wherefore, BILLS, requests that this Court enter an order allowing him to travel to Arizona from September 21, 2014 to and including September 30, 2014.

Respectfully submitted,

__/s/ Nishay K. Sanan_____
Nishay K. Sanan

Nishay K. Sanan, Esq.
Law Offices of Nishay K. Sanan
53 W. Jackson, Suite 1437
Chicago, IL 60604
(312) 692-0360
(312) 278-2483 (fx)