# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                                 Case No.: 1:14–cr–00135
                                                                Honorable Virginia M. Kendall

John Bills, et al.

                                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 27, 2014:


      MINUTE entry before the Honorable Virginia M. Kendall:Motion to modify conditions of release [39] is granted as to John Bills (1)is granted. Defendant's unopposed motion to travel is granted. Defendant is allowed to travel to Arizona from 9/21/2014 to 9/30/2014. Motion hearing set for 9/2/2014 on this motion is hereby stricken. Mailed notice (tsa, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.