**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| USA , Plaintiff(s), v. John Bills Karen Finley, Defendant(s). | Case No. 14 CR 135- 1&3 Judge Virginia M. Kendall |

**ORDER**

Status hearing held and continued to 2/6/2015 at 10:00 a.m. Pretrial motions are extended to 1/12/2015. Responses are extended to 1/26/2015. Replies are extended to 2/2/2015. Ruling will be made by mail. Time is hereby excluded to 2/6/2015 pursuant to 18:3161(h)(7)(B)(iv) for complexity of case and for review of pretrial materials.

00:05

Date: 10/23/2014    /s/ Virginia M. Kendall
                    Virginia M. Kedall
                    United States District Judge