UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | No. 14-CR-135 |
| | ) | |
|     v. | ) | Hon. Virginia Kendall |
| | ) | District Judge |
| JOHN BILLS | ) | |
|     Defendant. | ) | |

**DEFENDANT'S MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS**

Defendant, John Bills, by and through their attorneys, **NISHAY K. SANAN**, respectfully moves this Court, pursuant to Rule 17 of the Federal Rules of Criminal Procedure, for entry of its Order setting a date for early return of trial subpoenas to be issued by Defendant in this case.

Respectfully submitted,

**s/ Nishay K. Sanan**
**NISHAY K. SANAN**.

**LAW OFFICE OF NISHAY K. SANAN**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 692-0360