**EXHIBIT**

NO. _____1_____

9/18/2014
Red light cameras investigation - Chicago Tribune

In a series of stories beginning in 2012, the Tribune has exposed a questionable relationship between Chicago's red-light camera vendor and City Hall. Some of those revelations led to an ongoing federal criminal investigation and other probes that have cost Redflex Traffic Systems Inc. its Chicago contract and resulted in the resignation of the company's top executives. In addition, the Tribune has raised questions about the company's early connections to the speed-camera program launched by Mayor Rahm Emanuel.   MORE WATCHDOG INVESTIGATIONS



Former Redflex CEO Karen Finley leaves the Dirksen Courthouse. (Antonio Perez / Chicago Tribune)

SEP. 10, 2014

# Ex-Redflex CEO enters plea

by David Kidwell

The former CEO of Chicago's fired red light camera vendor, Redflex Traffic Systems Inc., pleaded not guilty today to federal charges she helped orchestrate a decade-long $2 million bribery scheme.

Ex 1

9/18/2014                    Red light cameras investigation - Chicago Tribune

ADVERTISEMENT

Red light cameras investigation - Chicago Tribune




SEP. 2, 2014

**Not guilty pleas in red light camera bribery scheme**

AUG. 21, 2014

**Key red light camera player cooperating with feds**

AUG. 18, 2014

**Chicago Tribune poll: Chicagoans want changes on red light camera program**

AUG. 13, 2014

**Former red light camera CEO indicted, federal probe expands**

JUL. 18, 2014

**Cameras tag thousands for undeserved tickets**

JUL. 19, 2014

**Were you caught in a spike? Check your ticket**

AUG. 2, 2014

**City nearly doubles review of red light camera tickets**

JUL. 25, 2014

**City Hall watchdog launches ticket probe**

JUL. 24, 2014

**City Hall spells out ticket review process**

JUL. 24, 2014

**Redflex insider: I testified about secret meeting**

## Features









**Were you caught in a spike? Check your ticket**

**Chicago's red light camera saga (timeline)**

**PDF: Indictment in red light camera scandal**

**Chicago's red light camera controversy**

---



JUL. 23, 2014

# City to review 9,000 questionable red light tickets

by **David Kidwell and Hal Dardick**

Process remains unclear, however

---



JUL. 22, 2014

# Emanuel won't take questions on ticket spikes

by **John Byrne**

For the fifth straight day Mayor Rahm Emanuel wouldn't answer questions about a Tribune investigation that revealed a series of suspicious red light camera ticket spikes.

Red light cameras investigation - Chicago Tribune

ADVERTISEMENT



JUL. 21, 2014

# Red light ticket spike fallout at City Hall

by **John Byrne, Kim Geiger and David Kidwell**

Aldermen want probe, potential refunds



**JUL. 21, 2014**

# Expert: Drivers missed chance on red light fines

by David Kidwell and Alex Richards, Tribune reporters

Analysis shows appeals of tickets received during spikes could have been successful



**JUL. 20, 2014**

# Best red light ticket excuse: Driving Elton John

Some drivers offer unusual excuses to get out of red light camera tickets, but perhaps none has been more novel than taking Elton John to the airport as part of a police escort.

ADVERTISEMENT



**JUL. 18, 2014**

# Video: Tribune reporter David Kidwell explains the story ▪ VIDEO

The Tribune fights City Hall for every red-light ticket since 2007, and the data leads to a startling story.



**JUL. 17, 2014**

# Video: 'This is a lightning strike' ▪ VIDEO

Chicago's red light cameras unfairly tagged thousands of drivers for $100 fines during a series of spikes in ticketing that City Hall can't explain. National experts say refunds are in order.

9/18/2014                         Red light cameras investigation - Chicago Tribune

ADVERTISEMENT

JUL. 17, 2014

 ## Video: South Side hair salon owner gets suspicious after tickets ◼ VIDEO

Salon owner Oumou Wague got four tickets in one month in 2011 from a red light camera after driving through the same intersection at Halsted and 119th streets for a decade. She said it confirmed her suspicion that the camera was defective.

9/18/2014

Red light cameras investigation - Chicago Tribune



JUL. 17, 2014

# Video: Traffic expert says 'the process is broken'

📹 VIDEO

Joseph Schofer, a traffic safety expert at Northwestern University, said the city has an ethical obligation to pay refunds to drivers who were ticketed during spikes.



JUL. 18, 2014

# Video: 'It's about money, I think everybody knows that' 📹 VIDEO

Bible teacher Andy Ferrier was ticketed during a spike at the intersection of Western and Peterson avenues in September 2012. He said it seemed like a waste of time and money to fight City Hall.

JUL. 18, 2014

# Video: Excuses, compassionate judges 📹 VIDEO

Drivers have offered all sorts of novel reasons to get out of red light camera tickets, and hearing officers often show compassion for them.

JUL. 18, 2014

# Video of ex-cop: 'Let policemen write tickets' 📹 VIDEO

Retired Chicago police Sgt. Thomas Garrity thought he stopped at the red light at 6200 N. Lincoln Ave. in January 2012. "How can you really face your accuser?" he asked. "It's a camera. It's made by man and man screws up."

JUL. 18, 2014

# Video: Red light camera footage 📹 VIDEO

Video shot by Chicago red light cameras capturing drivers who were issued $100 tickets.

JUL. 18, 2014

# Video: Tribune reporter David Kidwell on red light ticket appeals 📹 VIDEO

Appeals went up dramatically at some of the red light camera intersections showing wild spikes in ticketing, and drivers often won more than normal. Tribune reporter David Kidwell explains.

9/18/2014                                    Red light cameras investigation - Chicago Tribune

JUL. 18, 2014

## Video: Expert says drivers treated unfairly  ▪️ VIDEO

Joseph Hummer, chair of civil engineering at Wayne State University, said drivers were ticketed unfairly in the spikes, even if they were technically in violation of traffic laws.

JUL. 20, 2014

## More reasons not to trust the traffic cameras

Thousands of drivers have been ticketed in error under highly questionable circumstances that neither the city nor the private vendor that operated the cameras has explained.

JUL. 18, 2014

## Ald. Reilly calls on city to fix red light camera problem

by **John Byrne**

Ald. Brendan Reilly, reacting today to a Tribune investigation about sudden and unexplained spikes in red-light camera tickets at certain intersections, called on the Emanuel administration to determine the cause and issue refunds where appropriate.

JUL. 18, 2014

## From the Editor: Tribune investigation raises doubts about red light cameras

To our readers:

JUL. 18, 2014

## How to read your red light camera ticket

by **David Kidwell, Tribune reporter**

There are many details about infractions in the data at the top of the still photographs that remain available at photonotice.com:

MAY 17, 2014

## Colorful past for insider at center of red light probe

by **David Kidwell, Tribune reporter**

John Bills was a top Madigan operative with family links to the mob who partied on the field with World Series champs. Now he's at the center of the feds' red light bribery case.

9/18/2014                    Red light cameras investigation - Chicago Tribune

MAY 14, 2014

## Charges filed against ex-city manager of red-light camera program

by David Kidwell and John Chase

UPDATE: The former City Hall manager who ran Chicago's red-light camera program was arrested today on federal charges related to the investigation of an alleged $2 million bribery scheme involving the city's longtime vendor, Redflex Traffic Systems.

FEB. 21, 2014

## Ex-Redflex manager tells of secret meeting

by David Kidwell, Tribune reporter

Chicago official coached red light company before crucial City Hall meeting, he says

OCT. 14, 2012

## City red-light camera vendor under scrutiny

Prompted by a Tribune investigation into allegations of wrongdoing in Chicago's red-light camera program, an Arizona-based firm has disclosed it paid a $910 luxury hotel tab for the city official in charge of its contract and failed to tell City Hall about the ethics breach for two years.

MAR. 2, 2013

## Red light camera firm admits it likely bribed Chicago official

by David Kidwell, Chicago Tribune reporter

Chicago's embattled red light camera firm went to City Hall on Friday in its latest effort to come clean, acknowledging for the first time that its entire program here was likely built on a $2 million bribery scheme.

JAN. 23, 2014

## Bribe scandal could be widespread

by David Kidwell, Tribune reporter

Fired Redflex exec names 13 other states, says he's aiding federal inquiry

OCT. 26, 2013

## Chicago OKs deal with new red light camera vendor

by Bill Ruthhart, Chicago Tribune reporter

Xerox State & Local Solutions to get $19 million to replace cameras and up to $44 million for 5-year pact

Red light cameras investigation - Chicago Tribune

OCT. 2, 2013

# Emanuel pulls handful of red light cameras as speeding tickets start

by **John Byrne, Chicago Tribune reporter**

Cameras to be removed from 18 intersections with few crashes

AUG. 14, 2013

# Xerox picked for red light camera program

by **David Kidwell, Chicago Tribune reporter**

Company that lost its Baltimore contract this year would replace Redflex

AUG. 12, 2013

# Speeders were plentiful in camera test run

by **David Kidwell and Bill Ruthhart, Chicago Tribune reporters**

Monthlong trial at 4 sites found more than 93,000 violators, city says

MAY 8, 2013

# Chicago and red light vendor: Breaking up is hard to do

by **David Kidwell, Chicago Tribune reporter**

Deadline for new deal indefinite as City Hall, bidders figure out how to take over complex red-light camera system

ADVERTISEMENT

SPEED CAMERAS

9/18/2014                                    Red light cameras investigation - Chicago Tribune



**MAR. 13, 2012**

# Mayor's speed cameras would help political ally

by **David Kidwell, Jeff Coen and Bob Secter, Chicago Tribune reporters**

Longtime Emanuel backer consults for firm that stands to make millions from city's push for
traffic devices



**FEB. 12, 2012**

# Emanuel withholds most records detailing push for speed cameras

by **David Kidwell, Bob Secter and Kristen Mack, Chicago Tribune reporters**

Mayor Rahm Emanuel has refused for months to release public records that could shed light
on his controversial speed camera plan while he persuaded state lawmakers and Gov. Pat Quinn to turn it into
law.

ADVERTISEMENT



FEB. 12, 2012

# Transcript: Tribune interview with Mayor Rahm Emanuel

Here's the transcript of a sometimes contentious, sometimes humorous Feb. 8, 2012, interview of Mayor Rahm Emanuel, in which he provides the most expansive view yet on his pledge of transparency, his governing style and his interactions with reporters.

9/18/2014

Red light cameras investigation - Chicago Tribune



OCT. 11, 2013

## Emanuel speed cameras may bring in more revenue than expected

by Bill Ruthhart

Chicago's first speed cameras at just four locations issued warnings to more than 233,000 speeders in 45 days, violations that would have totaled $13.8 million in tickets, according to data released by the city today.



AUG. 9, 2013

## City's new speed cameras ready to roll

by David Kidwell and Bill Ruthhart, Chicago Tribune reporters

First 4 to begin operating next week; 50 expected to be up and running by year's end

OCT. 17, 2012

## City axes speed camera firm's bid

Accusing Chicago's red-light camera vendor of covering up a 2-year-old breach of ethics until a Tribune investigation brought it to light, Mayor Rahm Emanuel's office on Tuesday threw out the company's bid for a lucrative new speed camera contract.

OCT. 20, 2011

## City wants to shutter speeders

OCT. 25, 2011

## Speed cameras could blanket nearly half of Chicago

NOV. 6, 2011

## Would speed cameras really save lives?

NOV. 8, 2011

## Speed cameras get mayor's hard sell

by Kristen Mack and Bob Secter, Chicago Tribune reporters

Emanuel focuses on kids hit by cars in push for plan

Red light cameras investigation - Chicago Tribune

FEB. 6, 2012

# Quinn green-lights speed-camera plan

MAR. 12, 2012

# Aldermen demand information from Emanuel on speed cameras

by **Hal Dardick**

Aldermen today asked Mayor Rahm Emanuel for information to back up his contention that speed cameras near schools and parks are about saving lives, rather than swelling city coffers.

MAR. 14, 2012

# Mayor's speed camera stats sketchy

by **Bob Secter, David Kidwell and Alex Bordens, Chicago Tribune reporters**

Mayor Rahm Emanuel was frustrated that doubters of his controversial speed-camera plan were ignoring a city study he said offered compelling proof of the life-saving impact of camera technology.

APR. 12, 2012

# Speed camera plan advances

by **John Byrne, Chicago Tribune reporter**

Council committee passes it after Emanuel lowers fine; full council votes next week

**EXHIBIT**

NO. 2

# Red light camera firm admits it likely bribed Chicago official

By David Kidwell, Chicago Tribune reporter

MARCH 2, 2013, 11:03 PM

Chicago's embattled red light camera firm went to City Hall on Friday in its latest effort to come clean, acknowledging for the first time that its entire program here was likely built on a $2 million bribery scheme.

By its sheer size, the alleged plot would rank among the largest in the annals of Chicago corruption.

An internal probe of Redflex Traffic Systems Inc. and a parallel investigation by the city's inspector general — prompted by reports in the Chicago Tribune — have cost the company its largest North American contract and all of its top executives.

On Friday the company announced the resignations of its president, its chief financial officer and its top lawyer. The head of Redflex's Australian parent company conducted town hall meetings at the headquarters of its Phoenix-based subsidiary to tell employees there was wrongdoing in the Chicago contract and that sweeping reforms were being instituted to win back the company's reputation.

In separate, private briefings with the city inspector general and with Mayor Rahm Emanuel's top lawyer, Redflex attorneys acknowledged it's likely true that company officials intended to bribe a Chicago city official and that they also plied him with expenses-paid vacations.

The company's outside investigator, former city Inspector General David Hoffman, found that Redflex paid $2.03 million to a Chicago consultant in a highly suspicious arrangement likely intended to funnel some of the money to the former city transportation official who oversaw the company contract, according to sources familiar with the investigation and the Friday briefings to city officials.

The arrangement among the city official, the consultant and Redflex — first disclosed by a company whistle-blower — will likely be considered bribery by law enforcement authorities, Hoffman found.

Without subpoena power, it was not possible to check personal financial records of the city official or the consultant, who refused to cooperate, according to the sources familiar with Hoffman's findings. But Hoffman, a former federal prosecutor, said that under applicable law, authorities could consider the arrangement to be bribery even if the payments were not made, the sources said.

The bulk of the consultant's fees — $1.57 million — were paid during a four-year period beginning in 2007, the years the program really expanded in Chicago, Hoffman found.

In addition, the city transportation official was treated to 17 trips, including airfare, hotels, rental cars, golf outings and meals, the sources said. Most of those expenses paid by the company's former executive vice president, Hoffman found. That official was fired late last month and blamed by the company for much of the Chicago problem.

But Hoffman found that Redflex's president also had knowledge of the arrangement that would have made any reasonable person highly suspicious that it was a bribery scheme, the sources said.

Ex 2.

Hoffman also found that Redflex did not disclose its knowledge about the improper arrangement to City Hall until confronted by the Tribune in October. Even then, Hoffman found, company officials lied to Emanuel's administration about the extent of the wrongdoing.

Redflex's Australian parent company was expected to post a summation of Hoffman's findings in a Monday filing with the Australian Securities Exchange that will include the resignations announced to employees Friday.

"Today's announcement of executive changes follows the conclusion of our investigation in Chicago and marks the dividing line between the past and where this company is headed," Robert DeVincenzi, president and CEO of Redflex Holdings Ltd., said in a statement to the newspaper. "This day, and each day going forward, we intend to be a constructive force in our industry, promoting high ethical standards and serving the public interest."

The company will also announce reforms including installing new requirements to put all company employees through anti-bribery and anti-corruption training, hiring a new director of compliance to ensure employees adhere to company policies, and establishing a 24-hour whistle-blower hotline.

The actions mark the latest changes in the company's evolving accounts of the scandal.

Officials at the firm had repeatedly dismissed allegations of bribery in the Chicago contract since they were made in a 2010 internal complaint obtained last year by the Tribune. In October the Tribune disclosed the whistle-blower letter by a company executive and first brought to light the questionable relationship between former city official John Bills and the Redflex consultant, Marty O'Malley, who are longtime friends from the South Side.

Bills and O'Malley have acknowledged their friendship but denied anything improper about their handling of the Redflex contract.

"Totally false, but I appreciate you calling me," Bills told the Tribune on Friday when informed of the Hoffman findings. O'Malley did not return calls.

In the four-month investigation, Hoffman and his team conducted 58 interviews and reviewed more than 37,000 company documents including email traffic among company officials, sources said. Hoffman concluded that company officials used poor judgment and a serious lack of diligence in investigating the allegations contained in the whistle-blower memo.

Now the company is struggling to get in front of a scandal that threatens to consume it.

The company has lost nearly half its value since the scandal broke in October and its stock was at $1.13 a share on the Australian Securities Exchange when the company suspended trading last week for the second time in a month.

The chairman of the board of Redflex Holdings and another Australian board member resigned in February. On Friday, Redflex announced the resignations of three top executives in Phoenix: Karen Finley, the company's longtime president and chief executive officer; Andrejs Bunkse, the general counsel; and Sean Nolen, the chief financial officer.

Finley did not return a telephone message; Bunkse and Nolen could not be reached.

Emanuel has already fired Redflex from its city contract, which ends in June, and barred it from competing for an even more lucrative speed camera contract. The Chicago red light program has been the company's largest in North America and is worth about 13 percent of worldwide revenue for Redflex Holdings. Since 2003 it has

generated about $100 million for Redflex and more than $300 million in ticket revenue for the city.

The company's fate was foretold more than two years ago in the whistle-blower letter sent to the Australian board of directors. The executive who wrote it said many in the company were aware of hundreds of thousands of dollars in consulting fees from O'Malley that were intended for Bills, the city official, along with lavish, company-paid vacations for Bills.

"The level of this insider fraud would take down the contract and most likely the company," the former Redflex Traffic Systems vice president said in the five-page letter on company stationery dated Aug. 24, 2010.

The letter was written by Robert Feiler, then executive in charge of the Chicago contract at the U.S. company's Phoenix headquarters. At the time, Feiler faced internal allegations of expense report abuse that led him to quit just weeks later.

He didn't mention his own troubles in the wide-ranging critique of his U.S. superiors, but cited whistle-blower laws and declared in his opening paragraphs that Redflex executives knew "our most successful program" came "via illegal transfer of 'commission' and RTSI expensed favors to Chicago municipal leadership."

At the center of those allegations are two old friends, Bills and O'Malley.

Bills, 51, retired from the city in 2011 after a 32-year career in which he rose through the ranks of City Hall to become the managing deputy commissioner in the city's Department of Transportation. There, he played a key role in the Redflex contract since its inception.

O'Malley, 72, told the Tribune last year his familiarity with Chicago and its politics enabled him to negotiate a consulting contract with Redflex worth $50,000 a year, plus a $1,500 commission for each Redflex camera installed in Chicago.

The success of Redflex in Chicago — more than 380 cameras since 2003 — translated to more than $570,000 in commissions for O'Malley, the company told the Tribune last year. But the letter alleged that money was really intended for Bills.

"Our historical ledgers will show a commission for every new build in Chicago going to a Mr. Marty O'Malley," Feiler wrote. "This employee of Redflex serves no useful function. Does not report to our Office in Chicago and has been the joke of that program from inception.

"Marty came to us 'with the program,' our leadership would say. He is tied to Mr. John Bills who runs the program for the city of Chicago."

Feiler named other executives he thought were aware of the special treatment.

"Mr. John Bills enjoys non reported lavish vacations in Arizona and California directly on the expense report of (executive vice president) Aaron Rosenberg," Feiler continued. "This alone would nullify our contract arrangement with Chicago. All the discussion around these arrangements and Marty's 'commissions' are not directly discussed with the Executive Team. They are neatly swept under the rug ... and any point of discussion is met with fearful dismissal."

Feiler, contacted by telephone, acknowledged he was interviewed by inspector general investigators about the allegations in the letter but declined to elaborate.

