UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 14 CR 135 |
| v. | ) | |
| | ) | Honorable Virginia Kendall |
| JOHN BILLS | ) | |

**<u>GOVERNMENT'S MOTION FOR LEAVE TO FILE ADDITIONAL PRETRIAL MOTIONS</u>**

The UNITED STATES OF AMERICA, by and through its attorney, ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, respectfully files the instant motion for leave to file additional pre-trial motions, and states as follows:

The government and the defendant are attempting to resolve narrow and discrete evidentiary issues, such as the scope of inquiry of cross-examination of certain witnesses, in hopes of streamlining the issues presented to the Court pre-trial. If the parties are unable to resolve these evidentiary issues, the government requests leave of Court to file additional, limited pre-trial motion(s).

WHEREFORE, for the reasons stated above, the government respectfully requests that this Court GRANT the instant motion to file additional pre-trial motions, if necessary.

                                          Respectfully submitted,

                                          ZACHARY T. FARDON
                                          United States Attorney

                        By:    */s/Zachary T. Fardon*
                                          ZACHARY T. FARDON
                                          LAURIE BARSELLA
                                          TIMOTHY J. STORINO
                                          Assistant United States Attorneys
                                          219 S. Dearborn Street, Suite 500
                                          Chicago, Illinois 60604
Dated: December 1, 2015                 (312) 353-5300