UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 14 CR 135 |
| v. | ) | |
| | ) | Honorable Virginia Kendall |
| JOHN BILLS | ) | |

**GOVERNMENT'S TRIAL WITNESS LIST**

The United States of America, by and through its attorney, ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, hereby respectfully submits the government's list of potential witnesses for its case-in-chief and names to be read to the jury:

Aslandis, Tina Chronis;

Bakutis, Mary Ann;

Blokell, Brad;

Brunken, Patrick;

Chan, Joseph;

Corvino, John;

Dolinsky, Arthur;

Engstrom, Robert;

Finley, Karen;

Foertsch, Andrea;

Gallagher, Anthony;

Garcia, Karen;

Guidice, Richard;

Hanson, Caroline;

Higgins, Bruce;

Henderson, Craig, Federal Bureau of Investigation;

Hennelly, Brian;

Huson, Scott;

Ignoffo, John;

Jarzynka, Jack;

Johnson, James;

Kollack, Darren;

Kuklak, Annette;

Martinez, Larry;

McCluskey, Thomas;

McMahon, Deborah;

Noonan, Michael;

O'Malley, Martin;

Polley, Barbara;

Ponzo, Paul, Internal Revenue Service;

Primer, Edward;

Rosenberg, Aaron;

Rudis, Anthony;

Russell, Travis;

Tamburello, Jack;

Thomann, Mark;

Tiedje, Edward;

Tuten, James;

Sims, Scott;

Warner, Robert;

Whooley, Thomas; and

Wilson, Scott.

The government reserves the right to amend or supplement the instant witness list before or during trial.

                                                Respectfully submitted,

                                                ZACHARY T. FARDON
                                                United States Attorney

By:   /s/ *Zachary T. Fardon*
        ZACHARY T. FARDON
        LAURIE BARSELLA
        TIMOTHY J. STORINO
        Assistant United States Attorneys
        219 South Dearborn St., Suite 500
        Chicago, Illinois 60604
        (312) 353-5300

Date: January 10, 2016