UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | 14 CR 135 |
| ) | Hon. Virginia M. Kendall |
| KAREN FINLEY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT KAREN FINLEY'S
UNOPPOSED MOTION TO TRAVEL OUTSIDE THE CONTINENTAL UNITED
STATES**

NOW COMES the Defendant, KAREN FINLEY, by and through her attorneys, MONICO & SPEVACK, and respectfully asks the Court for permission to travel to Kauai, Hawaii, from February 5 through February 17, 2016 with her sister.

IN SUPPORT of this Motion, Defendant states:

1. On September 10, 2014, Judge Kendall released Ms. Finley on an Unsecured Bond with no reporting requirement to Pre-Trial Services.

2. The Unsecured Bond also allows Ms. Finley to travel within the continental United States without obtaining any prior permission.

3. Ms. Finley's sister would like to take Ms. Finley to Kauai, Hawaii, in memory of their youngest sister's passing three years ago.

4. Defense counsel has discussed this motion with AUSA Laurie Barsella and Ms. Barsella advised defense counsel that she does not object to the trip.

4.  Defense counsel has also discussed this motion with Vanessa Velarde, the Pretrial Services Officer initially assigned to Ms. Finley. Because Ms. Finley is not currently under the supervision of Pretrial Services (a non-reporting bond), Ms. Velarde has advised defense counsel that her office takes no position with regard to Ms. Finley's travel request.

5.  In February 2015, with the Court's permission, Ms. Finley travelled to Kauai, Hawaii, with her sister for the same purpose.

6.  Ms. Finley is in full compliance with all of the conditions of her bond, which began in September 2014.

WHEREFORE, Defendant respectfully requests that this Court allow her to travel to Kauai, Hawaii, from February 5 through February 17, 2016, as requested above.

                                        Respectfully submitted,
                                        KAREN FINLEY

                        By:    /s/ Jacqueline S. Jacobson
                                One of her attorneys

Jacqueline S. Jacobson
MONICO & SPEVACK
20 South Clark Street, Suite 700
Chicago, Illinois 60603
312-782-8500