# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| United States of America, | |
| Plaintiff(s), | Case No. 14 cr 135-1 |
| v. | Judge Virginia M. Kendall |
| John Bills, | |
| Defendant(s). | |

## ORDER

(T6:50)
Jury trial held. Jury deliberations begin. Jury deliberations continued to 1/26/2016 @ 9:00 a.m.

Date: 1/25/2016

_____
Virginia M. Kendall
U.S. District Judge