UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 14 CR 135 |
| v. | ) | |
| | ) | Honorable Virginia Kendall |
| JOHN BILLS | ) | |

To: Counsel of Record

NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, February 10, 2016, at 9:30 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge, Virginia Kendall, in the courtroom usually occupied by her in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present: MOTION TO EXTEND TIME TO FILE GOVERNMENT'S VERSION in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

/s/ Timothy J. Storino
TIMOTHY J. STORINO
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604