UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 14 CR 135 |
| v. | ) | |
| | ) | Honorable Virginia Kendall |
| KAREN FINLEY | ) | |

**AGREED MOTION TO RESET SENTENCING DATE**
**OF DEFENDANT KAREN FINLEY**

The United States of America, by its attorney, ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, respectfully submits the instant agreed motion to reset defendant KAREN FINLEY'S sentencing date and states as follows:

1. On January 5, 2016, this Court set June 21, 2016, as the sentencing date for KAREN FINLEY. As the trial of co-defendant John Bills was about to begin, it was agreed that referral of the FINLEY sentencing matter to the Probation Department would occur after the Bills trial was concluded.

2. On April 12, 2016, Judge George Smith of the Southern District of Ohio set August 10, 2016, as the sentencing date for KAREN FINLEY in the Southern District of Ohio.

3. The defense would like FINLEY's sentencing in the Southern District of Ohio to precede her sentencing before this Court. The government has no objection to scheduling FINLEY's sentencing in this Court after August 10,

1

except for the week of August 29, when government lead counsel is not available.

Wherefore, the government respectfully asks that this agreed motion to reset the sentencing date be granted, that the Court reset the sentencing of KAREN FINLEY to a date after August 10, 2016 (except for the week of August 29), and that the Court refer this sentencing matter to the Probation Department for the preparation of the Presentence Report.

    Respectfully submitted,

    ZACHARY T. FARDON
    United States Attorney

By:   /s/ Laurie Barsella
    ZACHARY T. FARDON
    LAURIE BARSELLA
    TIMOTHY J. STORINO
    Assistant United States Attorneys
    219 S. Dearborn Street, Suite 500
    Chicago, Illinois 60604
    (312) 353-5300

Dated: April 15, 2016