UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 14 CR 135-2 |
| | ) | |
| MARTIN O'MALLEY | ) | Judge Virginia M. Kendall |

PRELIMINARY ORDER OF FORFEITURE

This cause comes before the Court on motion of the United States for entry of a preliminary order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Fed. R. Crim. P. 32.2 and the Court being fully informed hereby finds as follows:

(a) On August 13, 2014, an indictment was returned charging MARTIN O'MALLEY with conspiracy, in violation Title 18, United States Code, Section 371, to commit federal program bribery, prohibited by Title 18, United States Code, Section 666(a)(1)(B), in relation to the payment of bribes in exchange for City of Chicago contracts;

(b) The indictment sought forfeiture to the United States of certain property pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

(c) On December 10, 2014, pursuant to Fed R. Crim. P. 11, defendant MARTIN O'MALLEY entered a voluntary plea of guilty to Count Fourteen of the indictment, charging him with a violation of 18 U.S.C. § 371, thereby making certain property subject to forfeiture;

(d) Pursuant to the terms of the plea agreement, as a result of his violation of 18 U.S.C. § 371, defendant MARTIN O'MALLEY agreed that funds in the amount of $98,837.84 are subject to forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as property constituting or derived from proceeds traceable to the violation;

(e) Defendant MARTIN O'MALLEY further agreed to the entry of forfeiture judgment in the amount of $98,837.84 pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

(f) Pursuant to Fed. R. Crim. P. 32.2(b)(2)(B), unless doing so is impractical, the court must enter the preliminary order of forfeiture sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant at sentencing;

(g) In accordance with this provision, the United States requests that this Court enter a preliminary order forfeiting all right, title, and interest defendant MARTIN O'MALLEY has in the foregoing property for disposition according to law;

(h) Pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2, if any of the funds in the amount of the $98,837.84 money judgment entered against defendant MARTIN O'MALLEY as a result of any act or omission of the defendant:

    1. cannot be located upon the exercise of due diligence;

    2. has been transferred or sold to, or deposited with, a third party;

    3. has been placed beyond the jurisdiction of the Court;

    4. has been substantially diminished in value, or

    5. has been commingled with other property which cannot be divided without difficulty;

the United States shall request that this Court order the forfeiture of any other property belonging to defendant MARTIN O'MALLEY up to the value of $98,837.84 in order to satisfy the judgment entered by the Court;

  (i)  The United States requests that the terms and conditions of this preliminary order of forfeiture entered by this Court be made part of the sentence imposed against defendant MARTIN O'MALLEY and included in any judgment and commitment order entered in this case against him.

  Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

  1.  That, a personal money judgment in the amount of $98,837.84 is entered against defendant MARTIN O'MALLEY;

  2.  That, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2, all right, title, and interest of defendant MARTIN O'MALLEY in funds in the amount of $98,837.84 is hereby forfeit to the United States of America for disposition according to law;

  3.  That, upon entry of this Preliminary Order of Forfeiture, the Court hereby authorizes the Attorney General or her designated representatives to conduct discovery to identify or locate property subject to forfeiture, including substitute assets, and to seize property ordered forfeited upon such terms and conditions as set forth by the Court;

  4.  That, the terms and conditions of this preliminary order of forfeiture entered by this Court be made part of the sentence imposed against defendant MARTIN O'MALLEY and included in any judgment and commitment order entered in this case against him;

  5.  This Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

                _____
                VIRGINIA M. KENDALL
                United States District Judge

DATED: 5/9/2016