UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | } | |
| | } | |
| V. | } | 14 CR 135 |
| | } | |
| | } | **JUDGE KENDALL** |
| **JOHN BILLS** | } | ( 2319) |

## MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO PSI AND SENTENCING MEMORANDUM

NOW COMES Defendant JOHN BILLS, by and through his attorney, NISHAY K. SANAN, Hereby files this motion for an Extension of Time to file Objections to the PSI and Sentencing Memorandum. In support thereof, Bills states as follow:

1) The Pre Sentence Investigation Report (PSI) was prepared on 5/13/2016 and presumed to have been mailed that day.

2) The Lead Counsel's office received the report on or about May 17, 2016.

3) Lead Counsel was out of town for work until May 19, 2016.

4) Lead Counsel is scheduled to be of town to meet with witness and in another Federal matter from May 21 to May 27, 2016.

5) Objections to the PSI are currently due on or about May 31, 2016 (May 30th being a holiday)

6) Given the complexity of this matter and the necessary time to prepare the Objections, Counsel is requesting additional time to and including June 13, 2016 to file said Objections.

7) This request is not being made to cause delay, rather to properly address the issues raised by the PSI and to properly formulate Bill's Objections and §3553 arguments.

8) Mr. Hall will cover te hearing on this Motion.

Wherefore, BILLS, requests that this Court enter an order allowing until June 13 to file his Objections and Sentencing Memorandum.

                                            Respectfully submitted,

                                            __/s/ Nishay K. Sanan_____
                                            Nishay K. Sanan

Nishay K. Sanan, Esq.
Law Offices of Nishay K. Sanan
53 W. Jackson, Suite 1437
Chicago, IL 60604
(312) 692-0360
(312) 278-2483 (fx)