UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 14 CR 135-1 |
| v. | ) | |
| | ) | Honorable Virginia Kendall |
| JOHN BILLS | ) | |

**GOVERNMENT'S UNOPPOSED MOTION FOR DISCLOSURE OF PROBATION OFFICE'S SENTENCING RECOMMENDATION**

The UNITED STATES OF AMERICA, by and through its attorney, ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, respectfully files the instant motion requesting the court issue an order directing the probation office to disclose its sentencing recommendation to the parties prior to sentencing, and states as follows:

1. Local Criminal Rule 32.1(f) provides that, while the recommendation of the presentence report is "submitted initially only to the court," the Court may in its discretion "direct disclosure of the recommendation to the defendant and defense counsel, and counsel for the government, as well." L. Cr. R. 32.1(f).

2. The government requests that the Court exercise its discretion and order disclosure here.

3. Counsel for the government has contacted counsel for defendant John Bills, who has no objection to the government's motion and requested relief.

## **CONCLUSION**

Accordingly, the government respectfully requests that this Court GRANT the instant motion and issue an order directing the probation office to disclose its sentencing recommendation to the parties prior to sentencing.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By:   */s/ Timothy J. Storino*
ZACHARY T. FARDON
LAURIE BARSELLA
TIMOTHY J. STORINO
Assistant United States Attorneys
219 S. Dearborn Street, Suite 500
Chicago, Illinois 60604
(312) 353-5300

Dated: June 13, 2016.