# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                              Case No.: 1:14–cr–00135
                                              Honorable Virginia M. Kendall

John Bills, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 27, 2016:

      AMENDED MINUTE entry before the Honorable Virginia M. Kendall as to Karen Finley. By agreement of the parties, Sentencing reset for 11/10/2016 at 10:00 AM. Sentencing position papers due on or before 10/27/2016. Responses, if any, to the Sentencing Position Paper shall be filed on or before 11/3/2016. Minute Entry [208] did not specify what defendant it referenced. Mailed notice (lk, ) (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.