UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | 14 CR 135 |
| ) | Hon. Virginia M. Kendall |
| KAREN FINLEY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT KAREN FINLEY'S**
**UNOPPOSED MOTION TO TRAVEL OUTSIDE THE CONTINENTAL UNITED**
**STATES**

NOW COMES the Defendant, KAREN FINLEY, by and through her attorneys, MONICO & SPEVACK, and respectfully asks the Court for permission to travel to Maui, Hawaii, from September 24, 2016 through October 4, 2016 with her husband.

IN SUPPORT of this Motion, Defendant states:

1. On September 10, 2014, Judge Kendall released Ms. Finley on an Unsecured Bond with no reporting requirement to Pre-Trial Services.

2. The Unsecured Bond also allows Ms. Finley to travel within the continental United States without obtaining any prior permission.

3. Ms. Finley would like to go to Hawaii with her husband.

4. Defense counsel has discussed this motion with AUSA Laurie Barsella and Ms. Barsella advised defense counsel that she does not object to the trip.

4. In February 2015 and February 2016, with the Court's permission, Ms. Finley travelled to Hawaii, with her sister.

6.	Ms. Finley is in full compliance with all of the conditions of her bond, which began in September 2014.

7.	As Ms. Finley is not currently under the supervision of Pretrial Services (a non-reporting bond), Pretrial Service has not been contacted. With respect to the past two trips, Pretrial Services took no position.

WHEREFORE, Defendant respectfully requests that this Court allow Karen Finley to travel to Maui, Hawaii, from September 24, 2016, through October 4, 2016, as requested above.

Respectfully submitted,
KAREN FINLEY

By:	/s/ Jacqueline S. Jacobson
    One of her attorneys

Jacqueline S. Jacobson
MONICO & SPEVACK
20 South Clark Street, Suite 700
Chicago, Illinois 60603
312-782-8500