Confronted with the allegations by the Tribune in October, Redflex sent Bunkse to answer the newspaper's questions. Bunkse said that despite Feiler's own problems, his allegations shook the company. It immediately hired the Chicago law firm Quarles & Brady to conduct what he described as a "deep dive" investigation.

Bunkse said the probe found only one instance of impropriety, a single $910.71 reimbursement submitted by the company's head of sales, Rosenberg, for a two-day stay at the Arizona Biltmore hotel by Bills. Bunkse said Rosenberg was sent to "anti-bribery training" and that his company's failure to report to City Hall that one of its top transportation officials had accepted an improper gift was "a regrettable lapse and an oversight."

Bunkse acknowledged that the probe was completed without conducting interviews with Feiler, Bills or O'Malley.

Rosenberg did not return a phone message Friday.

Following the Tribune report in October, Emanuel quickly moved to disqualify Redflex from bidding on his new speed camera initiative, citing the hotel stay and the company's failure to report it. The matter -- along with Feiler's letter — was referred to city Inspector General Joseph Ferguson for further investigation.

That's when Redflex hired another Chicago law firm — Sidley Austin — to re-examine the allegations. The Sidley partner assigned was Hoffman, a former city inspector general. Last month, Hoffman presented company board members with an interim report that provided a starkly different version of events than presented by the company just months earlier, including that Bills was treated to expensive trips.

Hoffman's briefing last month preceded the resignation of the board members and the first trading halt.

On Feb. 8 the Emanuel administration announced that Redflex would not get to keep its current contract in Chicago, citing Tribune reports and the company's initial attempts to inaccurately "minimize" its relationship to Bills.

Bills, who also was a longtime top precinct captain for House Speaker Michael Madigan, D-Chicago, resigned from his job in 2011 and took a consulting job with a Redflex-funded traffic safety group run by Resolute Consulting LLC, a firm owned by longtime Emanuel political ally Greg Goldner. Bills said he left that job last year.

In an October interview, Bills said he was unaware O'Malley was working for Redflex until he showed up one day at City Hall when Bills was still managing the contract.

"I can tell you he worked his butt off for them, so this notion that he didn't do anything just isn't true," Bills said.

"Please be fair to me, don't ruin a 33-year career," Bills said. "I am telling you I didn't do this. This is not me."

O'Malley told the Tribune last year that he had never heard of the allegations until a phone call from the paper, but that he is not surprised Redflex never investigated or asked him. "They knew better," he said in an October interview. "If anybody should know they should know."

Asked if any of his commissions went to Bills, or whether he has any financial arrangement with Bills at all, O'Malley said, "No way, that is absurd. John (Bills) would never allow it."

Bunkse said in October that O'Malley was hired because the company needed someone familiar with Chicago to serve as an operations liaison with City Hall but said he was unaware of any connection with Bills.

Bunkse credited O'Malley with being a key component of the company's success in Chicago. Bunkse described O'Malley's role as "primary interface" with City Hall on all operations issues, whenever conduit had to be replaced

or camera evidence delivered, "making sure the program is run in a manner that is not embarrassing for the city and would cause issue for us as a vendor," Bunkse said.

"Our relationship with Marty O'Malley from our perspective is entirely appropriate," the lawyer said in October. "The contract we have with him is entirely appropriate and our CFO will confirm that the payment we have made to him is entirely appropriate."

*dkidwell@tribune.com*

Copyright © 2014, Chicago Tribune

**EXHIBIT**

NO. 3

(http://www.chicagotribune.com)

# City red-light camera vendor under scrutiny

**Ties between ex-city official, contractor questioned; payment of $910 hotel tab also at issue**

October 14, 2012 | By David Kidwell, Chicago Tribune reporter



Prompted by a Tribune investigation into allegations of wrongdoing in Chicago's red-light camera program, an Arizona-based firm has disclosed it paid a $910 luxury hotel tab for the city official in charge of its contract and failed to tell City Hall about the ethics breach for two years.



(http://www.trbimg.com/img-507796411/turbine/ct-meyt-oj-4-redflex-so...)
A REDFLEX ...

Lawyers for Redflex Traffic Systems Inc. said the firm disciplined the executive ☑ vice president involved and sent him to "anti-bribery" training after the incident, but did not report the violation to the Chicago Board of Ethics until this month, after the newspaper's inquiries.

2014 Toyota® Land Cruiser

buyatoyota.com

Find Your Local Toyota® Dealer & Buy a 2014 Land Cruiser! Get Info.

Become an Official Pastor

ministerregistration.org

Christian Minister Registration. Register Now.

The company ☑ also acknowledged to the newspaper it did not disclose internal allegations about ties between the city official and a Redflex contractor who received more than $570,000 in commissions — $1,500 for

each of the 384 cameras the company installed in Chicago.

The company said an exhaustive probe by an outside law firm found no evidence of an inappropriate relationship, although neither man was questioned in the probe. Both men told the newspaper they've done nothing improper.

The disclosures add to a growing list of questions about Redflex, including its relationship with John Bills, the man at City Hall who oversaw the company's biggest U.S. contract from its beginning in 2003. The Tribune previously disclosed that after retiring ⬀ from the city last year, Bills went to work as a consultant for the Redflex-funded Traffic Safety Coalition.

That group, run by a political ally of Mayor Rahm Emanuel, backed the mayor's successful push to expand the city's camera program to target speeders. The Emanuel administration now has the authority to pepper half the city with cameras that could tag speeders in school and park "safety zones" for tickets as high as $100. And Redflex is a top contender for the new business ⬀.

The stakes are huge — the business could be worth tens of millions of dollars to vendors, and the city has already reaped more than $300 million in camera fines since 2003. Emanuel is counting on up to $30 million in revenue next year from the new speed cameras, which the city hopes to begin testing late this year.

Redflex describes its Chicago camera contract as the "largest enforcement program in the world" and holds it out as a model in efforts to expand across the country.

A spokeswoman for Emanuel said late Friday that the mayor ordered the corporation counsel to review the allegations "that occurred before he took office" and the matter was also reported to the city inspector general's office.

"If true, the city will pursue all remedies, including permanent debarment of Mr. Bills and Redflex from ever doing business with the city of Chicago on any current or future contracts," said spokeswoman Sarah Hamilton. "The mayor has zero tolerance for this type of misconduct — from an employee ⬀ or contractor — and will act swiftly and harshly whenever abuse is uncovered to protect Chicago taxpayers."

Many of the questions about the Redflex success in Chicago revolve around the friendship between Bills, who was the $138,000-a-year managing deputy commissioner for the city Transportation Department, and Marty O'Malley, who was retained by Redflex as its Chicago liaison at the outset of the red-light program in 2003.

The two men told the Tribune they were longtime acquaintances whose families lived in the same Southwest Side neighborhood near the St. Bede Catholic Church years ago. They said neither of them knew what the other's

job was until they met in their official capacities with the fledgling Chicago program — Bills on one side as the overseer of the city contract and O'Malley on the other as the Redflex customer service  representative.

## Prostate Cancer Treatment

prostrcision.com

Effective Surgery Alternative with a High Documented Cure Rate!

Both Bills, 51, and O'Malley, 72, said their relationship played no role in O'Malley's hiring and in no way influenced Bills' management of the contract. Both said their friendship grew while working closely together on the program for nearly a decade.

Redflex general counsel Andrejs Bunkse said Thursday that the company was unaware the two men knew each other before O'Malley was hired. He said, "I do not know," when asked whether Bills played any role in O'Malley's hiring.

But in an Aug. 24, 2010, letter to the board of directors of the company's Australian parent company, a Redflex executive raised questions about Bills' relationship with O'Malley and said O'Malley's involvement in the program was unnecessary. The Tribune has obtained a copy of the letter, which alleged myriad internal problems at the company.

It also alleged Bills received "nonreported lavish" hotel accommodations "directly on the expense report " of Redflex Executive Vice President Aaron Rosenberg.

"This alone would nullify our contract arrangement with Chicago," the letter said.

## 2014 Toyota® Land Cruiser

buyatoyota.com

Find Your Local Toyota® Dealer & Buy a 2014 Land Cruiser! Get Info.

**EXHIBIT**

NO. 4

9/21/2014                    Chicago pulls red-light camera bid over alleged failure to disclose ethics breach | abc7chicago.com

  66°

# CHICAGO PULLS RED-LIGHT CAMERA BID OVER ALLEGED FAILURE TO DISCLOSE ETHICS BREACH



October 17, 2012 (CHICAGO) -- Citing an ethics breach, Chicago has barred its current red light camera vendor from involvement in a new camera contract.

The action comes just after The Chicago Tribune revealed that Redflex Traffic Systems paid a $900 hotel bill for a city official. The incident happened in 2010 but the company only reported it this month.

Chicago Mayor Rahm Emanuel says that is a violation of the city's ethics law and he accused the company of a cover-up.

"I want to send a clear message to everybody," Emanuel said. "There will be zero tolerance for those type of actions, and so while it's directed specifically at Redflex and what they did in 2010 prior to my being mayor, there will be not only zero tolerance, I want other firms that do business with the city to understand that action."

The company claims it accepts responsibility for the incident and that it has adopted reforms.

Map My News

LOAD COMMENTS



**EXHIBIT**

NO. _5_

# Red light camera firm admits it likely bribed Chicago official

**By David Kidwell, Chicago Tribune reporter**

MARCH 2, 2013, 11:03 PM

C hicago's embattled red light camera firm went to City Hall on Friday in its latest effort to come clean, acknowledging for the first time that its entire program here was likely built on a $2 million bribery scheme.

By its sheer size, the alleged plot would rank among the largest in the annals of Chicago corruption.

An internal probe of Redflex Traffic Systems Inc. and a parallel investigation by the city's inspector general — prompted by reports in the Chicago Tribune -- have cost the company its largest North American contract and all of its top executives.

On Friday the company announced the resignations of its president, its chief financial officer and its top lawyer. The head of Redflex's Australian parent company conducted town hall meetings at the headquarters of its Phoenix-based subsidiary to tell employees there was wrongdoing in the Chicago contract and that sweeping reforms were being instituted to win back the company's reputation.

In separate, private briefings with the city inspector general and with Mayor Rahm Emanuel's top lawyer, Redflex attorneys acknowledged it's likely true that company officials intended to bribe a Chicago city official and that they also plied him with expenses-paid vacations.

The company's outside investigator, former city Inspector General David Hoffman, found that Redflex paid $2.03 million to a Chicago consultant in a highly suspicious arrangement likely intended to funnel some of the money to the former city transportation official who oversaw the company contract, according to sources familiar with the investigation and the Friday briefings to city officials.

The arrangement among the city official, the consultant and Redflex — first disclosed by a company whistle-blower — will likely be considered bribery by law enforcement authorities, Hoffman found.

Without subpoena power, it was not possible to check personal financial records of the city official or the consultant, who refused to cooperate, according to the sources familiar with Hoffman's findings. But Hoffman, a former federal prosecutor, said that under applicable law, authorities could consider the arrangement to be bribery even if the payments were not made, the sources said.

The bulk of the consultant's fees — $1.57 million — were paid during a four-year period beginning in 2007, the years the program really expanded in Chicago, Hoffman found.

In addition, the city transportation official was treated to 17 trips, including airfare, hotels, rental cars, golf outings and meals, the sources said. Most of those expenses were paid by the company's former executive vice president, Hoffman found. That official was fired late last month and blamed by the company for much of the Chicago problem.

But Hoffman found that Redflex's president also had knowledge of the arrangement that would have made any reasonable person highly suspicious that it was a bribery scheme, the sources said.



Hoffman also found that Redflex did not disclose its knowledge about the improper arrangement to City Hall until confronted by the Tribune in October. Even then, Hoffman found, company officials lied to Emanuel's administration about the extent of the wrongdoing.

Redflex's Australian parent company was expected to post a summation of Hoffman's findings in a Monday filing with the Australian Securities Exchange that will include the resignations announced to employees Friday.

"Today's announcement of executive changes follows the conclusion of our investigation in Chicago and marks the dividing line between the past and where this company is headed," Robert DeVincenzi, president and CEO of Redflex Holdings Ltd., said in a statement to the newspaper. "This day, and each day going forward, we intend to be a constructive force in our industry, promoting high ethical standards and serving the public interest."

The company will also announce reforms including installing new requirements to put all company employees through anti-bribery and anti-corruption training, hiring a new director of compliance to ensure employees adhere to company policies, and establishing a 24-hour whistle-blower hotline.

The actions mark the latest changes in the company's evolving accounts of the scandal.

Officials at the firm had repeatedly dismissed allegations of bribery in the Chicago contract since they were made in a 2010 internal complaint obtained last year by the Tribune. In October the Tribune disclosed the whistle-blower letter by a company executive and first brought to light the questionable relationship between former city official John Bills and the Redflex consultant, Marty O'Malley, who are longtime friends from the South Side.

Bills and O'Malley have acknowledged their friendship but denied anything improper about their handling of the Redflex contract.

"Totally false, but I appreciate you calling me," Bills told the Tribune on Friday when informed of the Hoffman findings. O'Malley did not return calls.

In the four-month investigation, Hoffman and his team conducted 58 interviews and reviewed more than 37,000 company documents including email traffic among company officials, sources said. Hoffman concluded that company officials used poor judgment and a serious lack of diligence in investigating the allegations contained in the whistle-blower memo.

Now the company is struggling to get in front of a scandal that threatens to consume it.

The company has lost nearly half its value since the scandal broke in October and its stock was at $1.13 a share on the Australian Securities Exchange when the company suspended trading last week for the second time in a month.

The chairman of the board of Redflex Holdings and another Australian board member resigned in February. On Friday, Redflex announced the resignations of three top executives in Phoenix: Karen Finley, the company's longtime president and chief executive officer; Andrejs Bunkse, the general counsel; and Sean Nolen, the chief financial officer.

Finley did not return a telephone message; Bunkse and Nolen could not be reached.

Emanuel has already fired Redflex from its city contract, which ends in June, and barred it from competing for an even more lucrative speed camera contract. The Chicago red light program has been the company's largest in North America and is worth about 13 percent of worldwide revenue for Redflex Holdings. Since 2003 it has

generated about $100 million for Redflex and more than $300 million in ticket revenue for the city.

The company's fate was foretold more than two years ago in the whistle-blower letter sent to the Australian board of directors. The executive who wrote it said many in the company were aware of hundreds of thousands of dollars in consulting fees from O'Malley that were intended for Bills, the city official, along with lavish, company-paid vacations for Bills.

"The level of this insider fraud would take down the contract and most likely the company," the former Redflex Traffic Systems vice president said in the five-page letter on company stationery dated Aug. 24, 2010.

The letter was written by Robert Feiler, then executive in charge of the Chicago contract at the U.S. company's Phoenix headquarters. At the time, Feiler faced internal allegations of expense report abuse that led him to quit just weeks later.

He didn't mention his own troubles in the wide-ranging critique of his U.S. superiors, but cited whistle-blower laws and declared in his opening paragraphs that Redflex executives knew "our most successful program" came "via illegal transfer of 'commission' and RTSI expensed favors to Chicago municipal leadership."

At the center of those allegations are two old friends, Bills and O'Malley.

Bills, 51, retired from the city in 2011 after a 32-year career in which he rose through the ranks of City Hall to become the managing deputy commissioner in the city's Department of Transportation. There, he played a key role in the Redflex contract since its inception.

O'Malley, 72, told the Tribune last year his familiarity with Chicago and its politics enabled him to negotiate a consulting contract with Redflex worth $50,000 a year, plus a $1,500 commission for each Redflex camera installed in Chicago.

The success of Redflex in Chicago — more than 380 cameras since 2003 — translated to more than $570,000 in commissions for O'Malley, the company told the Tribune last year. But the letter alleged that money was really intended for Bills.

"Our historical ledgers will show a commission for every new build in Chicago going to a Mr. Marty O'Malley," Feiler wrote. "This employee of Redflex serves no useful function. Does not report to our Office in Chicago and has been the joke of that program from inception.

"Marty came to us 'with the program,' our leadership would say. He is tied to Mr. John Bills who runs the program for the city of Chicago."

Feiler named other executives he thought were aware of the special treatment.

"Mr. John Bills enjoys non reported lavish vacations in Arizona and California directly on the expense report of (executive vice president) Aaron Rosenberg," Feiler continued. "This alone would nullify our contract arrangement with Chicago. All the discussion around these arrangements and Marty's 'commissions' are not directly discussed with the Executive Team. They are neatly swept under the rug ... and any point of discussion is met with fearful dismissal."

Feiler, contacted by telephone, acknowledged he was interviewed by inspector general investigators about the allegations in the letter but declined to elaborate.

Confronted with the allegations by the Tribune in October, Redflex sent Bunkse to answer the newspaper's questions. Bunkse said that despite Feiler's own problems, his allegations shook the company. It immediately hired the Chicago law firm Quarles & Brady to conduct what he described as a "deep dive" investigation.

Bunkse said the probe found only one instance of impropriety, a single $910.71 reimbursement submitted by the company's head of sales, Rosenberg, for a two-day stay at the Arizona Biltmore hotel by Bills. Bunkse said Rosenberg was sent to "anti-bribery training" and that his company's failure to report to City Hall that one of its top transportation officials had accepted an improper gift was "a regrettable lapse and an oversight."

Bunkse acknowledged that the probe was completed without conducting interviews with Feiler, Bills or O'Malley.

Rosenberg did not return a phone message Friday.

Following the Tribune report in October, Emanuel quickly moved to disqualify Redflex from bidding on his new speed camera initiative, citing the hotel stay and the company's failure to report it. The matter — along with Feiler's letter — was referred to city Inspector General Joseph Ferguson for further investigation.

That's when Redflex hired another Chicago law firm — Sidley Austin — to re-examine the allegations. The Sidley partner assigned was Hoffman, a former city inspector general. Last month, Hoffman presented company board members with an interim report that provided a starkly different version of events than presented by the company just months earlier, including that Bills was treated to expensive trips.

Hoffman's briefing last month preceded the resignation of the board members and the first trading halt.

On Feb. 8 the Emanuel administration announced that Redflex would not get to keep its current contract in Chicago, citing Tribune reports and the company's initial attempts to inaccurately "minimize" its relationship to Bills.

Bills, who also was a longtime top precinct captain for House Speaker Michael Madigan, D-Chicago, resigned from his job in 2011 and took a consulting job with a Redflex-funded traffic safety group run by Resolute Consulting LLC, a firm owned by longtime Emanuel political ally Greg Goldner. Bills said he left that job last year.

In an October interview, Bills said he was unaware O'Malley was working for Redflex until he showed up one day at City Hall when Bills was still managing the contract.

"I can tell you he worked his butt off for them, so this notion that he didn't do anything just isn't true," Bills said.

"Please be fair to me, don't ruin a 33-year career," Bills said. "I am telling you I didn't do this. This is not me."

O'Malley told the Tribune last year that he had never heard of the allegations until a phone call from the paper, but that he is not surprised Redflex never investigated or asked him. "They knew better," he said in an October interview. "If anybody should know they should know."

Asked if any of his commissions went to Bills, or whether he has any financial arrangement with Bills at all, O'Malley said, "No way, that is absurd. John (Bills) would never allow it."

Bunkse said in October that O'Malley was hired because the company needed someone familiar with Chicago to serve as an operations liaison with City Hall but said he was unaware of any connection with Bills.

Bunkse credited O'Malley with being a key component of the company's success in Chicago. Bunkse described O'Malley's role as "primary interface" with City Hall on all operations issues, whenever conduit had to be replaced

or camera evidence delivered, "making sure the program is run in a manner that is not embarrassing for the city and would cause issue for us as a vendor," Bunkse said.

"Our relationship with Marty O'Malley from our perspective is entirely appropriate," the lawyer said in October. "The contract we have with him is entirely appropriate and our CFO will confirm that the payment we have made to him is entirely appropriate."

*dkidwell@tribune.com*

Copyright © 2014, Chicago Tribune

**EXHIBIT**

NO. 6

# Feds say city employee was working the red-light district

By Mark Brown May 14, 2014 9:08PM

Updated June 17, 2014 2:19PM

Just when one might be tempted to think we surely have plumbed the depths of the venality of Chicago politics, along comes the case of John Bills and the city's red-light camera contract to prove us wrong.

Federal authorities say Bills, a former city payroller who moonlighted as a White Sox clubhouse attendant and the secret angel of Redflex Traffic Systems Inc., took hundreds of thousands of dollars in bribes to steer the camera deal to Redflex.

Redflex's bribe-paying consultant even threw in an Arizona condominium, the feds say in their complaint. No doubt that made it that much more convenient for Bills — a longtime member of House Speaker Mike Madigan's 13th Ward political army — to follow Sox spring training games instead of tending to his city duties.

Is it any wonder that nearly every major Democratic politician in this state currently finds himself or herself on the hot seat with voters, including those who have absolutely nothing to do with this deal?

When it's shown that stuff like this is still going on, nobody trusts anyone in authority. And who can blame them?

Before he retired in 2011, Bills had risen to the rank of deputy managing commissioner at the city Department of Transportation — a prime example of this city's sad political culture in its full-blown glory.

I suppose some could take solace from the fact that a former Redflex executive who is the key witness for federal authorities in this case has accused the company of paying bribes from one end of this country to the other in pursuit of other government contracts. I don't.

Outside court, Bills' attorney Nishay Sanan made a very spirited defense of his client to reporters, which I'm sure Bills authorized to make a clear showing to his friends in politics that he does not plan to cooperate.

But Sanan's main argument, that Bills wasn't in a position to award the contract to Redflex, is not usually a winning legal strategy in a bribery case, even if true.

When a public employee offers to help achieve some government outcome in exchange for financial reward, as is alleged here, that usually is enough to get you convicted. When that individual goes on to receive significant rewards, that tends to seal the deal.

Sorry to step on Bills' legal presumption of innocence, but he is going down if that is his best defense.

Sanan, however, indeed raises an interesting point, if only indirectly.

The question that's been on everyone's minds since Chicago Tribune reporters first broke this story — and they deserve credit for being way out in front on this one — is whether Bills could have pulled this off by himself. Did he really have that much juice at City Hall, or did he need help?



I'm afraid I found absolutely no clues as to the answer to that question in the criminal complaint detailing the accusations against Bills that was sworn out by FBI special agent Brian Etchell.

There was not even a hint in the court filing about money going to anybody else at City Hall.

Indeed, after reading the feds' account of Bills' greed, it's hard to imagine there was much money left for anybody else, even with the $2 million slush fund that Redflex allegedly allocated to the project of securing the Chicago contract.

The $2 million came in the form of salary, bonuses and commissions to a Redflex consultant identified only as Individual A by federal authorities, but known through other court documents to be Martin O'Malley, a friend of Bills.

It was O'Malley who allegedly paid the kickbacks to Bills by writing checks on his personal bank account to pay Bills' personal expenses. O'Malley also withdrew more than $643,000 in cash, they say, around the same time Bills was shelling out large chunks of cash that his own financial records would seem to indicate he didn't have to spend.

The FBI agent says Bills forked over $16,000 cash for money orders to pay his girlfriend's mortgage, which may have had something to do with him later needing $1,200 cash for his divorce lawyer.

As a normal rule, you wouldn't expect someone in O'Malley's position would want to give Bills any more money than he was keeping for himself, which is why I say there wouldn't have been much left for other bribe-takers. Still, I don't rule anything out.

Sanan said after the FBI arrested Bills Wednesday morning, they hauled him downtown and offered an opportunity to help himself — meaning cooperate.

Sanan understood investigators to be primarily interested in learning more information about wrongdoing by higher-ups at Redflex.

He said he assumed investigators were hoping to learn more about what Bills could tell them on the political front.

You can bet on that.

Email: markbrown@suntimes.com

Twitter: @MarkBrownCST

Like   Tweet  6        Share   0    8+1   0                    19

**Offers and articles from around the Web**                    ADVERTISEMENT



Alsip arrest records. Who do you know?



Find the checking account made to fit your needs.



The blistering Southern heat carries over to the SEC sidelines with these smoking SEC cheerleaders.



Forgotten Stars Of the 90's, What Do they Look Like Now!?

**Suggested for you**

Oak Park man confesses to murder in Bali resort: cops

6 SIU-Carbondale students reportedly arrested in connection with sexual assaults

Teen victim identified in fatal shooting; officer responding to call shoots self in foot

Firefighter recounts harrowing aftermath of hurricane in Mexico

Man charged with beating, sexually assaulting ex-girlfriend

**From around the web**

Penny stocks might be the secret to becoming rich overnight... Invests

Do You Know Which Celebrities Had Plastic Surgery? #14 Will Blow Your... Vyped

Surprisingly simple solution to help your joints. See why these... Instaflex

Top 10 Child Stars Who Became Broken Adults Boxofficescoop

28 Hot Celebrities With Unsightly Spouses Buzzlamp

**EXHIBIT**

**NO.** 7

9/19/2014

Ex-City Hall boss took bribes in red-light program: feds | Early & Often

 & 

CHICAGO SUN-TIMES.com

CHICAGO



John Bills celebrates with the Chicago White Sox after the team defeated the Angels to win the 2005 American League pennant. | Kevork Djansezian/AP File Photo

## Ex-City Hall boss took bribes in red-light program: feds

THU, 05/15/2014 - 12:56AM

KIM JANSSEN
@KIM.NEWS | EMAIL

A former City Hall official who once proudly wore White Sox pinstripes could find himself in prison orange if the feds are able to prove charges that he took bribes from the firm that installed Chicago's red-light cameras.

John Bills, 52, allegedly got bribes including a Arizona condo and a used Mercedes to steer $124 million of taxpayer money to Redflex Traffic Systems, the Australian-owned business that helped ensure Chicago has more red-light cameras than anywhere else in the United States.

Super Bowl tickets, golf outings, a laptop, a boat, his children's school fees, a retirement party — even his girlfriend's mortgage and his own divorce attorney — were all also likely paid for with cash the former managing deputy commissioner of the city's transportation department received, according to a federal complaint unsealed Wednesday.

Arrested at his Chicago home, Bills, a bearded former Democratic precinct captain in the 13th Ward and campaign worker for House Speaker Michael Madigan — who took a side job from 1999 until 2007 as a part-time clubhouse assistant with the Chicago White Sox — had little to say for himself during a brief appearance before U.S. Magistrate Judge Maria Valdez.

Ex #7

"I do," he said, when asked if he understands his rights, later leaving the courthouse on bond without comment. His lawyer, Nishay Sanan, said Bills is innocent.

But Redflex was last year fired by Mayor Rahm Emanuel and banned from bidding for contracts, after the Chicago Tribune disclosed Bills' relationship with the firm. Emanuel said Wednesday the move proves he has "zero tolerance for corruption and has worked to change the culture at City Hall."

The cameras were touted as a safety measure by former Mayor Richard M. Daley. Installed at accident-prone intersections beginning in 2003, they pumped out a high of 791,111 tickets in 2009.

Bills is painted in the complaint as a slick operator who knew how to take advantage of his position in charge of the camera program.

"It's time to make good," he allegedly warned Redflex executives as they celebrated Redflex's first Chicago contract together at a Los Angeles restaurant in 2003. Bills had sabotaged the contract bid of a rival company, the complaint alleges. Though cameras installed for a comparison test by Redflex and the rival both had patchy results, Bills allegedly only showed the city's contract evaluation committee good photos captured by Redflex cameras and bad photos taken by the rival's cameras.

He then arranged seating for the vote so that committee members he knew would support Redflex voted first, placing pressure on members voting later to back Redflex, the complaint states.

In the years that followed, Bills allegedly helped Redflex win more contracts and eventually install a total of 384 cameras — more than any other city in the U.S.

Redflex funneled payments to him through a pal — identified by Sanan as consultant Marty O'Malley — who bought him a $177,000 condo, and picked up the tab for his retirement party at the end of his 32-year career in 2011, it's alleged.

And upon his retirement, Redflex arranged for him to be given a job at another firm to give Redflex cover for the bribe, the complaint states.

Redflex's own internal investigation concluded last year that Redflex bribed Bills and concealed those favors from the city.

But speaking outside court Wednesday, Sanan said Bills only voted for one of the contracts and "wasn't the guy who you'd have bribed" because "he never had the authority" to award a contract. Bills offered to turn himself in to the feds but instead was arrested and taken to the FBI's Chicago headquarters in an attempt to intimidate him into cooperating, he said.

Sanan said the feds are most interested in senior managers at Redflex, but said they would likely also have questioned Bills about political figures.

Bills has no information to share, he said.

Madigan spokesman Steve Brown initially said that Bills had not been involved in the speaker's powerful political organization "for like 10 years" but later acknowledged that Bills worked for Madigan's House Democratic candidates in 2010 and 2012.

Campaign records show Bills was paid more than $1,400 by two Madigan-controlled campaign committees to work on behalf of Democrats — payments that were made for Bills "experience in grassroots campaigning," Brown said.

State records also show that Madigan's 13th Ward Democratic Organization repaid prior donations of $1,800 to Redflex in 2012, after concerns about the company were made public.

In an emailed statement late Wednesday, Redflex said: "Last year we publicly released the findings of our

internal investigation into the conduct of several former employees and announced new leadership, new policies and a line between our past and today's Redflex. As promised, we also fully cooperated with the authorities. We did what a responsible company should do and we are pleased that our internal investigation contributed to the government's legal action."

The investigation by the FBI, the IRS and Chicago's Inspector General is ongoing, authorities say.

RED LIGHT CAMERAS    JOHN BILLS    BRIBERY

FROM AROUND THE WEB                                                    Sponsored Links by Taboola

**Godsmack - Pre Live Concert, Behind the Scenes**
Yahoo Live

**Economist: "U.S. Headed For Crisis Worse Than 2008"**
Money Morning

**Please Don't Retire At 62. Here's Why.**
The Motley Fool

**Seriously, Stop Refrigerating These Foods**
Reviewed.com

**A Brilliant Way to Pay Off Your Mortgage**
Comparisons.org

**The Spending Mistake You're Constantly Making - Never Pay ...**
The Huffington Post

**7 Credit Cards You Should Not Ignore If You Have Excellent ...**
Next Advisor

**You NEED To See These 20 Pictures of Kobe Bryant With W...**
Rant Sports

MORE FROM THE WEB                                    MORE FROM SUNTIMES

*   **Godsmack - Pre Live Concert, Behind the Scenes** (Yahoo Live)      *   **Emanuel essentially says 'I told you so' about speed cameras**
*   **Economist: "U.S. Headed For Crisis Worse Than 2008"** (Money Morning)   *   **GOP leader resigns after saying Hillary Clinton would 'get shot'**
*   **Please Don't Retire At 62. Here's Why.** (The Motley Fool)         *   **County lobbyist out after failure of Preckwinkle's pension bill**
*   **Seriously, Stop Refrigerating These Foods** (Reviewed.com)          *   **A fine surprise: City may owe millions in refunds**
*   **A Brilliant Way to Pay Off Your Mortgage** (Comparisons.org)        *   **Poll: Rahm re-election on ropes; voters say no better than Daley**

                                                                 Promoted Links by Taboola

**EXHIBIT**

NO. _8_

(http://www.chicagotribune.com)

# Colorful past for insider at center of red light probe

**John Bills was a top Madigan operative with family links to the mob who partied on the field with World Series champs. Now he's at the center of the feds' red light bribery case.**

May 17, 2014 | By David Kidwell, Tribune reporter

Recommend 24   Tweet 9   750   g+1 2

John Bills fits right in to the world of colorful characters who do the heavy lifting for Chicago politicians every election — raising donations, knocking on doors and delivering all of the vote.

But in Bills' case, the colors have often been a bit brighter. A South Side native, his family history is dotted with connections to organized crime. A huge White Sox fan, he got a job with the club, celebrated the World Series victory on the field with players and still sports a replica championship ring.



## Prostate Cancer Treatment

prostrcision.com

Learn Why Over 15,000 Men From All 50 States Chose ProstRcision.

A veteran political worker for House Speaker Michael Madigan, he earned a reputation as a top fundraiser and vote-getter in the vaunted 13th Ward Democratic Organization who fell in and out of favor with his boss and with fellow precinct captains who turned to him when they couldn't make their numbers.

Federal investigators last week painted another picture of Bills, as the linchpin in a decadelong corruption scheme that brought red light cameras to Chicago.

Ex # 8

The bribery scandal, among the most brazen ever to envelop City Hall, centers at least for now on Bills, a 32-year bureaucrat portrayed in a court filing last week as a man unembarrassed by his own greed, whose demands for more never ceased and who pitted one bidder against another in order to sweeten his own deal.

That version of Bills — one that he and his attorney adamantly deny — is the one federal prosecutors would use to pursue their case that he abused his office and took as much as $2 million in bribes for steering the red light camera contract worth more than $120 million.

But Bills, 52, is also a father and a husband, the life of the party, a man friends describe as jovial and always ready to give his time to help friends and strangers alike.

"Whether it was at City Hall, or at the precinct, or working to get the players to a charity golfing event, John has always been a guy you can count on to get things done, a point person," said Tom Ryan, 66, a retired city employee who once worked for Bills and is one of his best friends.

"That's the John Bills I know," Ryan said. "That stuff I read in those charging papers? That is not the John I know."

In the fallout of what could be the first of many charges in Chicago's ongoing red light camera investigation, triggered by Tribune reporting, questions have emerged about how one midlevel bureaucrat gets the juice to single-handedly steer such a lucrative contract and why he so adamantly refuses to cooperate with federal authorities looking to expand their investigation.

Bills has argued he never had the clout and he has no information to help prosecutors. But a closer look reveals an extended family steeped for decades in Chicago's patronage politics and an even more insular organization, the Chicago mob.

His cousin Guy was an outfit turncoat who entered the federal witness protection program. His uncle was once shot during a brawl by Angelo "the Hook" La Pietra, who would later become an infamous South Side mob boss. His dad, who spent 35 years working in the city's Forestry Department, was arrested in his youth for taking bets on horses.

Speed Enforcement Cameras

redflex.com/Fixed_Speed_Enforcement

Fixed Speed Enforcement Cameras for All Applications. Contact Redflex.

Interviews with a half dozen friends and 13th Ward acquaintances of Bills, along with public records, paint a portrait of Bills as hard-partying, and someone with a reputation for sometimes embellishing tales to pump up his own importance.

"John always liked to talk," said one friend who knew Bills from his work for Madigan at the 13th Ward. "Sometimes we would all just look at one another and wonder, 'Did he just say that?'"

"I remember one time we were all sitting and waiting for a precinct captains meeting and he was complaining about a trip to Miami and the crappy hotel some contractor bought him down there," the friend said. "It didn't register at the time that he might be talking about the camera company, but we couldn't believe he would just be so open about it.

"It was almost like he was proud of it," the friend said.

For people inside Madigan's political operation, talking openly about its inside dealings is nearly impossible. But several contacted by the Tribune agreed to speak about their dealings with Bills on the condition their names not be used.

"John was always making it known how close he was to Madigan," said one close friend. "It was always Mike says this and Mike told him that. We knew he was a top moneymaker, but we all took most of that with a grain of salt. You had to know John."

Ryan said Bills was valuable to the Madigan operation.

"He was a good precinct captain, one of the best," Ryan said. "You never saw John for three weeks before an election because he was out knocking on doors. He'd go back three, four times if he had to, making sure people were voting, getting rides, anything they needed."

Speed Enforcement Cameras

redflex.com/Fixed_Speed_Enforcement

Fixed Speed Enforcement Cameras for All Applications. Contact Redflex.

1 | 2 (/2014-05-17/news/ct-red-light-john-bills-20140517_1_light-probe-mob-john-bills/2) | 3

(/2014-05-17/news/ct-red-light-john-bills-20140517_1_light-probe-mob-john-bills/3) | 4

**See Also**

1. **Cars to Buy in 2014**          6. **Cheap Cell Phone Plans**

2. **Prostate Cancer**             7. **Warning Signs of a Stroke**

3. **Signs of Bipolar Disorder**   8. **Top Rated Home Security**

4. **Best Luxury SUVs**            9. **Certified Pre-Owned**

5. **Rheumatoid Arthritis**        10. **Type 2 Diabetes**

**EXHIBIT**

NO. 9

# Ex-CEO of red light camera company pleads not guilty in bribery case



Former Redflex CEO Karen Finley leaves the Dirksen Courthouse. (Antonio Perez / Chicago Tribune)

**By David Kidwell**
Tribune reporter

SEPTEMBER 10, 2014, 8:23 PM

The former CEO of Chicago's fired red light camera vendor, Redflex Traffic Systems Inc., pleaded not guilty Wednesday to federal charges that she helped orchestrate a decadelong $2million bribery scheme to win and grow the largest automated traffic enforcement program in the nation.

Karen Finley, 54, of Cave Creek, Ariz., is accused of conspiring to funnel cash, lavish vacation trips and an Arizona condominium to now-retired city transportation manager John Bills.

In the 16-count indictment handed down last month, Finley was accused of hiring Bills' longtime friend Martin O'Malley as a Redflex consultant in Chicago to act as a conduit for the bribes. The Tribune has reported that O'Malley is cooperating with the ongoing federal investigation and will eventually enter a guilty plea.

O'Malley, 73, of suburban Worth, was the Chicago-based consultant for Redflex since its city contract began in 2003. He has admitted that much of the $2 million he was paid by the company was intended as payoffs to Bills, who oversaw the traffic camera program from the beginning, according to sources familiar with the investigation and O'Malley's attorney.

Bills and O'Malley entered not guilty pleas when they were arraigned together last week.

Finley and five other top Redflex executives were jettisoned last year and the stock price of Redflex's Australian parent company sank amid revelations about the cozy relationship with Bills and the ongoing investigations. A fired Redflex executive who is cooperating with the government has alleged that the company had a long-standing practice of doling out gifts and bribes at dozens of municipalities in 13 states. The company has said it made aggressive changes in response to the scandal.

Finley appeared Wednesday with a team of four lawyers, including Chicago defense counsel Michael Monico, well-known for his work in high-profile public corruption cases. Among his notable clients were former Ald. Ed Vrdolyak and the late Christopher Kelly, a confidant to convicted ex-Gov. Rod Blagojevich.

At Wednesday's hearing, Monico did most of the talking for Finley, who spoke only to answer, "Yes, your honor" when asked by U.S. District Judge Virginia Kendall if she understood the charges against her. Finley is charged with nine counts of mail fraud, three counts of wire fraud, three counts of bribery and one count of conspiracy to commit bribery.

Kendall set the next court date to coincide with the status hearing for Bills and O'Malley, Oct. 23. None of the accused is required to appear for that hearing.

Kendall allowed Finley to remain free while she awaits trial but ordered her to surrender her passport. She also ordered that her husband's gun collection remain under lock and key in their Arizona home.

Prosecutors allege that Finley and former top Redflex executive Aaron Rosenberg, who is cooperating with authorities, plotted with Bills as early as 2003 to steer business to the company.

According to the indictment, O'Malley was hired by Redflex after Bills told him to answer an advertisement placed by Finley in 2003 looking for a Chicago consultant. Prosecutors have said the arrangement was intended as a conduit to funnel bribe payments to Bills.

O'Malley has admitted that much of about $2 million in payments he received from Redflex was intended for Bills. Prosecutors allege that he gave Bills $570,000 in cash between 2004 and 2012, in addition to paying for some of Bills' personal debts and even buying a Gilbert, Ariz., condominium for Bills' use. In addition, Redflex paid for hotel rooms, car rentals, meals, golf games, computers and other personal items for Bills, the indictment alleges.

In addition to rigging the initial selection process for Redflex, prosecutors allege, in later years Bills allowed Finley and Rosenberg to draft documents for Bills to use to help them obtain subsequent contracts that extended their business in Chicago.

Prosecutors also allege that Finley cautioned Rosenberg to avoid putting his discussions with O'Malley in writing. She also indicated she was deleting emails about the conspiracy to obtain Chicago business, according to the indictment.

Redflex worked to support Bills even after he retired from the city in 2011, when Bills "made it known" to Rosenberg and other Redflex employees that he wanted a job with Redflex, prosecutors allege.

Redflex's troubles in Chicago first erupted in October 2012, after the Tribune obtained a 2-year-old internal whistleblower memo written by an ousted Redflex vice president that detailed the alleged bribery scheme.

When the scandal broke, Redflex was a front-runner to win the potentially more lucrative contract to launch

Mayor Rahm Emanuel's speed camera program.

But amid the Tribune reports, Emanuel disqualified Redflex from the speed camera competition and subsequently banned it from holding the red light contract.

Redflex was recently replaced by Xerox State & Local Solutions Inc., based in Maryland.

dkidwell@tribune.com

Twitter @DavidKidwell1

Copyright © 2015, Chicago Tribune

EXHIBIT

NO. _/○_

# Michael Madigan Is the King of Illinois

By James Ylisela Jr.

I n the late spring of this year, as new political candidates were sprouting like daffodils, so were the ambitions of Lisa Madigan. With the election season starting to heat up, the 47-year-old Illinois attorney general privately told her top supporters that she was "95 percent" sure she'd be challenging the earnest but ineffectual governor Pat Quinn for his job in the March 2014 Democratic primary.

Madigan had clearly been mulling the move for some time. She had been stockpiling campaign contributions: $4.8 million worth, nearly a third of it raised in the first half of 2013. And she was lining up future commitments among the sharpest political minds around, according to several people familiar with the campaign's outreach. Polls pegged her as the clear front-runner, with a commanding lead (2 to 1, in one poll) over Quinn, as well as over any of the four likely Republican nominees in next fall's general election. The Madigan camp had even started planning a big announcement, according to a campaign insider.

There was only one not-so-teensy-weensy problem: Could she be governor of Illinois if her father, Michael Madigan, remained speaker of its House of Representatives? While not expressly prohibited by law, such a situation would be unprecedented. Not to mention the fact that the obvious familial conflict of interest would serve as catnip to political reporters nationwide, to whom "corruption" follows "Illinois" as surely as discounts follow Christmas.

Privately, Lisa was concerned. She and her campaign treasurer, Gina Natale, began quietly calling some big donors, asking if they found it problematic for one Madigan to be governor while the other was speaker. (Yes, say two people who were called and who do not wish to be identified because they do not want to anger Lisa—or her father. But neither said that it would be a campaign ender for her, either. With Quinn's public approval numbers in the toilet, the field of Republicans fairly weak, and an electorate well used to political nepotism, they felt she could overcome the issue.)

Publicly, Lisa twisted herself into extraordinary knots to deal with the daddy question. First she told reporters that her father's job status didn't matter. Then she suggested that he would not be required to step down if she were elected governor. She sidestepped questions about whether he *should*.

By early July, the question settled itself. When a huge patronage scandal erupted at Metra, the transit agency's CEO, Alex Clifford, claimed that he was forced out for refusing patronage requests made by Michael Madigan and others. Clifford received a $700,000-plus severance package—nearly triple his pay—which one Metra board member referred to as "hush money." The press crucified the speaker, who, as usual, remained tightlipped and seemingly unperturbed.

On July 15, Lisa Madigan issued a terse statement that she would run not for governor but for a fourth term as attorney general. "I feel strongly that the state would not be well served by having a governor and speaker of the House from the same family," the statement went, "and [I] have never planned to run for

Ex 10

governor if that would be the case."

Her wording shocked the political chatterati, who discerned bitterness between the lines. The *Tribune* editorial board said that she "poked a stick in her father's eye." Rich Miller, who writes the popular political blog Capitol Fax, characterized the statement as "throwing [her father] under the bus."

The speaker didn't comment on Lisa's decision until a few weeks later, after a gaggle of reporters cornered him outside the Union League Club of Chicago, where he had just delivered a speech. The elder Madigan, who famously picks his words with great caution, claimed that his daughter knew all along he had no intention of stepping down. "Lisa and I had spoken about that on several occasions," he said, "and she knew very well that I did not plan to retire. She knew what my position was. She *knew*."

Then why, reporters wanted to know, had she considered running? Madigan shot back, "Ask her."

That directive proved unhelpful. Representatives for Lisa Madigan declined repeated interview requests; so did those for Michael Madigan. (Sources for this story included more than two dozen current and former state legislators, other elected officials, political operatives, lobbyists, and academics—both Democrats and Republicans, both critics and supporters.)



"He's more Machiavellian than Machiavelli," Rod Blagojevich said of Michael Madigan, above. "When Machiavelli wrote *The Prince*, he had Mike Madigan in mind." Photo: Nancy Stone/*Chicago Tribune*

To observers, one of the most perplexing things about the sudden lack of Madigan family harmony is that no one has been a bigger supporter of Lisa's career than her father. And no one has more power to help her. For in Illinois, Michael Madigan—No. 2 on this magazine's annual list of the most powerful Chicagoans, behind only Mayor Rahm Emanuel—is as close to a king as it gets. He is the longest-serving House speaker in Illinois history (29 years). Next spring he'll take the record as the longest-serving state House speaker in U.S. history.

After 43 years in elected politics—and with his daughter in her political prime, the governorship all but hers for the taking—the silver-templed septuagenarian could easily have stepped aside. He could have helped propel Lisa into office and then headed for the sidelines. In the process, he might have transformed his image from that of a mysterious, old-school, SOB political boss to that of something much grander: the builder of an enduring political dynasty.

But no. Michael Madigan appears to be as unwilling to give up his gavel as the late Charlton Heston was to surrender his guns. "That man is not stepping down until (a) he's damn well ready or (b) he's carried out in a pine box," says one Chicago Democrat who, like most others interviewed for this story, asked to remain anonymous rather than risk alienating the speaker.

Madigan's power base springs from an unlikely spot: the Clearing neighborhood of the 13th Ward on Chicago's Far Southwest Side. The L-shaped ward, which sits just north of the border of suburban Bedford Park and wraps around Midway Airport, is part of the city's bungalow belt, peppered with sturdy red- and yellow-brick homes with gabled dormers, tidy lawns, and spotless alleyways.

Born in 1942, Michael Madigan grew up here in an Irish-Catholic family of four when the population was virtually all white. His mother, Mary Rita, was a homemaker; his father, Michael, worked as a ward superintendent for the Department of Streets and Sanitation. (The speaker's current house, on the corner of 64th Street and Keeler Avenue, is a lot like him: dominant without being conspicuous; expertly manicured but not showy.)

While a student at highly regarded St. Ignatius College Prep and later, after graduating from the University of Notre Dame, Madigan got to know a man his father had befriended years before, when they both held patronage jobs in the Cook County clerk's office. The man's name was Richard J. Daley.

Daley, of course, would go on to create the most powerful political machine an American city has ever known. Among his precepts: Attend to your friends' needs while either punishing or co-opting your enemies. Make everybody both dependent on and afraid of you.

According to people who have known Madigan for decades, Daley is one of the two men who have most profoundly shaped his worldview. The other is his father, who, the speaker told this magazine in a rare 1986 interview, "gave me a good understanding of how political people are driven by certain interests, quite often a personal self-interest."

In 1969, two years after his graduation from Loyola University Chicago School of Law, the precinct captains of his ward elected Madigan committeeman. The 27-year-old had become the city's youngest ward boss. In dizzying succession that year and next, the Daley-controlled Democratic machine slated Madigan as a delegate to the state's constitutional convention and then helped elect him a state representative.

In those days, Springfield was a sleepy backwater. From City Hall, Boss Daley called all the shots for the Chicago delegation; the Democratic House speakers served, more or less, at the pleasure of the mayor. (The joke in Chicago political circles used to be that if you did your time in the state legislature, you might one day rise to alderman.) The contingent of state legislators from the city didn't necessarily contain the best and the brightest. Daley dispatched many ward hacks downstate simply to press a "yea" or "nay" button.

Madigan was not one of them. Ambitious, studious, and fanatically disciplined, he listened, learned, and shot up the ranks. He accrued power little by little, year after year, like a squirrel saving acorns for the winter.

William Redmond, the Democratic House speaker at the time Madigan was a young legislator, told the *Tribune* in 1988 that he recalled going one day into Madigan's meticulously clean office. "I said, 'Mike, you can't be Irish. You're too orderly.' " Madigan, said Redmond, replied, "My mother is German."

During this period, Madigan also started a family. In 1976, he married Shirley Murray, a divorced law firm receptionist with a young daughter.

Madigan embraced the girl, Lisa, as his own, even formally adopting her after she turned 18. The couple went on to have three more children, whose professional lives have also not strayed far from their father's vast sphere of influence. Tiffany, now 35, is an attorney who specializes in corporate and financial law at McGuireWoods (which has donated $46,000 to the speaker and another $10,500 to Lisa since 2006).Her husband, the attorney and lobbyist Jordan Matyas, is the chief of staff for the Regional Transportation Authority. (He used to work as an assistant legal counsel in the speaker's office and in 2005 helped draft the state's Payday Loan Reform Act. As a lobbyist, he later represented the Florida-based company that won state contracts to track payday lenders.)

Nicole Madigan, 33, is a real-estate attorney at DLA Piper (which has contributed $42,000 to Lisa since 2005). And last, there's Andrew, 27, a vice president at the politically connected Mesirow Financial, which has received a bevy of state contracts and municipal bond work. Shirley, for good measure, has been an appointed member of the Illinois Arts Council since 1976—longer than her husband has been speaker—and its chairwoman for more than 20 years.

"There was a time, very early in his career, when people thought Madigan might one day be mayor," says Kent Redfield, professor emeritus of political science and public affairs at the University of Illinois Springfield. "He was a South Sider, he was Irish, and he was smart."

But in the tumultuous politics following Daley's death in 1976, there was no guarantee that the line of mayoral succession would continue to run through the Southwest Side. Besides that, Madigan's steely, introverted personality was not exactly mayor material. "He couldn't be elected dog catcher if he had to run outside his little fiefdom," says one former associate.

Shortly after Daley died, Madigan edged out Gerald Shea, a Daley old-timer, to become the party's floor leader (read: enforcer) in the House. The next year he was named majority leader. He lost that prestigious

position in 1980, when the Republicans rode Ronald Reagan's coattails to control of the Illinois statehouse.

It was bad enough that the Republicans ran roughshod over the Democrats. They also put a big target on the issue they well knew was nearest and dearest to Madigan's pocketbook: the state's property tax system, particularly in clout-heavy Cook County.

The county's property tax system was a notorious insiders' racket, a cesspool of corruption. The property tax bar had become the de facto fundraising arm of the Cook County Democratic Party. (The size of the assessor's campaign war chest used to rival that of the mayor's.) Madigan himself had built a thriving law practice, Madigan & Getzendanner, that handled primarily property tax appeals for such clients as owners of huge commercial buildings.

First the Republicans passed a county property tax cap—the kind of proposal that Madigan used to crush. Then they added a host of new measures that screwed with the ability of property tax lawyers to make money, including dissolving the two-member Cook County Board of (tax) Appeals and replacing it with a three-commissioner panel, renamed the Board of Review, with new district lines (drawn to ensure that a Republican could be elected) and expanded powers to raise property assessments rather than just lowering them.

Madigan and his allies didn't take kindly to the changes. "I've never in my life seen such vociferous opposition," one of the Republican supporters of the legislation told *Chicago* in 2010. "It was the most amazing backlash I'd ever seen. I realized at that point that this was the goose who laid the golden egg."

Madigan got his revenge. In the next election cycle, he pumped money and campaign staff into races in the south suburbs and won back nine seats, giving Democrats a paper-thin 60-to-58 majority—and restoring to Madigan his speakership. "After the election, he called us into a caucus meeting," recalls Edgar Lopez, a state representative from Chicago's North Side, who served from 1993 to 2001. "He said, 'We have the House back, and we're not going to make the same mistake again.' "

By the time Rod Blagojevich won the governorship in 2002, Madigan's rule over Springfield was so absolute that it goaded the governor into profanity-laced hissy fits. "He's more Machiavellian than Machiavelli," Blagojevich told *Chicago* in 2010, after his impeachment. "When Machiavelli wrote *The Prince*, he had Mike Madigan in mind."

In his second term, Blagojevich turned positively Nixonian in his efforts to destroy Madigan. Sources say that he allegedly ordered his chief of staff, John Harris, and his chief legal counsel, William Quinlan Jr., to secretly dig up dirt on the speaker and leak any potentially damaging information to the media. Whether that occurred is unknown. But much to Blago's dismay, he—not Madigan—garnered all the bad headlines.

The Illinois General Assembly holds elections every two years. After each one that the Democrats win, Madigan tells all of his caucus members, new and old, that he wants just one vote from them during the session: to reelect him as speaker.

And they have, 15 times. Madigan has become as much a constant in Springfield as Abe Lincoln's house on

South Eighth Street. And to the amazement and irritation of his detractors,
Madigan's power has only increased over the years. "When you get to be speaker of the House and you've
been there as long as Mike has, you become the final say on everything," says one former Republican House
member who is now a lobbyist.

Madigan is famous for reading every bill and every line of the state's $34 billion budget. Nothing gets
passed without his blessing. "He knows members' bills better than they do," says Jack Franks, a
Democratic state representative from Woodstock. "He knows more about the workings of the General
Assembly than anyone, on any issue, at any time."

The speaker involves himself in every political race that could remotely affect him, and many that don't.
"He loves the action," a Madigan insider told *Chicago* in 1998. "You're talking about a guy who will stay up
until 4 a.m. studying polling numbers, who meets with the troops every Saturday, who likes to be around
his patronage workers because it makes him feel like a king."

As politically invincible as he is, Madigan still stoops to running against fake opponents whose names his
workers place on the ballot to give the appearance of a competitive contest without actual competition. So
even as he coasts to easy reelection every time—he typically wins more than 75 percent of the vote—he still
acts like a paranoid dictator brooding over the next coup. At every reapportionment, he rigs the legislative
districts politically to fatten his majority—democracy be damned.

Madigan's obsession with control and his savant-like attention to detail extend beyond politics. Jim Sacia, a
former Republican legislator from Freeport who retired in October after six terms, recalls once sitting next
to the speaker at a committee meeting. "There was a break in the action, and he noticed my tie," says Sacia.
"He started talking about all the different kinds of neckties. Mike knew everything about ties. And he told
me he still has every tie he's ever owned."

Madigan's dominance over the legislative process means that lawmakers, lobbyists, and other supplicants
must pay obeisance through favors, patronage, or political contributions. "We're expected to follow along
like lemmings and take a loyalty test over and over," griped Julie Hamos, a former Democratic state
representative from Evanston, after Madigan and his lieutenants blocked a 2009 ethics plan that she
supported from coming out of his Rules Committee.

Madigan's detractors point out that his endless power grabs rarely seem to serve a public policy agenda.
Just look at the current Metra scandal. That little imbroglio will now cost taxpayers more than $700,000.

Or, how about this one? For five years, from 2005 to 2010, Madigan blocked the bills needed to refinance
the bond debt for McCormick Place—because, critics say, the agency's CEO had fired one of his political
allies and nixed a proposed hotel deal with a prominent developer who had once been represented by the
speaker's law firm. The punitive delay cost taxpayers around a half-billion dollars in higher interest
payments. (Madigan's camp said the speaker held up the refinancing to prevent Rod Blagojevich's cronies
from receiving lucrative contracts.)

Speaking of Madigan's law practice: A recent *Sun-Times* article reported that Madigan & Getzendanner has
won nearly $44 million in property tax refunds for Chicago property holders and almost $14 million for
suburban Cook County landowners over the past 10 years. When a downtown building gets its tax bill

dropped, it not only shifts the tax burden to other property owners, who must make up the lost money, but it also siphons much-needed tax dollars from public schools, among other things.

Madigan repeatedly insists that he never crosses any pay-to-play lines. "He's very careful not to mix [business and politics] publicly," says another former state legislator, who has both clashed and cooperated with the speaker. "But the wink and the nod is there."

Madigan controls far more than just half of one of the three branches of Illinois government, of course. He holds a second job as the chairman of the Democratic Party of Illinois, a third as the boss of Chicago's 13th Ward, and a fourth as a name partner and the chief rainmaker of Madigan & Getzendanner. Together, they make up what one former Cook County elected official calls "the Madigan Political Industrial Complex."

# 'The Madigan Political Industrial Complex'

Over the past 29 years, the House speaker has been instrumental in placing family members, political allies, and former staff members in influential positions—and has reaped the benefits of their loyalty. Here are 21 of them. —*By Edward McClelland*

## Patrice Ball-Reed

**Occupation:** Associate judge, Circuit Court of Cook County

**Connection:** Judge, political ally

A former deputy to Attorney General Lisa Madigan; was appointed Cook County circuit court associate judge after Michael Madigan wrote a letter of recommendation (More than half of the associate judge hopefuls on the "speaker's list" are also Madigan donors.)

## Joseph Berrios



**Occupation:** Cook County assessor

**Connection:** Political ally, law associate

Madigan's choice for assessor; sets assessments and approves property tax breaks, including for Madigan's clients; also the 31st Ward committeeman and the chair of the Cook County Democratic Party

## Thomas Cullen

**Occupation:** Lobbyist, Cullen & Associates

**Connection:** Lobbyist, protégé

Madigan's ex–issues director; now the Metra lobbyist the speaker called to demand a raise for Patrick Ward

## John Cullerton



**Occupation:** President, Illinois Senate; partner, Thompson Coburn

**Connection:** Protégé, political ally, family member

Madigan's former speaker pro tempore and floor leader; now president of the state Senate and a partner in his own real-estate law firm; Andrew Madigan's godfather

## Anthony DeLuca

**Occupation:** Illinois state representative, 80th District

Former Chicago Heights mayor; appointed to the state House with Madigan's backing after his predecessor took a judgeship; switched to the Democratic Party to join the speaker's caucus

**Connection:** Political ally

## David Ellis



**Occupation:** Author; candidate for Cook County Appellate Court

**Connection:** Protégé, judge

Madigan's former legal counsel (he prosecuted archenemy Blago at his impeachment trial); also writes thrillers

## William Filan

**Occupation:** Lobbyist

**Connection:** Lobbyist, protégé

Madigan's former issues director; now lobbies City Hall and also gets big bucks lobbying Springfield *for* City Hall

## Vincent "Bud" Getzendanner

**Occupation:** Managing partner, Madigan & Getzendanner

**Connection:** Law associate

A Loyola Law School classmate of Madigan's; partnered together in 1972 and now have a highly lucrative law practice, which has won $67 million in property tax breaks for Cook County clients since 2003

## Michael Kasper



**Occupation:** Lobbyist, Fletcher, O'Brien, Kasper & Nottage

**Connection:** Lobbyist, protégé

Madigan's ex–legal counsel; now a sought-after lobbyist after he argued Rahm's residency case; still serves as treasurer for Madigan's Illinois Dems; his wife, Laura Liu, appointed judge in 2011

## Thomas Kilbride

**Occupation:** Justice, Illinois Supreme Court, 3rd District

**Connection:** Judge, political ally

The ex-chief judge got $1.5 million from state Democratic Party in his 2010 retention; Madigan didn't want the seat to switch parties; upheld the Democrats' remap in 2001 and rejected a GOP lawsuit over the latest map

## Steven Landek

**Occupation:** Mayor, Village of Bridgeview; state senator, 12th District

**Connection:** Political ally

Lawmaker appointed on Feb. 5, 2011, to the Senate by the Southwest Side committeemen—led by Madigan; on Dec. 30, 2010, gave a $70,000 insurance contract for Bridgeview to Mesirow

## William Lipinski



**Occupation:** Lobbyist; former U.S. congressman

**Connection:** Lobbyist, political ally

Eleven-term Southwest Side congressman dropped off the 2004 primary ballot and asked his old friend and 3rd District committeeman Madigan to replace him with son Dan (Madigan did); now a lobbyist; Dan donated $12,500 to the state Democratic Party

## Andrew Madigan



**Occupation:** Senior vice president, Mesirow Financial

**Connection:** Family member

Madigan's 27-year-old son; has brokered lucrative municipal insurance contracts with south and southwest suburbs run by his father's allies

## Lisa Madigan



**Occupation:** Attorney general, State of Illinois

**Connection:** Family member

Madigan's adopted daughter; elected AG and, before that, a state senator with

the help of the Madigoons—Dad's political workers; criticized for being the "people's lawyer" who never investigates public corruption in Illinois

## Jordan Matyas

**Occupation:** Chief of staff, Regional Transportation Authority

**Connection:** Family member

Madigan's son-in-law (married to daughter Tiffany); is paid $160,000 at the RTA, in a job that involves overseeing Metra and lobbying the state legislature

## Eileen Mitchell

**Occupation:** Vice president of external affairs, AT&T

**Connection:** Lobbyist, protégé

Another ex–Madigan issues director; now the chief lobbyist for AT&T and has donated frequently to Lisa's campaigns

## Michael Noonan

**Occupation:** Partner, Compass Public Affairs

**Connection:** Protégé, Madigoon*

Former Madigan legislative aide and campaign manager on Lisa's first AG race; now a public affairs consultant whose firm has received no-bid contracts from the RTA, where Madigan's son-in-law is the chief of staff

## Marty Quinn

**Occupation:** Alderman, 13th Ward

**Connection:** Protégé

A silent machine alderman; elected in 2011 after a Madigan-engineered succession; got his entire $52,000 fund from Madigan

## Brendan Reilly



**Occupation:** Alderman, 42nd Ward

**Connection:** Protégé

The speaker's former communications director; now, as boss of the downtown ward with big buildings, makes zoning decisions that can potentially benefit clients of Madigan's law firm

# Jeffrey Tobolski

**Occupation:** Mayor, Village of McCook; Cook County commissioner

**Connection:** Political ally

Lawmaker (twice over) gave his village's insurance business to Andrew Madigan and Mesirow in Dec. 2011; the speaker later killed a bill to keep politicians (like Tobolski) from holding multiple offices

# Patrick Ward

**Occupation:** Deputy director of labor relations, CMS

**Connection:** Madigoon*

A Madigan campaign worker; also the former patronage employee at Metra whom Madigan allegedly pressured ex–Metra CEO Alex Clifford into giving a raise; has donated $16,525 to the Madigan family's political campaigns

* The nickname given to Madigan's political campaign workers.
Photography: (Ellis, Kasper) Alex Garcia/*Chicago Tribune*; (Lipinski) Dianne Brogan/*Chicago Tribune*; (Reilly) Jim Robinson/*Chicago Tribune*; (Madigan) Armando L. Sanchez/*Chicago Tribune*; (Berrios, Lisa Madigan) Heather Charles/*Chicago Tribune*; (Cullerton) Michael Tercha/*Chicago Tribune*; (Andrew Madigan) Nuccio Dinuzzo/*Chicago Tribune*

---

Take the state Democratic Party. Madigan uses his own war chest and the party campaign account to maintain his House majority, steering donations from corporate and special interests to favored candidates. Records show that Madigan has raised more than $35 million since 1994. He uses a third fund, Democratic Majority, to pay for polls, election materials, and campaign staff. That fund paid out almost $1 million in the final quarter of 2012, just before and after the November elections. Implicit in this arrangement is that his candidates, once they win, are beholden to him.

Madigan seized control of the party in 1998 after forcing out his protégé and former chief of staff, Gary LaPaille. Just as he consolidated his power in the House, Madigan placed the state party under his tight grip. He fired its staff, closed its headquarters in the Merchandise Mart, and moved it to his Springfield legislative office. Now the office lies about three miles from the Capitol, in the same ranch-style office building where Madigan's campaign finance committee is located.

In 2005, when Howard Dean chaired the Democratic National Committee, he devised a program to rebuild the party in all 50 states in order to rival the grassroots organizations that Republicans had set up. Under

Dean's program, known as the 50-State Strategy, the national party paid for hundreds of new organizers and campaign workers. For the state parties, it was basically free money, and they happily accepted. All but one: Illinois's. Madigan refused to let any national party workers into the state, his turf. "We have a 49-state strategy," Dean would privately joke to his Illinois supporters, according to one Democratic fundraiser and activist.

Madigan has also remained the Democratic committeeman of the 13th Ward since 1969. As such, he inserts himself into the street-level battles of Chicago politics. He oversees an army of loyal foot soldiers nicknamed Madigoons, many of whom also hold patronage jobs in any number of city, county, and state government offices and agencies. "They're all over the place," says one former city official.

In a 1986 interview with *Chicago,* Madigan mentioned that he was trying to find a job for the unemployed brother-in-law of a lawmaker. Asked why he was doing it—as a magnanimous gesture or a crass political favor?—he replied: "Because it's the correct thing for me to do in terms of maintaining a good relationship with the legislator, which builds my strength as the speaker and the Democratic leader."

Despite a huge population shift in his Far Southwest Side ward—it is now about three-quarters Hispanic—Madigan has kept the Irish in charge. In the last election, he used a classic maneuver to install Marty Quinn, one of his former top aides, as alderman. Quinn and his predecessor, Frank Olivo, both filed petitions to run, but Olivo withdrew at the last minute, so no one else could enter the race.

Madigan also isn't above the patronage politics of old. A recent *Sun-Times* investigation found that of the 30 campaign workers who circulated nominating petitions to get Madigan on the 2012 ballot, 29 work or have worked in government. Collectively, they were paid about $2 million a year in their government jobs—and contributed more than $200,000 to Madigan's political funds or to Lisa Madigan's campaign.

As a party committeeman, Madigan is also one of the main political masters who, cloistered in some backroom, picks which lawyers are slated for judgeships on the Circuit Court of Cook County. "That's a big deal," says a Chicago political insider. "You got somebody by the balls when you make him or a family member a judge."

If that's true, then David Ellis, along with the field of others the party chieftains have slated this election cycle, had better get a protective cup. Formerly chief legal counsel to the speaker, Ellis is pretty much a shoo-in for the ballot in the March primary for the First District Appellate Court, which includes Chicago and all of suburban Cook County.

But perhaps the most troubling part of Madigan's vast web of influence is his role as rainmaker for his law firm. Time and again, Madigan has opposed property tax caps for Cook County real-estate owners. (Limiting property tax increases would hurt his business because, theoretically, there would be fewer appeals.) He has torpedoed reforms to simplify the county's bewilderingly complex property tax system. (If it were too simple, people wouldn't need to hire a lawyer.) And he has blocked efforts to reduce the state's

reliance on property taxes for funding public schools and other key government needs. (Lower property tax revenues mean less business.)

"Mike uses legislative power to ensure that the system stays the system—the system he makes," says one Chicago political insider who is close to former mayor Richard M. Daley. "I remember the mayor told me once, 'At some point, Mike just gave up on policy and focused overwhelmingly on making a lot of money.'"

It's clear that Madigan, thanks to his law firm income, is loaded, though state ethics guidelines don't require him to divulge how much he makes. (Conflict of interest laws would force Madigan to give up his outside legal work if he held the position of governor, say, or another statewide elected office. No such laws apply to the speaker.)

Many of the appeals made by Madigan & Getzendanner go to the office of Joseph Berrios, the Cook County assessor (and before that, the Board of Review), where Berrios sits in judgment. A former state representative in Madigan's caucus, Berrios is still the chairman of the Cook County Democratic Party and the 31st Ward committeeman. Even by Illinois's loose conflict of interest standards, the obviousness of the Madigan-Berrios connection is stupefying.

What's more, sources allege that Madigan leverages his position as speaker to bring in business for his law practice. One former city official who asked not to be named says that Madigan would often say to him, "Get me business." In return, he says, Madigan promised him referral fees.

Another former state legislator says that the speaker would occasionally summon him to his office. Madigan, he recalls, would be sitting at his desk, looking through a list of requests for proposals or new commercial developments—the legislator isn't sure which. "He'd say, 'A new development is going up on such-and-such a road—are you familiar with it?'

"I'd say, 'Yeah, what about it?'

"He'd go, 'I'd like you to introduce me to the developer.' Or he'd say, 'Can I send Getzendanner there?'"

Adds the legislator: "What am I going to tell him, no?"

In 2010, the *Tribune* reported that the speaker's firm represented 45 of the 150 most valuable buildings in downtown Chicago—more than twice the number represented by its closest legal rival. With six lawyers—including Madigan, who does not actually handle cases—the firm has a reputation for doing top-notch work. Says one former Democratic state representative, "There are a lot of good lawyers practicing tax appeals. But if you had to choose between Joe Schmo and the speaker of the House, who would you pick?"

Given that nothing happens in Illinois government without Madigan's blessing, many critics lay the blame for the state's massive problems directly at his door. Illinois is broke, with pension debt approaching $100 billion and growing by $17 million a day. It has consistently failed to pass pension reform—or to reform much of anything else. Springfield has become a morass of inaction and ineptitude that has made the state a national laughingstock. For crying out loud, our top legislative leaders just took our governor to court . . .

over their salaries. "No one person is solely responsible for Illinois's troubles, not even Mike Madigan," says Douglas Whitley, the president and CEO of the Illinois Chamber of Commerce. "But his role and longevity suggest that he above all others can be held accountable and responsible for what has gone on and what may happen in the future."

In short, you'd think that being speaker of the Illinois House wouldn't be a helluva lot of fun anymore, Democratic supermajority (currently 71 of 118 seats) notwithstanding. Madigan is well past retirement age. He could step down tomorrow and collect an annual pension of about $132,000. The longer he stays, the greater the risk of lasting damage to his already complicated legacy. And the greater the risk of poking and prodding into his secretive political and business dealings.

So why is he holding on to the job with an iron grip? He's certainly not a policy visionary with a bold civic agenda he's aching to complete. He's not a do-gooder with a deep-seated need to help others. He's not a passionate ideologue who won't rest until, say, same-sex marriage or immigration reform becomes law.

Perhaps, some politicos around town speculate, Madigan didn't step down when Lisa wanted to run for governor because he didn't want his daughter to get thrown into the middle of the state's horrific financial problems before he could deal with them. (At 47, she can wait four, maybe more, years.) Maybe he wants a new Republican governor to share the political burdens that his Democratic caucus largely carries.

Or maybe, having outlasted eight governors and eight Chicago mayors, he simply can't tolerate feeling as if he's being shoved out—even by his daughter. You don't have to be Freud to see that Madigan has a profound need for power, order, and control. Angelo "Skip" Saviano, a former Republican legislator from Elmwood Park, notes that the 1994 Republican revolution that swept Madigan out of power in Springfield "drove him absolutely wacko."

Most everyone who knows him agrees that Madigan is obsessed with winning. To him, bills are primarily cost-benefit analyses ("Will this help or harm my majority?"). Not only does he crave power; he's become captive to it. "His job is his life, and his life is his job," says James McPike, a legislator-turned-lobbyist who served 12 years as Madigan's majority leader from 1983 to 1995 and remains one of the speaker's closest friends.

Adds a current Republican legislator: "This is his oxygen. He can't give it up." And that, says Sacia, is Madigan's "Achilles' heel."

**EXHIBIT**

NO. _11_

(http://www.chicagotribune.com)

# Ex-city official in red-light camera probe now in county post

## Appointee also has ties to House Speaker Madigan

October 18, 2012 | By David Kidwell, Chicago Tribune reporter

Recommend 2    Tweet 0

473    g+1 0

The former city official now at the center of an ethics investigation into the city's red-light camera program was appointed last year by Cook County Board President Toni Preckwinkle to a part-time job on an obscure board known as a haven for those with political clout.

John Bills, who retired from the city last summer after a 32-year career, is a longtime campaign worker for House Speaker Michael Madigan, the state Democratic Party chairman. Neither Madigan nor Preckwinkle would say whether Madigan recommended Bills for the appointment to the Cook County Employee Appeals Board.



## 2014 Toyota® Land Cruiser

buyatoyota.com

Find Your Local Toyota® Dealer & Buy a 2014 Land Cruiser! Get Info.

"I don't think I want to talk about that today," Preckwinkle said when asked about the appointment after an appearance Wednesday at the Tribune's editorial board.

She appointed Bills in December 2011 to the board, which meets once a month to hear appeals from county employees who have been fired or demoted. It pays $34,673.60 annually plus health benefits. He started early this year.

Bills' colleagues on the board include longtime south suburban Democratic power broker Frank Zuccarelli, a Thornton Township supervisor and Democratic committeeman, and Juan Ochoa, former CEO of the


Ex # 11

Metropolitan Pier and Exposition Authority.

Former members have included Rita Rezko, the wife of Antoin "Tony" Rezko (http://www.chicagotribune.com/rezko), who is serving time in federal prison after his influence-peddling conviction in the federal probe of former Gov. Rod Blagojevich.

A Madigan spokesman also would neither confirm nor deny whether his boss played a role in Bills' appointment.

"I made some calls and I was unable to confirm your question about any special support for Mr. Bills," said Madigan spokesman Steve Brown. "I've moved on to other things now. I'm done with that."

Bills, 51, came under scrutiny this week after Tribune reports disclosed how Chicago's longtime red-light camera vendor — Redflex Traffic Systems Inc. — failed to tell City Hall about internal allegations of impropriety involving Bills and his neighborhood ties to a company consultant who was paid more than $570,000 in commissions. The company also didn't tell the city for two years that it disciplined one of its executives for paying for a two-day luxury hotel stay for Bills in Arizona.

The city on Tuesday accused Redflex of covering up the allegations and barred it from bidding on a lucrative new speed camera program Mayor Rahm Emanuel hopes to begin testing in November. The administration also referred the allegations to the city inspector general.

Emanuel said Wednesday he wants other contractors to take note of the city's swift action.

"I want to send a clear message to everyone there will be zero tolerance for these kinds of actions," Emanuel said. "I want other firms that do business with the city to understand that action."

Bills told the Tribune last week that he asked a Redflex executive to help him find a hotel reservation and didn't realize the room bill did not show up on his own credit card. He would not discuss his longtime volunteer work for Madigan's political organization or his county job.

Preckwinkle spokeswoman Kristen Mack said Bills was chosen "for his 30 years of experience in management, supervision and decision-making in government agencies."

Project Management Course

stanford.edu

Earn an advanced project management certificate with Stanford Online.

Public records show that Bills has for years been listed as a registrar for Madigan, supervising the collection of signatures for Madigan-backed candidates for office.

The May financial disclosure report Bills was required to fill out as a county appointee listed sports tickets worth more than $500 from one of Madigan's political committees. Brown said it is routine for Madigan to reward political workers with sports tickets.

Bills retired as managing deputy commissioner of the city Transportation Department after overseeing the contract with Redflex since it began in 2003.

Bills acknowledged his neighborhood ties to Redflex consultant Marty O'Malley, 72, who was hired by the company to act as the city liaison at the outset of the contract. The two said they did not become good friends until they began working together on the contract.

Both say they did nothing improper. O'Malley said Bills played no role in getting him the Redflex job or the $1,500-per-camera commission he received from the company.

Records show that O'Malley also has taken a political interest in Madigan. Campaign reports show Madigan's 13th Ward Democratic Organization received three contributions from O'Malley — $1,000 in 2007, $1,500 in 2009 and another $1,500 in 2010.

O'Malley said he made the contributions because Madigan is "a very powerful politician in the state of Illinois. I have met him a couple of times and I wanted to make a contribution, that's it."

*dkidwell@tribune.com (mailto:dkidwell@tribune.com)*

17.2% 2013 Annuity Return

advisorworld.com/CompareAnnuities

True Investor Returns with no Risk. Find out how with our Free Report.

**EXHIBIT**

NO. 12

# Chicago Tribune poll: Chicagoans want changes on red light camera program



A new Tribune poll reveals that most Chicagoans have a negative opinion of the red light camera program.

**By  Bill Ruthhart and Michelle Manchir, Tribune reporters**

AUGUST 18, 2014, 6:01 AM

**M**ore than nine out of 10 Chicago voters think changes should be made to the city's red light camera program, but they are split on whether the beleaguered system should be eliminated or improved with better management and oversight, a Chicago Tribune poll has found.

The survey was taken after the Tribune reported that tens of thousands of drivers had been given $100 tickets during a series of sudden and unexplained spikes in citations, but before federal indictments were issued Wednesday tied to a bribery scandal that has engulfed the red light program.

Overall, 92 percent of voters said they think some kind of change should be made, with 47 percent saying the red light cameras need better oversight and management while another 45 percent said they should be eliminated. Only 5 percent of voters thought the program is functioning as it should, and 3 percent said they didn't know or had no opinion, the poll found.

Poll respondent Diane Kasper said the cameras should be scrapped, calling them "traps" and "just a revenue grab."

"They're just grossly unfair," said Kasper, 60, an inventory worker from Sauganash. "I just think they mislead people. I think people don't know if they should stop, if they should turn, if they're going to get stuck in the middle of the intersection."

Respondent Reid Hyams said the cameras don't serve their stated purpose of encouraging safe driving. "They don't necessarily reflect what's going on in traffic," said the 61-year-old Rogers Park resident who works in the music business.

Ex. 12

Red light camera program feeds change of heart among city voters - Chicago Tribune    http://www.chicagotribune.com/news/local/breaking/chi-chicago-red-l...

He cited as an example the frequent bumper-to-bumper traffic at Lake Shore Drive and Hollywood Avenue on the Far North Side. "If you stop you're going to get into a major accident, if you don't stop, you get a ticket," he said.

Not all poll respondents thought the cameras should be turned off, however.

Kathryn Pensack said that while better oversight of the cameras may be necessary, she has witnessed behaviors changing for the better at a red light camera intersection at Kedzie and Belmont avenues.

"Before we started the cameras, I noticed people would just go through red lights," said Pensack, 67, a retired respiratory therapist.

White voters and African-Americans voters' views differed on what to do about the problems with the red light camera system. Among black voters, 50 percent wanted the program eliminated, while 43 percent thought better management and oversight was the answer. But only 37 percent of white voters wanted the cameras eliminated, while 53 percent thought the program needed better management.

Overall, the poll found 2 out of 3 Chicago voters believe the red light cameras are a bad idea, while 28 percent said they are a good idea and 6 percent had no opinion. APC Research Inc. interviewed 800 registered city voters by cellphone and landline from Aug. 6-12. The poll had a margin of error of 3.5 percentage points.

The survey was taken a couple weeks after a Tribune investigation found that tens of thousands of Chicago drivers had been given tickets during sudden and unexplained spikes in citations at certain intersections. After the Tribune published the investigation last month, Mayor Rahm Emanuel's administration said it would review 9,000 tickets issued during the spikes. Two weeks ago, City Hall indicated it would expand the number of tickets it would re-check to 16,000.

The red light camera program also has been beset by scandal.

In 2012, the Tribune first reported about the cozy ties between a former city manager who ran the red light program and the company that previously operated the cameras, Redflex Traffic Systems. That relationship led to the city's red light business being rigged for a decade as it grew to the largest ticketing system of its kind in the country.

On Wednesday, former City Hall manager John Bills and former Redflex CEO Karen Finley were indicted on mail fraud, wire fraud and bribery charges. Alleged bagman and former Redflex consultant Martin O'Malley was indicted on one count of conspiracy to commit bribery.

Emanuel's overall job approval ratings have dipped since a Tribune poll in May 2013. Only 35 percent of voters approve of the mayor's job performance while 52 percent disapprove. Perhaps not surprisingly, those unsatisfied with the mayor's job performance also dislike the red light cameras. Of those who disapproved of Emanuel's work in office, 74 percent said the red light cameras are a bad idea. Even among those who support the mayor, 56 percent said the red light cameras are a bad idea.

Some who were aware that cameras had issued tickets inappropriately said they still think they're necessary to teach bad drivers a lesson.

"If there's a problem with the technology then straighten out the technology," said Albany Park's Pensack. "If you have good technology, it's pretty easy to tell whether someone has gone through a red light and you should get a ticket. That's a behavior we just need to stop."

*bruthhart@tribune.com*

Case: 1:14-cr-00135 Document #: 66-1 Filed: 01/12/15 Page 73 of 115 PageID #:341

*mmanchir@tribune.com*

*Twitter @BillRuthhart*

*Twitter @TribuneMM*

Copyright © 2014, Chicago Tribune

**EXHIBIT**

NO. 13

# Red light cameras tag thousands for undeserved tickets



Since 2007, more than 4 million
red light camera tickets issued
totalling more than $400 million

The Tribune fights City Hall for every red-light ticket since 2007, and the data leads to a startling story.

**By David Kidwell and Alex Richards, Tribune reporters**

JULY 18, 2014, 11:58 PM

Thousands of Chicago drivers have been tagged with $100 red light fines they did not deserve, targeted by robotic cameras during a series of sudden spikes in tickets that city officials say they cannot explain, a Tribune investigation has found.

The Tribune's analysis of more than 4 million tickets issued since 2007 and a deeper probe of individual cases revealed clear evidence that the deviations in Chicago's network of 380 cameras were caused by faulty equipment, human tinkering or both.

Chicago transportation officials say they had no knowledge of the wild swings in ticketing until they were told by the Tribune — even though City Hall legally required the camera vendor to watch for the slightest anomaly in ticketing patterns every day. Many of the spikes lasted weeks.

The lack of oversight raises new questions about the controversial traffic enforcement program, the largest in the country, now embroiled in a federal corruption probe into allegations that the city's longtime red light camera manager took bribes from the camera company.

"Something is terribly amiss here," said Joseph Schofer, an associate dean at Northwestern University's McCormick School of Engineering and Applied Science who reviewed the Tribune's research.

Schofer, who has served as an adviser on city transportation committees, said the findings prove "the system is broken."



"The only reasonable explanation is that it is something involved in the technology," he said. "Whether it's diabolical or mechanical or electronic and accidental, I can't look inside people's souls and know that, but the evidence is pretty strong."

He and three other national experts who reviewed the Tribune's findings suggested that drivers are entitled to refunds, whatever the cause of the spikes.

A 10-month Tribune investigation documented more than 13,000 questionable tickets at 12 intersections that experienced the most striking spikes; similar patterns emerged at dozens of other intersections responsible for tens of thousands more tickets. Among the key findings:

>>Were you ticketed in error? Search the Tribune's database

Cameras that for years generated just a few tickets daily suddenly caught dozens of drivers a day. One camera near the United Center rocketed from generating one ticket per day to 56 per day for a two-week period last summer before mysteriously dropping back to normal.

Tickets for so-called rolling right turns on red shot up during some of the most dramatic spikes, suggesting an unannounced change in enforcement. One North Side camera generated only a dozen tickets for rolling rights out of 100 total tickets in the entire second half of 2011. Then, over a 12-day spike, it spewed 563 tickets — 560 of them for rolling rights.

Many of the spikes were marked by periods immediately before or after when no tickets were issued — downtimes suggesting human intervention that should have been documented. City officials said they cannot explain the absence of such records.

Drivers who appeal red light tickets in Chicago win less than 10 percent of the time, but drivers caught in one severe spike won 45 percent of the time. Yet the vast majority of drivers caught during spikes never appealed and therefore missed an opportunity to have bad tickets thrown out.

The experts said the deviations identified by the Tribune are not supposed to happen in an automated enforcement system and should have set off warning flares from City Hall to the Phoenix headquarters of the city's longtime camera vendor, Redflex Traffic Systems Inc.

"This was a lightning strike, and lightning strikes should not happen in a case like this," Schofer said.

The experts all said the available evidence leads them to only two possible explanations — that ticket procedures were quietly broadened to catch more violators, or that malfunctions led the system to wrongly tag lawful drivers. In either case, they said, fail-safes that should have guarded against such anomalies didn't do their job.

Consistency and fairness are crucial to traffic enforcement because the goal is to make streets safer by changing driver behavior. Any sudden change in enforcement — either by design or by malfunction — undermines that goal, the experts said.

All the experts agreed that the city should consider refunds. Some said the city has an ethical obligation to drivers who were ticketed unfairly, even in those cases in which they were technically in violation of the law.

"The public has to believe that this is a safety countermeasure and not a moneymaking scheme, and that it is a fair

system," said Joseph Hummer, professor and chair of civil and environmental engineering at Wayne State University in Detroit. "The fairness is critical to it if people are going to accept these cameras in the city, that they are not arbitrary."

City transportation officials said neither the city nor Redflex made any changes to how violations were enforced. They acknowledged oversight failures and said the explosions of tickets should have been detected and resolved as they occurred. But they said that doesn't mean the drivers weren't breaking the law, and they defended the red light camera program overall as a safety success story. The program has generated nearly $500 million in revenue since it began in 2003.

The city was unaware of the spikes until given the evidence by the Tribune in January, said David Zavattero, a deputy director for the Chicago Department of Transportation. In the six months since, city officials have not provided any explanations.

"Trust me when I tell you that we want to know what caused these spikes you have identified as much as you do," Zavattero said. "So far we can find no smoking gun."

He acknowledged that faulty camera equipment likely played a role.

"I would say that is likely in some of these cases," Zavattero said. "I cannot tell you that isn't possible. It is possible. The old equipment was much more prone to break down than the equipment we are currently installing."

He said steps have already been taken to improve oversight of the program under a new vendor hired this year to run the system after Redflex was fired by Mayor Rahm Emanuel amid Tribune reports on the bribery scandal.

"We want the system to be operating fairly and consistently for everyone," Zavattero said. "The level of oversight we have and that we need to take on this program has improved significantly."

But Zavattero and Luann Hamilton, deputy transportation commissioner, balked at the suggestion of refunds. They said a random check of 300 videos from the spikes identified by the Tribune found no instances of tickets being issued erroneously. The city refused to provide those videos to buttress its contention, citing state law that makes them confidential.

Redflex officials declined to be interviewed for this story and referred all questions to city officials.

Emanuel fired Redflex last year after Tribune disclosures about its cozy relationship with former city transportation manager John Bills, who was instrumental in giving the company the contract and oversaw its growth and operation until he retired in 2011. Federal authorities arrested Bills on bribery charges in May.

After the company publicly acknowledged it likely paid as much as $2 million in bribes for the business, the Tribune in March 2013 asked the city to provide a database of all the tickets the company helped generate, as well as information on driver challenges to those tickets. The city refused at first but provided the records in September after months of legal wrangling.

The Tribune also filed other records requests, searching for any shred of paper at City Hall — service records, maintenance reports, email traffic, memos or anything else — that might help explain the reasons for the spikes. The city said it had none.

As part of its analysis, the Tribune charted the daily ticket counts for each camera since 2007, examined

thousands of still photos of violations available online, looked at hundreds of videos of violations, sought advice from experts and traffic safety engineers, and interviewed more than 100 ticketed drivers.

In most cases, cameras installed at city intersections performed exactly as advertised. There was a large surge in violations when the cameras were first installed, and then the ticket counts tapered off as motorists adjusted their behavior — the city's stated goal for installing the cameras in the first place.

But in a significant subset, the Tribune found a pattern of problems that raises broader questions about how the program is run.

**Driver frustration**

Oumou Wague had driven her Chrysler minivan through the intersection at Halsted and 119th streets thousands of times since the city first installed a red light camera in 2004, and never once received a ticket there.

So imagine her surprise in May 2011 when the first computer-generated violation showed up in her mailbox. And then another. And then another. And then another.

In one particularly expensive stretch of 18 days that spring, she received four separate $100 tickets for rolling through a right turn on red on her way home from work — at the exact same spot she had successfully navigated every day without a hitch for years.

"I was stunned," the 42-year-old hair salon owner said in a recent interview. "I knew right away there was something wrong there. I knew that camera was broken, but you can't fight City Hall -- and that is a fact."

Wague was caught by a camera system in hyperdrive. After averaging fewer than three tickets per day for years, the camera that tagged her was suddenly averaging 33 tickets a day — many of them issued in error. Then, as abruptly as it began, the ticket spree ended in June of that year.

**Spikes in tickets, spikes in appeals**

From April 29 to June 19, 2011, one of the two cameras at Wague's West Pullman intersection tagged drivers for 1,717 red light violations. That was more violations in 52 days than the camera captured in the previous year and a half.

Almost all of the tickets were for the same type of violation — right turns on red from the southbound lanes of Halsted onto 119th.

The same thing happened on the Far Northwest and North sides.

The camera at Lincoln Avenue and McCormick Road prompted 563 tickets during a 12-day period beginning Dec. 30, 2011 -- more than all the tickets issued from that camera in the previous two years. The rate of tickets shot from less than one a day to 47 a day.

The camera at Western and Peterson avenues prompted 410 tickets during a 21-day stretch beginning Sept. 20, 2012, an average of 19.5 tickets per day, up from the typical 2.2 per day the previous two years.

On the Near West Side, the corner of North Ashland Avenue and West Madison Street generated 949 tickets in a 17-day period beginning June 23, 2013. That is a rate of about 56 tickets per day. In the previous two years, that camera on Ashland averaged 1.3 tickets per day.

All four spikes were accompanied by a period when the cameras went dark — two days before the surge at Halsted; immediately after the surge at Ashland; and both before and after the surges at Lincoln and Peterson.

At three of those intersections the surges were also accompanied by an eye-popping increase in appeals. To understand that significance, it helps to know how infrequently people appeal the red light tickets, and how rarely anyone succeeds in having a ticket overturned.

More than 95 percent of all red light camera tickets are never appealed. And the drivers who do contest their tickets lose more than 90 percent of the time.

But drivers who appealed tickets during some of the worst spikes were far more likely to win — nearly half the time in one particularly stark example.

At Halsted, 242 of the tickets during the spike were appealed — 1 in 7. And 109 of them were tossed out.

At Lincoln, 81 of the tickets during the spike were appealed — 1 in 7. And more than a quarter of those tickets — 22 — were tossed out.

And at Peterson, 37 of the 410 tickets during the spike were appealed and seven tossed out.

In almost all of those cases where a ticket was tossed out, it was because the officials hearing the appeal ruled that the vehicle came to a stop.

**Experts: Evidence points to trouble**

Traffic experts said the appeal rates are alarming, and by themselves indicate a problem.

"It seems there may be quality control problems all the way up and down the line here," said Schofer, of Northwestern University. "Are the people who are supposed to be viewing these videos actually viewing the videos? Given the appeal rates at some of those intersections, it would appear not. I mean, people make mistakes, but they don't make 30 mistakes."

The cases raise many questions the city says it cannot answer.

What prompted the camera system to suddenly target so many drivers? If two people independently review each of the violations before they are sent — a legal requirement of the program — then how did so many erroneous tickets slip through? And how could the wild swings in ticket rates go unnoticed by the company and city officials?

"I would say that very definitely, answers to these questions would be very revealing," said Dr. Rahim Benekohal, a traffic camera expert and engineering professor at the University of Illinois at Urbana-Champaign. "Perhaps some of these people should get their money back."

Benekohal and Schofer also said they are troubled by the periods before and after the spikes when the cameras appeared to be shut down. In some cases it was for days or even weeks.

"There was something strange going on there, no doubt," said Benekohal, who sat on the city selection committee to choose a vendor for the city's speed camera system. "Certainly one of the conclusions that could be reached is that the camera was not functioning properly — that is certainly a strong possibility.

"But typically if a sensor goes down or there is an equipment issue, these things do not repair themselves. There should be a record of it somewhere," Benekohal said.

Schofer said the downtimes suggest intervention of some kind.

"It looks to me like someone intervened, and as a result of that intervention there was a dramatic increase in the number of tickets," he said.

The most credible explanation, Schofer said, is that "the ticketing criterion changed."

"Specifically, it became more stringent. That seems credible. The next question is: Was it too lax in the before period or too strict in the after period?"

City officials insisted the city has not changed its enforcement practices. They also said they have no records indicating camera malfunctions or adjustments that would have affected the volume of tickets.

The lack of records is significant, because Redflex was required to document any time the operation of a camera was disrupted for more than a day, as well as work "that will affect incident volume" — in other words, adjustments or repairs that could increase or decrease the number of violations.

The company was also required to perform a series of daily quality checks to evaluate "the daily activity of the intersection cameras and the central server to determine if there are any anomalies on the data provided."

Asked to provide any documentation of maintenance or repairs around the time of the worst spikes that would correspond with activity causing those cameras to go dark or to change the rate of ticketing, City Hall provided two dozen single-page maintenance records. Only one documented any problems — a "disabled" lane at the Lincoln intersection.

All the experts interviewed agreed that a change in the camera system — not shifting driver patterns — is the most likely reason for the spikes. They all expressed surprise that such dramatic ticketing fluctuations in an automated system could go unnoticed and undocumented.

"I have never seen anything like this," said Richard Retting, a former senior transportation engineer for the Insurance Institute for Highway Safety and a longtime advocate for the safety benefits of red light cameras.

"Obviously, something very strange is happening during these unexplained and dramatic spikes, no question about it," said Retting, who was dubbed the "father of the red light camera" movement in a congressional report on red lights. "And I would think the system operator must have some record to explain them, especially since they seemed to end as abruptly as they began.

"There must be some record, some maintenance log, something somewhere," he said.

City Inspector General Joseph Ferguson was likewise stymied by a lack of records in his May 2013 audit of the red light program, which sought to analyze the hows and whys of where the cameras were placed but did not look at ticket data as the Tribune did.

"We found a lack of basic record keeping and an alarming lack of analysis for an ongoing program that costs tens of millions of dollars a year and generates tens of millions more in revenue," Ferguson wrote.

### How the cameras catch motorists

Since 2003, when Chicago first awarded the contract to Redflex, drivers who run red lights at up to 384 cameras are tagged by what is known as "magnetic induction loop" technology. Oddly, it doesn't determine whether you stop at a red light, but how fast you are going as you approach.

That's because under the law, the camera system has to capture you entering the intersection after the light is red. So the camera must start recording before any violation takes place. Rather than capture images of tens of millions of cars passing by legally, the system is designed to predict which vehicles are most likely to run the red light.

A loop of sensors embedded in the pavement near the intersection measures your speed, and if you are going faster than a preset "trigger speed" — usually 13 miles per hour — the video camera is triggered. The video camera records your car moving through the intersection, the traffic light visible overhead. A separate still camera records your license plate.

Employees of the red light vendor — which until March was Redflex — review the videos, determine whether there was a violation and then forward the video and the information to a second city contractor. Employees of that vendor, IBM, review the violation again to make sure, send the license plate number to state authorities to retrieve ownership information and issue the ticket by mail.

**City officials puzzled**

There are many legitimate reasons that ticket rates might fluctuate at an intersection, including traffic diversions blocks away, weather events, road construction, even funeral processions. When first asked about the spikes, city officials suggested that some of those reasons might be the cause. But neither transportation officials nor the Tribune could find any evidence of such outside forces affecting the wild swings in two dozen cases presented to City Hall.

When city officials were first presented with evidence in December of the spike at Halsted and 119th, they suggested it was because of funeral processions related to a large cemetery eight blocks away. However, only one of the 109 overturned tickets during the spike was attributable to a funeral procession, according to appeals records supplied under the Illinois Freedom of Information Act.

Regarding the Ashland spike, city officials at first suggested it might be attributable to some event at the United Center, about three blocks away. But there were no significant attractions that would have led to higher traffic, and even if there were, the duration of the ticket spike went well beyond the hours of any event such as a concert.

Likewise, city officials offered no explanation for the times the cameras generated no tickets right around the time of the spikes. They said they had no records to indicate that cameras were taken down during those periods where they inexplicably generated no tickets for days at a time.

Zavattero said Redflex and its subcontractors were responsible for maintaining the cameras and that Redflex usually briefed city officials once a month on maintenance issues.

One former Redflex software engineer who helped develop the Chicago system told the Tribune that Redflex had no computerized warning systems to flag the company when unusual spikes occurred.

"The only time we ever knew when a camera was down was when someone happened to notice, or if we got a phone call," said Michael Schmidt, who was laid off by Redflex last year amid company downsizing.

Schmidt said that during his 10 years working on the Chicago contract for Redflex, cameras routinely malfunctioned or stopped working, or sensors embedded in the roadway went out either on their own or because a road worker accidentally severed the connection. Schmidt said he had no knowledge of whether Redflex shortened trigger speeds for some cameras but agreed with the experts that such a change could result in the

spikes.

"When I look at this data I notice right away that a lot of them happened after or before the camera going dark," Schmidt said. "That tells me somebody is out there working on it, or adjusting it. There really is no other explanation."

## Yellow light timing

All of the experts, as well as Schmidt, said another explanation for these kinds of spikes would be shorter yellow light intervals. They said fractions of a second make a huge difference on violations, as drivers readjust to the shorter yellows.

Zavattero said the city has not tinkered with yellow lights, and that all of them meet state and federal standards that require at least three seconds on all yellows. He said any yellow light that falls out of whack and decreases its interval to 2.8 seconds automatically triggers the traffic system to a flashing red until it can be recalibrated.

"I can tell you there have been no changes to the trigger speeds, and there have been no changes to the yellow light intervals," Zavattero said. He added that while Redflex had the ability to alter trigger speeds in its roadway sensors, the company had neither the authority nor the ability to change traffic light intervals.

For that, the company would have had to call the city, he said. "And I can tell you it was not allowed," he said.

But the yellow light interval during one of the most severe spikes fluctuated wildly, according to information extracted from a review of every ticket generated by the camera at 6200 N. Lincoln Ave. for more than a year.

For the 100 tickets issued in the six months before the spike, the yellow light interval at that intersection ranged from 4.03 to 4.08 seconds. In the 563 tickets issued during a 12-day spike there, yellow light intervals dropped to about three seconds during 406 of them, then bounced back and forth to more than four seconds intermittently during the others.

Two of the tickets showed a yellow light time of 0.05 seconds, according to city records, though in both cases the images indicate the light was red long before the violations happened.

"There is no way the amber times should be bouncing around like this," said Schofer, shown the evidence. "Obviously, if you shorten up the amber times you are going to write more tickets."

Experts agreed that a one-second shortening of a yellow light interval is more than enough to throw off drivers who go through the same intersection every day and set their mental clocks by the longer interval.

A firestorm erupted in Florida last year after news reports that state government officials had quietly approved shorter yellow lights at red light camera intersections, boosting ticket rates. Public outrage from the story prompted state officials to reverse course.

Chicago officials adamantly deny tinkering with yellow light intervals to increase revenue. Zavattero said all the city's yellow intervals are set to no lower than three seconds.

## Focus on right turns

Another striking finding in the examination of the spikes was how many tickets during the spikes came on right turns.

A random sample of 1,100 red light citations around the city shows that about one-third are given to drivers for not coming to a complete stop before making a right turn on red. But almost all of the tickets during two of the most dramatic spikes went to drivers making a right turn, according to the Tribune's review of still images from more than 2,500 tickets at the Halsted and Lincoln intersections.

The same was true for tickets thrown out from those intersections, according to records that include notes from administrative law judges who preside over hearings and handle appeals by mail.

One such hearing officer, Eileen McHugh, tossed out two tickets in one day for retired Chicago schoolteacher Debra Blackmon-Parrish, 60, who received both while she turned right on red at Halsted and 119th during the 2011 spike.

"Based on the video, I am going to find that you made a stop prior to making the turn, and I am going to find that you are not liable on the ticket." McHugh told Blackmon-Parrish, according to an audio recording of the hearing provided by the city.

"You know, I think there's a flaw with that light or something," Blackmon-Parrish told McHugh. "There are some issues with that light."

"I have seen a couple at this particular" location, McHugh responded.

Blackmon-Parrish said she was told by a city representative that day that the city was aware of a problem at the intersection.

"She told us that the sensor in the street was having a problem," Blackmon-Parrish said. "She said it had been malfunctioning and that it was being worked on."

But those comments weren't captured on the recording.

A Tribune review of more than 100 tickets generated by the Halsted camera before the spike shows that tickets there are typically for right turns on red.

But some other spikes demonstrated dramatic increases in tickets for drivers making right turns on red. Consider the camera at 6200 N. Lincoln Ave.

An examination of 100 tickets generated by that camera in the six months prior to the spike shows that only 12 were issued to owners of vehicles making a right turn on red. The other 88 violations were written for owners of cars who went straight through the red light, the photographs show.

But during the 12-day spike of 563 tickets, all but three of the citations — more than 99 percent — went to owners of cars that turned right.

"It sure as hell should not look like this," Schofer said. "Suddenly everyone at that intersection decides to only turn right? I don't think so."

A dozen drivers who were tagged for rolling right turns at the 6200 N. Lincoln camera told the Tribune that drivers are forced to creep into the intersection because the cross street of McCormick merges at an angle.

"If you don't move out into the intersection, you can't see oncoming traffic at all," said Thomas Garrity, 73, a retired Chicago police sergeant who was ticketed during the spike that started Dec. 30, 2011.

Photographs and video of the alleged infraction show a bicyclist just feet from the front of his car when the camera recorded him, and Garrity said he can't imagine he didn't stop to avoid hitting the bike.

"They claimed I didn't stop, but I am pretty sure I did stop," he said. "I always make sure I stop, but no, I didn't bother to contest it. From my experience you might as well try to explain to them there are aliens."

"I know how this city works, and you just don't get a fair shake," he said.

The video of Garrity's offense shows his car approach the intersection in the right turn lane, cross over the crosswalk, brake and come to what appears to be a stop as the bike passes in front of him.

Changes to state law made after early negative reaction to the first red light cameras in Illinois allow drivers to stop past the stop line or crosswalk as long as pedestrians or bicyclists are not present.

A Tribune review of video from some of the spike intersections that remained on the city's website found numerous cases in which drivers appeared to make a complete stop with no pedestrians or bicyclists present, and dozens more where drivers appeared to crawl slowly through a right turn during the red light.

At 6200 N. Lincoln, hearing officers threw out 22 tickets appealed from the spike, explicitly noting in most cases that the driver had stopped. A Tribune review of those videos found that drivers hit their brakes and slowed to a crawl as they went around the corner, suggesting the hearing officers considered that behavior excusable.

## Change in enforcement?

Experts said the surge in tickets for so-called rolling right turns suggests a decision was made to begin enforcing violations that were not previously enforced. If the goal is to change driver behavior, it's not fair to alter enforcement without notice, they said.

"The way we do that is by getting the word out," Wayne State's Hummer said. "So if those were real violations that they decided to enforce that day and then stopped the next day, where is the notice there?"

"The camera is a safety countermeasure that is specifically installed to try to help with a particular problem, and if one day they decide, 'Well let's go after these other problems over here,' that is violating what I consider the public trust," he said.

For drivers like Garrity, Blackmon-Parrish and Wague, the reasons for the spikes that cost them so much time and money are not relevant.

Wague has gotten other red light tickets. Since 2003, records show, she has received eight — four during the spike at Halsted and 119th less than a mile from her hair salon and another four sprinkled at different intersections over the years.

Records show she tried to appeal only two of the tickets.

"It's just not worth it. Nobody listens, and all they want is their money," she said. "Maybe now they will start listening. I think we should all get our money back. It's what is fair."

Northwestern's Schofer agreed.

"I think if I discover the process is broken, it is sort of like the General Motors vehicle recall thing. We are all over General Motors because they didn't recall in a timely way.

"In a sense, you have an obligation to recall that ticket and say, 'Something was broken in my machine. I don't know what it was, but I am going to make the fair assumption that it wasn't you.'"

*dkidwell@tribune.com*

*arichards@tribune.com*

*Twitter @davidkidwell1*

*Twitter @alexrichards*

Copyright © 2014, Chicago Tribune

**EXHIBIT**

NO. 14

# Chicago's red light camera system has lost credibility



John Bills, left, and ex-Redflex CEO Karen Finley. (Bills photo by Phil Velasquez Chicago Tribune and Finley photo from RedFlex)

AUGUST 14, 2014

The federal indictment announced Wednesday described Martin O'Malley as a "customer liaison" between Redflex Traffic Systems Inc. and its biggest U.S. client, the city of Chicago. A more accurate job title would be "alleged bagman."

Prosecutors say O'Malley was hired to funnel payments to his longtime friend, John Bills, a Chicago bureaucrat who steered the city's lucrative red light camera contract to Redflex and oversaw the program for nearly a decade. The men were indicted along with former Redflex CEO Karen Finley, who hired O'Malley and also signed off on hotel stays, golf outings and other personal expenses for Bills, according to prosecutors.

From 2003 to 2011, the feds say, Redflex paid O'Malley nearly $2 million, most of which was passed on to Bills. O'Malley gave Bills hundreds of thousands of dollars in cash, wrote checks to cover Bills' personal debts, bought him a condo in Arizona and wrote $5,500 worth of checks to an unnamed political organization.

Finley is charged with nine counts of mail fraud, three counts of wire fraud, three counts of federal program bribery and one count of conspiracy to commit federal program bribery. Bills is charged with all of the above, plus three counts of filing false tax returns and one count of extortion. O'Malley is charged with one count of conspiracy to commit federal program bribery.

Bills, who was arrested in May, has said he was a midlevel bureaucrat who didn't have the clout to steer the contract to anybody. Maybe he and his co-defendants can explain why all that money changed hands. As always, the U.S. attorney's news release cautioned the public that the government must prove guilt beyond a reasonable

Ex 14

doubt.

Meanwhile, the red light camera program itself is on trial.

The program has been unpopular from the beginning — who likes getting a $100 ticket in the mail weeks after being busted by a robotic camera? — but those complaints garnered little sympathy from this page. Running a red light is dangerous. Avoiding those tickets is as simple as braking on yellow. Or is it?

City officials still can't explain dozens of dramatic spikes in the number of tickets generated by cameras at seemingly random intersections, though they did finally agree to let the drivers who got those citations appeal.

The spikes were documented by Tribune reporters David Kidwell and Alex Richards, using public data the city fought hard to withhold. (It was Kidwell who revealed the cozy relationship between Bills and Redflex. The company at first denied wrongdoing but later admitted its actions likely constituted bribery. Redflex lost its contract with Chicago, and six top executives, including Finley, were fired.)

At least one administrative judge has seen a rash of camera-generated tickets lately in which the yellow light cycle was shorter than the three-second minimum, supporting critics' claims that the yellow lights are set short to generate more money for the city.

No, you can't draw a straight line between the Redflex bribery scandal and those suspicious surges in tickets. But the takeaway for the public is that the cameras can't be trusted.

Prosecutors say the contract, which eventually was worth $120 million, was awarded based not on taxpayers' interests but on the corrupt collusion of public and private players.

Chicago's red light camera system, now the biggest in the nation, has generated nearly $500 million the city would be hard pressed to do without. Those mysterious spikes appear to have been caused by someone tinkering with the camera settings to trap more motorists.

At every turn, it seems, the red light cameras are less about safety than about dollar signs. If Mayor Rahm Emanuel can't find a way to restore credibility to the program, he should take those cameras down.

**Join in the discussion on the Chicago Tribune Editorial Board's Facebook page or on Twitter by following @Trib_Ed_Board.**

Copyright © 2014, Chicago Tribune

**EXHIBIT**

NO. 15



## Communities using red light cameras

**September 2014** — Number of individual communities with programs: 502

**Alabama**
Center Point
Midfield
Montgomery
Opelika
Phenix City
Selma
Tuscaloosa

**Arizona**
Ahwatukee Foothills
Avondale
Chandler
Marysville
Mesa
Paradise Valley
Phoenix
Scottsdale
Sierra Vista
Surprise
Tempe
Tucson

**California**
Arleta
Bakersfield
Baldwin Park
Beverly Hills
Capitola
Cathedral City
Cerritos
Citrus Heights
Commerce
Covina
Culver City
Daly City
Davis
Del Mar

## Communities using speed cameras

**September 2014** — Number of individual communities with programs: 140 (In addition to the listed local jurisdictions, Illinois, Maryland, Oregon and Washington use speed cameras statewide in work zones.)

**Alabama**
Montgomery

**Arizona**
Chandler
El Mirage
Eloy
Globe
Mesa
Paradise Valley
Phoenix
Scottsdale
Show Low
Sierra Vista
Star Valley
Superior
Tempe
Tucson

**Colorado**
Boulder
Denver
Fort Collins

**District of Columbia**
District of Columbia

**Illinois**
Chicago
Statewide work zones

**Iowa**
Cedar Rapids
Davenport
Des Moines
Fort Dodge
Muscatine
Polk County
Sioux City
Windsor Heights

**Louisiana**

Elk Grove

Encinitas

Escondido

Fremont

Fullerton

Garden Grove

Hawthorne

Highland

Inglewood

Los Alamitos

Los Angeles County

Lynwood

Manteca

Marysville

Menlo Park

Millbrae

Modesto

Montebello

MRCA park roads

Napa

Newark

Oceanside

Oxnard

Rancho Cordova

Redding

Riverside

Sacramento City

Sacramento County

San Bernardino County

San Francisco

San Leandro

San Mateo

Santa Ana

Santa Clarita

Santa Monica Mountain Park stop signs

Solana Beach

South Gate

Stockton

Ventura

Victorville

Vista

West Hollywood

**Colorado**

Aurora

Boulder

Cherry Hills Village

Denver

Fort Collins

Baker

Gretna

Lafayette

New Orleans

Westwego

Zachary

**Maryland**

Annapolis

Baltimore

Baltimore County

Berwyn Heights

Bowie

Brentwood

Cambridge

Capitol Heights

Catonsville

Centreville

Charles County

Chesapeake Beach

Chestertown

Cheverly

Chevy Chase

College Park

Delmar

Denton

District Heights

Easton

Fairmount Heights

Forest Heights

Frederick

Fruitland

Gaithersburg

Glenarden

Greenbelt

Hagerstown

Hancock

Howard County

Hyattsville

Landover Hills

Laurel

Montgomery County

Morningside

Mount Ranier

New Carrollton

Prince George's County

Princess Anne

Rockville

Salisbury

Case: 1:14-cr-00135 Document #: 66-1 Filed: 01/12/15 Page 92 of 115 PageID #:360

| | |
|---|---|
| Greenwood Village | Seat Pleasant |
| Littleton | Silver Spring |
| Lone Tree | Smithsburg |
| Northglenn | Snow Hill |
| Pueblo | Statewide work zones |
| **Delaware** | Takoma Park |
| Bear | Wicomico County |
| Bridgeville | **Missouri** |
| City of Dover | Berkeley |
| City of Elsmere | Calverton Park |
| City of Seaford | Cool Valley |
| Millsboro | Country Club Hills |
| New Castle County | St. Ann |
| Newark | St. Louis County |
| Rehoboth Beach | State roads |
| Sussex County | Sugar Creek |
| Wilmington | Vinita Park |
| **District of Columbia** | **New Mexico** |
| District of Columbia | Las Cruces |
| **Florida** | Rio Rancho |
| Apopka | Santa Fe |
| Aventura | **New York** |
| Bal Harbour | Nassau County |
| Boca Raton | New York City |
| Boynton Beach | **Ohio** |
| Bradenton | Akron |
| Brooksville | Ashtabula |
| Campbellton | Cleveland |
| Casselberry | Columbus |
| Clearwater | Dayton |
| Clermont | East Cleveland |
| Clewiston | Hamilton |
| Cocoa Beach | Newburgh Heights |
| Coral Gables | Northwood |
| Coral Springs | Parma |
| Cutler Bay | Toledo |
| Davie | Trotwood |
| Daytona | Village of Lucas |
| Doral | West Carrollton |
| Dunnellon | **Oregon** |
| Edgewood | Beaverton |
| El Portal | Medford |
| Florida City | Milwaukie |
| Fort Lauderdale | Portland |
| Gainesville | Statewide work zones |
| Green Cove Springs | **Tennessee** |
| Groveland | Bluff City |
| Gulf Breeze | Bradford |

Case: 1:14-cr-00135 Document #: 66-1 Filed: 01/12/15 Page 93 of 115 PageID #:361

Gulfport

Haines City

Hallandale Beach

Hillsborough County

Holly Hill

Hollywood

Homestead

Jacksonville

Juno Beach

Kenneth City

Key Biscayne

Kissimmee

Lakeland

Maitland

Manatee County

Margate

Medley

Miami

Miami Beach

Miami Gardens

Miami Springs

Milton

New Port Richey

North Miami

Oakville

Ocoee

Oldsmar

Opa Locka

Orange County

Orange Park

Orlando

Osceola County

Palatka

Palm Beach County

Palm Coast

Palm Springs

Pembroke Pines

Port Richey

Sarasota

South Pasadena

St. Petersburg

Sunrise

Surfside

Sweetwater

Tallahassee

Tamarac

Tampa

Temple Terrace

Chattanooga

Graysville

Huntingdon

Jackson

Jonesborough

Madisonville

McKenzie

Mount Carmel

Red Bank

Selmer

**Washington**

Auburn

Burien

Federal Way

Issaquah

Kent

Lake Forest Park

Longview

Lynnwood

Renton

Seattle

Statewide work zones

Tacoma

West Boca
West Miami
West Palm Beach
West Park
Winter Park
**Georgia**
Alpharetta
Athens-Clarke County
Atlanta
Clayton County
Duluth
Fulton County
Griffin
Gwinnett County
Marietta
Morrow
Riverdale
Savannah
Thomasville
Tifton
**Illinois**
Addison
Algonquin
Alsip
Aurora
Bedford Park
Bellwood
Bensenville
Berwyn
Blue Island
Calumet City
Carol Stream
Chicago
Cook County
Country Club Hills
Countryside
Des Plaines
East Dundee
East St. Louis
Elk Grove Village
Forest Park
Fox Lake
Franklin Park
Granite City
Gurnee
Highland Park
Hoffman Estates
Hometown

Case: 1:14-cr-00135 Document #: 66-1 Filed: 01/12/15 Page 95 of 115 PageID #:363

Homewood

Lake in the Hills

Lake Zurich

Libertyville

Lincolnwood

Lisle

Lynwood

Lyons

Markham

Maywood

Melrose Park

Morton Grove

North Chicago

North Riverside

Northfield

Northlake

Oak Forest

Oak Lawn

Olympia Fields

Orland Park

Palatine

Palos Heights

Palos Hills

River Forest

Roselle

Schiller Park

Skokie

South Chicago Heights

South Holland

St. Charles

Streamwood

Tinley Park

Villa Park

Warrenville

Wauconda

Waukegan

Westchester

Western Springs

Westmont Village

Wheeling

Wilowbrook

Winfield

Worth

**Iowa**

Cedar Rapids

Council Bluffs

Davenport

Des Moines

    Muscatine
    Sioux City
**Louisiana**
    Baton Rouge
    Lafayette
    New Orleans
**Maryland**
    Annapolis
    Anne Arundel
    Baltimore
    Baltimore County
    Bel Air
    Bowie
    Charles County
    Cheverly
    College Park
    Colmar Manor
    Cottage City
    Forest Heights
    Frederick
    Gaithersburg
    Greenbelt
    Howard County
    Hyattsville
    Landover Hills
    Laurel
    Montgomery County
    Morningside
    Pasadena
    Prince George's County
    Riverdale Park
    Rockville
    Takoma Park
    University Park
    Westminster
**Missouri**
    Arnold
    Bel-Nor
    Beverly Hills
    Bridgeton
    Calverton Park
    Clayton
    Columbia
    Country Club Hills
    Creve Coeur
    Dellwood
    Edmundson
    Excelsior Springs

Case: 1:14-cr-00135 Document #: 66-1 Filed: 01/12/15 Page 97 of 115 PageID #:365

    Florissant
    Hannibal
    Hazelwood
    Kansas City
    Moline Acres
    Northwoods
    Richmond Heights
    St. Ann
    St. John
    St. Louis
    St. Peters
    State roads
    Sugar Creek
    Wentzville

**New Jersey**
    Cherry Hill
    Deptford
    East Brunswick
    East Windsor
    Edison
    Englewood Cliffs
    Glassboro
    Gloucester City
    Jersey City
    Lawrence
    Lawrence Township
    Linden
    Monroe Township
    New Brunswick
    Newark
    Palisades Park
    Pennsauken
    Piscataway
    Pohatcong Township
    Rahway
    Roselle Park
    Springfield
    Stratford
    Union Township
    Wayne
    Woodbridge

**New Mexico**
    Las Cruces
    Rio Rancho
    Santa Fe

**New York**
    Nassau County
    New York City

Port Jefferson Station
Rochester
Suffolk County
Utica
Yonkers

**North Carolina**

Knightdale
Raleigh
Wilmington

**Ohio**

Ashtabula
Cleveland
Columbus
Dayton
East Cleveland
Middletown
Northwood
Springfield
Toledo
Trotwood
West Carrollton

**Oregon**

Albany
Beaverton
Fairview
Medford
Newberg
Portland
Roseburg
Salem
Sherwood
Tualatin

**Pennsylvania**

Abington
Philadelphia

**Rhode Island**

Charlestown
Providence

**Tennessee**

Clarksville
Farragut
Gallatin
Germantown
Huntingdon
Jackson
Johnson City
Jonesborough
Kingsport

Knoxville
McKenzie
Memphis
Millington
Morristown
Murfreesboro
Red Bank
Selmer
Shelby County

**Texas**

Allen
Amarillo
Arlington
Austin
Balch Springs
Balcones Heights
Bastrop
Beaumont
Bedford
Burleson
Carrollton
Cedar Hill
Conroe
Coppell
Corpus Christi
Dallas
Dalworthington Gardens
Denton
Duncanville
El Paso
Elgin
Farmers Branch
Forney
Fort Worth
Frisco
Galveston
Garland
Grand Prairie
Granite Shoals
Haltom City
Harlingen
Humble
Huntington
Hurst
Hutto
Irving
Jersey Village
Killeen

Case: 1:14-cr-00135 Document #: 66-1 Filed: 01/12/15 Page 100 of 115 PageID #:368
http://www.iihs.org/iihs/topics/laws/printablelist

Lake Jackson
Lancaster
Lewisville
Longview
Lufkin
Marshall
McKinney
Mesquite
Mission
Montgomery County
North Richland Hills
Oak Ridge North
Plano
Port Lavaca
Richardson
Richland Hills
Roanoke
Round Rock
Rowlett
Southlake
Sugar Land
Tomball
University Park
Willis

**Virginia**

Albemarle County
Alexandria
Arlington County
Chesapeake
Fairfax City
Falls Church
Newport News
Norfolk
Petersburg
Richmond
Virginia Beach
Virginia Beach

**Washington**

Auburn
Bellevue
Bremerton
Everett
Federal Way
Fife
Issaquah
Lacey
Lake Forest Park
Lakewood

9/15/2014 10:28 PM

Case: 1:14-cr-00135 Document #: 66-1 Filed: 01/12/15 Page 101 of 115 PageID #:369

Lynnwood
Moses Lake
Mountlake Terrace
Puyallup
Renton
SeaTac
Seattle
Spokane
Tacoma
Wenatchee

©1996-2014, Insurance Institute for Highway Safety, Highway Loss Data Institute | www.iihs.org

**EXHIBIT**

NO. _16_

9/16/2014

Fired red-light camera executive: Company bribed officials in 13 states, including NJ



# Fired red-light camera executive: Company bribed officials in 13 states, including NJ

red-light-cameras.jpg
Redflex Traffic Systems of Arizona, one of two red-light cameras in New Jersey, bribed officials in 13 states, including New Jersey, a fired executive contends in a lawsuit. *(Tony Kurdzuk/The Star-Ledger)*
**Mike Frassinelli/The Star-Ledger** By Mike Frassinelli/The Star-Ledger
**Email the author | Follow on Twitter**
on February 08, 2014 at 8:00 AM, updated February 08, 2014 at 8:57 PM

A fired executive from one of New Jersey's red-light camera vendors contends in a lawsuit filed in Arizona that the company provided lavish gifts and bribes to government officials in 13 states — including New Jersey — to secure new contracts.

The brief but bombshell reference to New Jersey and other states in a 13-page counterclaim was made by Aaron Rosenberg, former nationwide lead salesman for Redflex Traffic Systems of Phoenix. He did not mention specific municipalities from any of the states.

Rosenberg noted in the suit that Redflex "bestowed gifts and bribes on ... officials in dozens of municipalities within, but not limited to the following states: California, Washington, Arizona, New Mexico, Texas, Colorado, Massachusetts, North Carolina, Florida, New Jersey, Tennessee, Virginia, and Georgia."

He said Redflex bribed local officials with meals, golf outings and tickets to professional football and baseball games. The expenses were listed as categories such as "entertainment" and "celebratory tokens," according to the suit.

Redflex lost its $100 million red-light camera contract with the city of Chicago amid allegations of bribery, following reporting by the Chicago Tribune.

"Redflex was fired in Chicago for corruption. Nobody gets fired for corruption in Chicago," said Assemblyman Declan O'Scanlon (R-Monmouth), an outspoken critic of the cameras in New Jersey, who called for an investigation.

Redflex has red-light cameras in Newark, Edison, New Brunswick, Cherry Hill, Englewood Cliffs, Springfield and Stratford.

Newark has 19 intersections with red-light cameras — one-quarter of the 76 intersections with red-light cameras in New Jersey. The busiest red-light camera in the state for violations is in Cherry Hill.

"Redflex Traffic Systems denies the allegations in the counterclaim which are from Aaron Rosenberg, a former

executive vice president, terminated for violating company policies and procedures," Redflex said in a statement. "Redflex will aggressively defend itself against the allegations as well as prosecute its claims against the former executive. We are committed to transparency and honesty in our business practices. Our focus continues to be on providing best in class customer service and technology to our clients to make their communities safer."

Esmeralda Diaz Cameron, director of communications for the mayor's office in Newark, said Friday night that the city accepted no gifts from Redflex.

"The City of Newark's red-light camera program (has) been run ethically and we continue to focus on the public safety aspects of the program," she said. "We are confident that Redflex has made the necessary changes to ensure that this type of activity never happens again. The City of Newark is proud of the safety benefits that we have seen here in our city, which to date has seen a 51 percent decrease in total accidents at some of the city's most dangerous intersections."

Rosenberg was fired by Redflex a year ago after the Chicago controversy became public, and the company sued him in the Superior Court of the State of Arizona for misappropriation of company funds. In his answer/counterclaim, Rosenberg said he was simply "carrying out orders" from Redflex.

O'Scanlon said the lawsuit and the firing of Redflex in Chicago raise huge red flags.

"We have an executive of one of the (red-light camera) companies admitting that it was a standard business practice to bribe local officials," he said. "That's huge. It's outrageous."

Owners of vehicles caught on camera going through a red light, or failing to come to a complete stop on a right turn on red, receive tickets of $85 or $140. Proponents say they increase safety while raising revenue for cash-strapped towns. Opponents call them a money grab and say they increase rear-end accidents.

On Thursday, O'Scanlon stood with the mayor of Brick Township at a news conference in which that Ocean County community became **the first New Jersey municipality to pull the plug on its red-light cameras.**

Brick has a different vendor, American Traffic Solutions, also of Arizona.

The cameras at three intersections in the Shore town will go dark on Feb. 18, after new Mayor John Ducey said he was not convinced the automated traffic cops were making the roads safer.

One of the intersections, Brick Boulevard and Chambers Bridge Road, had 13 accidents and 5 right-angle accidents before the cameras went in and 28 accidents and 8 right-angle crashes in the last full year, Ducey said.

"I will not continue the practices of the past and try to balance our budget through punitive measures," he said.

## RELATED COVERAGE

- **Meanest red-light cameras in N.J. pumped out thousands of citations in 2013**

- **Settlement reached in red-light camera class action suit**

**FOLLOW THE STAR-LEDGER: TWITTER ● FACEBOOK ● GOOGLE+**

© 2014 NJ.com. All rights reserved.

**EXHIBIT**

NO. 17




# Questions cloud red-light camera issue

By Larry Copeland, USA TODAY       Updated 4/9/2012 11:48 AM

Recommend   81    8+1   3

Reprints & Permissions

The national conversation about red-light cameras keeps simmering while their legal status grows murkier.

By Nick Ut, AP

According to the Insurance Institute for Highway Safety, red-light cameras are used in about 585 communities around the USA.

At the heart of the debate is this question: Do they save lives by reducing accidents or are they primarily a way for cities to raise money in an era of lagging tax revenue?

A long list of cities and the state of Connecticut are clamoring to put them up as other cities are snatching them down.

**STORY:** States split over traffic cameras

**STORY:** Traffic cameras prey on criminals

The legal climate is even more confounding. In recent weeks:

•A Florida judge ruled that that state's camera law is unconstitutional.

•The Washington state Supreme Court ruled that local voters can't ban red-light cameras by ballot initiative.

•In Missouri, after a circuit judge in St. Louis ruled cameras invalid because the machines have not been sanctioned by the Legislature, another St. Louis circuit judge ruled the opposite way a month later.

Traffic cameras can generate enormous revenue.

Chicago, for instance, reaps more than $60 million a year from its cameras, according to Rajiv Shah, adjunct assistant professor of communications at the University of Illinois at Chicago who has studied the issue in that city.

Little wonder red-light cameras are widely unpopular.

Camera opponents such as volunteer researcher Greg Mauz of the Best Highway Safety Practices Institute say that in about two dozen referendums on cameras, they have failed in all but one.

"This is a clear case of government not demonstrating value for money," says Joshua Schank, president and CEO of the Eno Center for Transportation, a non-partisan think tank in Washington, D.C. He says cities that install cameras should be more forthcoming about what they're doing and why.

"Accountability is the best way to get public buy-in," Schank says. "How about we have websites that say, here's how much we've collected, here's where the money's going, and

**Sponsored Links**

**Extended Stay America**
Free WIFI, Suites w/ full kitchens. Best rates guaranteed. Book here.
www.extendedstayamerica.com

**Low Cost Health Insurance**
Blue Cross, Aetna, Cigna & More! Compare Plans & View Rates.
www.IndividualHealthQuotes.com

**Pay Off Mortgage Faster**
Learn About This Little Known Way to Pay Your Mortgage
WeeklyFinancialSolutions.com

Buy a link here

**Videos you may be interested in**



Economist: Billionaires Prep...
Money Morning

Promoted Links by Taboola

More videos

**Most Popular**

**Stories**
HF Test

**Videos**
Ed Baig reviews Kindle Paperwhite
'Pregnant man' struggles through nasty divorce
Tennis Channel Court Report 9-30-2012

**Photos**
Dramatic weight-loss success stories
Unrest in Syria
Editorial Cartoons

**Most Popular E-mail Newsletter**



**Sign up to get:**
Top viewed stories, photo galleries and community posts of the day

**Most popular right now:**
HF Test

Sign up for USA TODAY E-mail newsletters



here's what's happening with accidents and fatalities? ... I think they don't say it because they've been able to get away without saying it."

One big issue for camera opponents is privacy, says Joseph Giglio, a professor at Northeastern University's College of Business Administration who studies transportation. "Many people who are opposed, while they may appreciate the safety benefits, the security benefits and the opportunity to raise revenue, they're opposed to the intrusion on their privacy," he says.

According to the Insurance Institute for Highway Safety, red-light cameras are used in about 555 communities around the USA.

Twenty-four states and the District of Columbia have at least one red-light camera, according to the Governors Highway Safety Association. Nine states — Arkansas, Maine, Mississippi, Montana, Nevada, New Hampshire, South Carolina, West Virginia and Wisconsin — prohibit them, GHSA says.

IIHS said in a study last year that cameras reduce the fatal red light running crash rate by 24%.

Other studies have shown much smaller drops or even increases at intersections where red light cameras were installed.

For more information about reprints & permissions, visit our FAQ's. To report corrections and clarifications, contact Standards Editor Brent Jones. For publication consideration in the newspaper, send comments to letters@usatoday.com. Include name, phone number, city and state for verification. To view our corrections, go to corrections.usatoday.com.

Posted 4/8/2012 6:05 PM | Updated 4/9/2012 11:48 AM

**More from USATODAY**

Vanderbilt can't wear 'Anchor Down' jerseys again *USATODAY.COM in Sports*

**More from the web** 

This Is What Venus Williams' House Looked Like When She Sold It To Ellen Page *Lonny Magazine*

Oprah Winfrey's Surprising DNA Test *Ancestry.com*

10 Worst Women To Ever Walk The Earth *RantLifestyle*

Beautiful New York City Body-Paint Photos Mess With Your Mind *Refinery29*

You've Never Seen a Microwave Like This Before *USA TODAY*

[?]

USA TODAY is now using Facebook Comments on our stories and blog posts to provide an enhanced user experience. To post a comment, log into Facebook and then "Add" your comment. To report spam or abuse, click the "X" in the upper right corner of the comment box. To find out more, read the FAQ and Conversation Guidelines.

236 comments


Simon Mouer · Top Commenter · Licensed Professional Engineer (Retired) at Consulting Engineer
I'm all for them, and fining red-light violators, even though I have done it myself.
Reply · Like · 23 · April 8, 2012 at 6:29pm


Theo Megalopolis III · Top Commenter
The problem is that theyre deceptive! The orange light interval is shortened in some cases by 1.5 secs. You may think you can make the orange but it changes to red in 2 to 2.5 secs instead of 4....its set up to make money. Safety has nothing to do with it. Ask the people who have been rear ended by stopping quickly to avoid the fine!!
Reply · Like · 25 · April 8, 2012 at 7:01pm


Eric Seymour · Applications Scientist at Wyatt Technology
If the yellow is shorter than it should be, then that's a separate problem, and one which should easilly be brought to a halt by citizens armed with video cameras. I'm with Simon; I've tried to squeeze through on a yellow a few times, but more often than not 1 or even 2 cars follow me through! When the light turns yellow, you're supposed to stop



**EXHIBIT**

NO. _18_

9/21/2014                    Illinois Drivers Despised By Its Neighbors, Study Finds « CBS Chicago

   

Search        58°

 

FOLLOW US    Sign Up for Newsletters          LOGIN   REGISTER
             Buy Tickets  Order Food  More

Home  News  Sports  Health  Audio  Video  Best Of  Events  Traffic  Weather  Contests  Directory  Travel  Deals  Circulars  Autos
Local  Investigative  Politics  Business  Health  Consumer  Entertainment  National  World  Photos


IT'S ALL ABOUT DRIVE    2014 CHEVY MALIBU  $2,500 TOTAL CASH    36 MPG    ChevyDrivesChicago.com    CHICAGO BLACKHAWKS    SCORE!

*Local*

# Illinois Drivers Despised By Its Neighbors, Study Finds

September 16, 2014 8:38 AM

Share          89          9          View Comments





Traffic on the Dan Ryan Expressway. (Photo by Tim Boyle/Getty Images)

**Related Tags:** Illinois Drivers, Rude



**John Dodge**
John Dodge is the Executive Producer of CBS Chicago's website. (You... Read More

**By John Dodge**

**CHICAGO (CBS)** – There appears to be a border war between drivers in Wisconsin and Illinois.

According to a study by insure.com, the most-hated drivers on Illinois roads are people from Wisconsin.

And the hatred is reciprocal up in Chedderland.

Illinois drivers are also hated in Iowa and Indiana.

Any Hoosier driving on the Borman Expressway would understand, as Illinois drivers clog the road on the weekend as they escape to southwest Michigan.

California drivers are the most-widely despised, as they

Sponsored Links    AdsvltheHere ▷


**LifeLock® Official Site**
Comprehensive Protection With LifeLock Ultimate Plus™
LifeLock.com

**Mom Defies Doctor**
Her secret is so simple it should be obvious...
www.regionalhealthresearch.com

Search

Today's Circulars


Menards: Save on Select Garage Doors at the Made in U.S.A. Sale!

Menards: Save BIG on Select Bathroom Cabinetry and Vanities!

Menards: 15% Off Select Titebond Adhesives for the Home!

Guitar Center: Find Your Dream Guitar and Make Some Music!

9/21/2014

Illinois Drivers Despised By Its Neighbors, Study Finds « CBS Chicago

are hated in eight states.

Texas ranks No. 2, hated by five states.

Then Illinois comes in at No. 3–hated by three.

Thankfully, Illinois drivers are only considered "semi-rude," according to the study, which rated states either "most rude," "medium rude," "semi-rude" and "least rude."

Indiana drivers are also rated as "semi-rude." Wisconsin is "least rude"–except when the see somebody from Illinois, apparently.

The study based its ratings on behavior such as weaving in and out of traffic, laying on the horn, speeding, cell phone use and "saluting with an upright digit."

The rudest drivers in the United States come from Idaho. They apparently drive too slow, which makes faster drivers mad, the study found.

**Lastest News Headlines:**



Woman Dies Three Weeks After Being Hit By Cab



Morgan Park Residents Upset After Racist Graffiti Spray Painted On Cars, Garage Door



Leading Chicago Theatre, Comedy Figure Sheldon Patinkin Dies At 79



Philadelphia Hospital Holds Reunion For Fetal Surgery Patients At Lincoln Park Zoo



Relatives Of Murder Victims Gather For Memorial Service At UIC Forum



Chicago Catholics React To New Archbishop



Croatian Community Welcomes New Archbishop



**MOST POPULAR NEWS**

Woman Dies Three Weeks After Being Hit By Cab
A south suburban woman died about three weeks after she was hit by a cab in the Old Town neighborhood on the North Side.

Morgan Park Residents Upset After Racist Graffiti Spray Painted On Cars, Garage Door
Residents of one South Side neighborhood are upset over racist graffiti that someone has sprayed on their property, reports WBBM's Nancy Harty.

Leading Chicago Theatre, Comedy Figure Sheldon Patinkin Dies At 79
Chicago is grieving the loss of Sheldon Patinkin, a developmental figure in the world of improv in the city.

Driver Charged With DUI After Flagging Down Officer To Say 'Hello'
A Chicago man who flagged down an officer to say "hello" while driving in west suburban Riverside was charged shortly after with DUI early Saturday.

Man Shot, Killed While Driving In Humboldt Park
A 21-year-old man was shot and killed in the Humboldt Park neighborhood on the West Side Saturday night.

Police Arrest City Tow Truck Driver, Accomplice Accused Of Shaking Motorist Down
Chicago police are investigating an alleged scam that may have involved a city employee who towed a woman's car and then demanded money for its return.

**Follow CBS Chicago**

CBS Chicago
CBS Chicago    Like    79,218

Follow @CBSChicago    61.7K followers

8 +1

Follow More Stations and Personalities

**EXHIBIT**

NO. 19

9/21/2014        Americans love Hawaii, dislike California - Public Policy Polling

## Public Policy Polling



February 21, 2012

## Americans love Hawaii, dislike California

 POLL RESULTS

**Raleigh, N.C.** — Over the course of four months starting last October, PPP asked American voters nationally what their impressions of each state are. Hawaii came out on top, by far, with California bringing up the rear.

Americans generally have a favorable view of most states. Only five are in negative territory, led by California (27% favorable and 44% unfavorable), Illinois (19-29), New Jersey (25-32), Mississippi (22-28), and Utah (24-27). Only seven other states have net-positive ratings in the single digits, and another breaks even (Louisiana).

54% see Hawaii positively and only 10% negatively, followed in the top ten by Colorado (44-9), Tennessee (48-14), South Dakota (42-8), Virginia (45-13), Montana (39-7), Alaska (46-17), Oregon (43-14), and North Carolina and Pennsylvania (each 40-11). Ten others are in positive territory by at least 21 points.

Women have a higher opinion of New York by 27 points more than men, Massachusetts by 22 points, Delaware and California by 16, New Hampshire by 15, Vermont and Illinois by 13, and Connecticut by 11, while men see North Dakota more favorably by 17 points, South Carolina by 15, Wyoming 14, Montana 13, and Iowa and South Dakota 10.

Democrats' favorite states include Hawaii, Massachusetts, Oregon, Washington, Vermont, Colorado, and New York, and their least favorites are led by Texas, Alabama, and Mississippi. Republicans love Alaska and Texas, and absolutely hate California, followed distantly by Illinois and Massachusetts. So the greatest partisan gap is for California, which Democrats like 91 points more than Republicans do, followed by Texas, which is favored more by Republicans by 82 points.

Black voters dislike 10 of the 14 Southern states.

PPP surveyed 1,200 American voters from February 9th to 12th, 700 voters from January 13th to 16th, 700 voters from December 16th to 18th, and 700 voters from October 7th to 10th, 2011. The margin of error for the February survey is +/-2.8%, and +/-3.7% for the January, December, and October surveys. This poll was not paid for or authorized by any campaign or political organization. PPP surveys are conducted through automated telephone interviews. PPP is a Democratic polling company, but polling expert Nate Silver of the *New York Times* found that its surveys in 2010 actually exhibited a slight bias toward Republican candidates.

Topline results are below. Full results, including crosstabs, can be found here.

**February Toplines**

Q1 Do you have a favorable or unfavorable opinion
of the state of North Dakota?
Favorable.........................................................33%
Unfavorable ....................................................11%
Not sure ..........................................................56%

Q2 Do you have a favorable or unfavorable opinion
of Washington state?
Favorable.........................................................43%
Unfavorable ....................................................17%
Not sure ..........................................................40%

Q3 Who did you vote for President in 2008?
John McCain....................................................45%
Barack Obama.................................................47%
Someone else/Don't remember ......................8%



Q19 If you are a Democrat, press 1. If a Republican,
press 2. If you are an independent or identify
with another party, press 3.
Democrat ........................................................ 40%
Republican..................................................... 35%
Independent/Other......................................... 24%

Q20 If you are Hispanic, press 1. If white, press 2.
If African-American, press 3. If other, press 4.
Hispanic.......................................................... 8%
White .............................................................. 74%
African-American ........................................... 12%
Other............................................................... 7%

Q21 If you are 18 to 29 years old, press 1. If 30 to
45, press 2. If 46 to 65, press 3. If you are
older than 65, press 4.
18 to 29........................................................... 16%
30 to 45........................................................... 28%
46 to 65........................................................... 36%
Older than 65................................................... 20%

**October Toplines**

Q1 Do you have a favorable or unfavorable opinion
of the state of Illinois?
Favorable......................................................... 19%
Unfavorable .................................................... 29%
Not sure .......................................................... 52%

Q2 Do you have a favorable or unfavorable opinion
of the state of Minnesota?
Favorable......................................................... 27%
Unfavorable .................................................... 17%
Not sure .......................................................... 56%

Q3 Do you have a favorable or unfavorable opinion
of the state of Georgia?
Favorable......................................................... 31%
Unfavorable .................................................... 20%
Not sure .......................................................... 49%

Q4 Do you have a favorable or unfavorable opinion
of the state of Texas?
Favorable......................................................... 40%
Unfavorable .................................................... 31%
Not sure .......................................................... 29%

Q5 Do you have a favorable or unfavorable opinion
of the state of Massachusetts?
Favorable......................................................... 35%
Unfavorable .................................................... 27%
Not sure .......................................................... 38%

Q6 Do you have a favorable or unfavorable opinion
of the state of Arkansas?
Favorable......................................................... 25%
Unfavorable .................................................... 20%
Not sure .......................................................... 55%

Q7 Do you have a favorable or unfavorable opinion
of the state of Utah?
Favorable......................................................... 24%
Unfavorable .................................................... 27%
Not sure .......................................................... 50%

Q8 Do you have a favorable or unfavorable opinion
of the state of New Mexico?