Hon: Virgina M Kendall,

I can't begin to know what it is like to be a judge. I imagine that when court is in session, every day and every encounter in your courtroom places on you a responsibility to re-examine the lives of others. Being human, I imagine that this responsibility naturally lends itself to introspection causing one to re-examine their own life as well. After all, who among us has not been treated maliciously by another? Who among us has not had our heart broken? Who among us doesn't wish that we could just go back to change at least one choice that we have made? All these experiences are a part of life. It seems that having the opportunity as a judge to examine all of these things would lead to the discovery that our life – whatever the circumstances given to us – is a gift.

Another truth I imagine you see in your courts is that we cannot predict from our countless interactions which interactions will influence us the most. As Kent Nerburn writes in his book *Letters to My Son*, "Who can know which touches have meaning? A word here, a glance there, a time together, a time apart — which will be the moments that rise up in memory and shape the child who looks without judgment on all that you do and say?"

I'm writing you to tell you that the person who has influenced my life in the most meaningful and greatest way is Marty O'Malley. I'd like to tell you my story so you can see how he's made such an impact. It will take some time, but I believe you will come out better having known it, regardless of your decision. So please, grab a cup of coffee and get comfortable while I share with you this beautiful story.


May 1, 1950, Chicago, Illinois

He's 10 years old, and he's staring down at his favorite shoes. These shoes have seen him through 74 baseball games with his buddies on the block. They were with him as he pushed harder during drills for the school baseball team. When he felt too tired, like he didn't want to go on, he would shut everything else out and focus on these shoes. Somehow, they helped him push through the burning pain in his legs until he completed his drills. Sure, the stitching was frayed in some spots and the rubber toe guard was separating from the fabric a bit at the base of right big toe, but these shoes had seen him through 28 triples, 103 steals, and 33 home runs. These were his favorite, lucky shoes. Surely, they could see him through this.

He heard the doctor speaking to his grandmother. "I'm sorry Mrs. Murphy, we lost her." "Oh, no!" his grandmother shouted as she began to cry. His aunt rushes to her weeping and they begin to hold each other. Time seemed to stand still. The boy looked up and watched the scene unfolding in front of him. What was happening? He did not understand what the doctor said. What does he mean, he lost her? Where did she go? Why don't they go find her? Can't they find his mother?

"You know, there is no way I can take care of a boy on my own," he looks up to see his father talking to his aunt.

"Don't worry," she says. "We'll look after him." With that, his father glanced over at him, hollow eyed,

Exhibit A

his face ashen with grief. He then turned, walked down the corridor and out of the boy's life.

In one afternoon, the boy lost his mother, his father, and his identity. He was pretty sure that if there was a God, that God most certainly did not like him...

February 19, 1974, Reno, Nevada

"Reno Police Department, Officer Leblanc speaking."

"Yeah, this is Al Kaminski over here at the Cedar Creek Motel on Stardust. Listen, we need you to come and pick up these 2 kids. We haven't been able to get a hold of their mom for days and the guests here can't look after them."

"Yeah," Al chuckled as he went on, "Mustang Bridge, where their mom works told me to quit calling! Can you believe that? Say she's working extra shifts and is not to be disturbed. It's been almost 4 days and people here are starting to complain. This isn't the first time this has happened. The kids are bothering the other guests, asking for food and wanting them to come out to play. The little girl has been in the same dress for a week now. There's nobody around to take care of them. I just can't have this anymore, this is a motel and my people want their privacy. Poor kids. Breaks my heart to have to do this, but I don't see any other way."

"Hold on, Cedar Creek on Stardust? I remember being called out there a few months ago for a domestic disturbance and two kids were hospitalized." said officer Leblanc, thinking back. "A little boy and his younger sister. Their mom worked at Mustang Bridge and her drunk boyfriend was roughing them all up. Are these the same kids?"

"One and the same." said Al.

"Well, it's probably for the best that we come get them and put them into child protective services. I'll get the ball rolling. I'm sending a unit to your place now to get the kids."


I was three years old when the police came to take me and my brother away. I remember Al telling us he had called the police and they were coming to get us. I was confused. The police always came and took the bad men away when they would start to hurt us. They were our friends. But what had we done that was bad? Why were they coming to take us away?

Throughout the next year and a half, my older brother and I would go through four foster homes.

One day, our social worker came to get us and told us us we were moving to another place. She said we could visit our mom that day too.

I was so excited. I knew if I could just see my mom and talk to her, she'd let us come home.

She took us to this gigantic place. The cold white walls towered over us as we entered the building. The

floors were black and hard and our voices echoed every time we talked. She led us through many corridors before opening a door that revealed a cold, bare room. In this room, our mom sat waiting for us.

We dashed across the room, jumping into her arms. There was such a frenzy as we clamored for her attention. We began telling her how much we missed her along with all of the people we had met, where we had been and how glad we were to see her.

In what seemed like no time at all, our social worker announced "It's time to leave. We're going to go meet your new family."

I looked at my mom. "Can we go home with you?" I asked, searching deep into her eyes.

Her eyes went blank. "Mommy is sick and I can't take care of you right now." she stated flatly.

"Come on kids, we need to go." the social worker said grabbing us and pulling us toward the door.

My older brother was crying, "Mom! Mom!! Don't let them take us again, I want to go with you!" He was trying to pull away from the social worker as tears streamed down his face. Mom just turned away and said nothing.

I did not resist. I did not cry. I was glad to go. Something had changed in me when my mother spoke those words. I decided right then and there I was finished with my mom. I determined in my mind to never be like her and that I never wanted to see her again. I would never be used by men like she was. I would never sleep around like she did. I would never do drugs or drink alcohol. I was never going to be like her.

The family we moved in with that day would adopt us 3 years later and I set about trying to reinvent myself, burying my past from that day on.

The rest of my childhood was relatively calm. I was straight edge, did well in school and got a lot of awards and recognition for my singing and acting abilities. I had a great relationship with my adoptive mom and got a lot of fulfillment from that.

My adoptive dad was more annoyed with my presence and we had a rocky relationship. Humiliating me in public seemed to be the only attention I received from him. Mom was quick to comfort me by saying that he didn't know how to show me he loved me. So he would just "make jokes" and I shouldn't take them so seriously.

My older brother did not adjust so well to our new family. He started getting into drugs and was eventually caught when he was 13. That lead to a string of trouble with the parents, with police and him eventually running away. He was in and out of juvenile Hall, and boy's homes until he was 18.

August 11, 1999 Rogers, Arkansas

"Tracey?" I could barely understand my brother through his sobs. "Shawn? What's wrong?" I say into the phone. "Why are you crying?"

"Tracey! Your dad... He's written me a letter. He's been trying to find you... to find us since we were put into foster care! He says he wants to meet you. He says he never wanted us to feel abandoned. He always wanted us. He met our mom when she was pregnant with me. He says he named me!"

"What?" I asked. I never intended to find my biological dad. I figured he was one of the thugs our mom slept with that hit us. Shawn and I knew we were only half siblings. His last name was Johnson and mine was O'Malley before we were adopted. Also, his dark hair and brown eyes stood in stark contrast to my blonde hair and blue eyes.

"Please Tracey... just call him. He recited me his number. "It's 708.923.0887. Promise me you'll call him!" I didn't want to. "I promise." I say. "What's the number?"...

I can't say I was nice or open when I called the phone number that Shawn had given me. On the contrary, I was guarded and somewhat snide. I didn't trust this man and I wasn't about to willingly open myself up to more pain.

I can say that dad, (Martin G. O'Malley), was understanding and gracious to me.

He told me that he and my mother separated when I was 18 months old. One day, my mother kidnapped my brother and me from our daycare in Chicago, moving state to state. She changed her name and social security number. We ended up in Nevada. He told me that the state of Nevada had never contacted him nor gotten his permission to put me up for adoption. He said that while I was in foster care and ready to be adopted out in Nevada, he was paying my mother child support in the state of Georgia.

He said he kept all of the documentation throughout the years and he wanted to give it to me, so I knew for sure that he never left me. He knew what it felt like to be abandoned and he wanted me to know that he never abandoned me. That's why he never gave up looking for me.

This was something I had not expected. Throughout the years, I had drawn my own conclusions that my father was most likely a no good, junkie abuser just like the men I saw my mother with. I hadn't considered any other possibility.

Within 2 weeks, my dad came down to Arkansas to meet me. With him, he brought the briefcase. It held 27 years of documentation proving that he had never given up on me. There were papers from the Oprah Winfrey Show in the early 90's where he agreed to be a guest on the show to try and open up a line of communication with me. All of the wire transfers to my mother in the state of Georgia were in there. At least 13 of the unanswered letters that the State of Nevada sent to my mother's family asking them to come and take custody of us so we won't have to be placed in the foster care system. Documents from the DHS case worker were there and in them were all of the names of the men I remembered. Police reports that reflected the abuse I had flashbacks of. There were arrest papers for my mom for prostitution. There was also a picture of my brother, my foster mom and me at the beach. A letter accompanied it that was from my mom. There, she tells dad that we are safe with her in Georgia

and he needs to send her some money because we need to eat. She says that she took the picture and that is why she wasn't in it. Clearly a lie, since we had already been adopted and the picture was taken in Lincoln Beach Oregon.

I was 28 years old when I stood face to face with my dad. On that day, I believe the 10-year-old boy came to rescue the scared and lonely 3-year-old girl who was abandoned.

He invited me up to Chicago a few weeks later where he held a big reception for me. There were almost a hundred people who came to meet me and tell me stories about the years that dad tried to find me. They welcomed me with open arms and it was amazing to know that these people had been thinking about me throughout all of those years.

I have learned so much from him since then. He taught me that leaving the past behind doesn't mean to forget or bury it, but instead to turn back towards it and say thank you. Understanding that, for better or worse, the circumstances and people in your past shaped you into what you currently are. Being thankful for it in no way means that you agree with it or even condone it. It just means that you no longer hold on to the anger that gave it power over you. Forgiveness is essential to a happy and productive life.

My dad came looking for me, and he never gave up. That changed my life forever.

In the beginning, I stated that I can't begin to imagine the difficulty of your job. With that in mind, I am still compelled to ask you for leniency with regards to my Dad. Throughout these past 16 years, I have seen my dad stay committed to maintain his sobriety and often, I see him aid others in their quest for sobriety. He has demonstrated a passion and willingness to help others without becoming an obstacle through enabling them. I watched as he became my stepmother's caregiver when she was diagnosed with cancer in 2010. He kept her home, maintaining a full time job and was her main caregiver for the nearly 3 years she fought the disease.

Like you, I have seen him take responsibility when he makes mistakes. He has demonstrated that throughout this process. He's also taught me the importance of accepting oneself. It is only when you learn to accept yourself that you can begin to be honest with yourself.

There are many people in his circle of influence who depend on him. He drives his friends to meetings or doctor's appointments and is a trusted friend through life's many twists and turns for many people.

Needless to say, I would like to have as much time with him as possible for whatever time we still have on this earth. He is my rock and my closest friend.

Thank you for taking the time to share this story with me. I hope you were blessed by it.

Tracey O'Malley

JOSEPH E. O'MALLEY

4468 E. 5000N. Rd.
Bourbonnais, IL 60914
(708)935-3713

February 14, 2016

Dear Honorable Judge Virginia M. Kendall,

My name is Joseph O'Malley, and I am writing this to you in order to attest to Martin O'Malley's character. My biological father passed away when I was 9 months old. When I was about 4 years old my mother met and later married Mr. O'Malley. He always treated me like his own and eventually adopted me legally. He did all the things a father would do to raise me as best as he could. From riding a bike to playing baseball and golf. He imparted wisdom when I was having a hard time adjusting to school, and was there to pick up the pieces when things didn't go so well. I was not an easy teenager to raise, and we did have some differences of opinion, but I always knew I could count on him. Weather it was picking me up from school, going to different sporting events or encouraging me to joint the Army when I was unable to stay in high school. I had ADHD and was difficult to parent at times. My dad also encouraged me to pursue a life long trade and apply for the apprenticeship of the IBEW. He taught me how to be a better parent to my foster children. My mother passed away 3 years ago and he has been my rock to lean on. My father also has some health concerns which I am worried any incarceration would worsen. I respectfully request that you go lenient on my father's sentencing.

Sincerely,

*[signature: Joseph O'Malley]*

Exhibit B

# KAREN O'MALLEY, LPN.

4468 E. 5000N. Rd.
Bourbonnais, IL 60914
(815)312-0369

February 14, 2016

Dear Honorable Judge Virginia M. Kendall,

I am writing to you this day as a testament of Martin O'Malley's character. I am a Licensed Practical Nurse for the Department of Veteran's affairs, Kankakee Community Based Outpatient Clinic, and he has been my father in law for the past 10 years. My husband Joseph, (Martin's son, adopted around age 6) and I are also currently foster parents to two girls ages 4 and 5. The children have been placed with us as of October 5, 2012, and one day hopefully we will be able to adopt them and call them our own. The girls have come to know him as Grandpa Marty, and coincidentally one of the girls is named Marti. My own father passed away quite suddenly in November 2015, and my mother is suffering effects of dementia.

Grandpa Marty comes to our house every other week for Sunday dinner and has also attended various school functions such as Marti's pre-school graduation. These children have no other grandparent figure in their lives, and are quite fond of him. The girls look forward to visits with him and have often asked to invite him out to eat with us, in addition to the Sundays. They love to sit and read or just tell made up stories with him. Their eyes light up when they see him as his eyes do when he sees them.

He has often offered words of wisdom to me for direction in my own circumstances. I was encouraged to be the best I can, and go back to school for nursing. I have been encouraged to try and make more of my hobby of beaded jewelry. He has been there for me in times of grief and just simply offered empathy and a shoulder to lean on with my mother. I feel quite lucky to have him as a father in law, and now just as a father figure. It would be a great loss to our family to not have him there for us. Our girls have already suffered great losses in their short lives and at their ages it would cause them yet another unnecessary loss.

I am aware of his health issues and as a former nurse at Dwight Correctional Facility, I am also aware how the diet provided is not exactly tailored to a heart patient or diabetic's needs. I am also aware how difficult it can be to keep blood sugar under control in these circumstances.

I would like to ask you for leniency and take our family into consideration.

Sincerely,

*Karen O'Malley, LPN*

Exhibit C

# The John Marshall Law School

315 South Plymouth Court    Chicago, Illinois 60604    www.jmls.edu

Tel: 312.427.2737
Fax: 312.427.9974

**Hon. Sheila Murphy (Ret.)**
*Co-Director,*
*Restorative Justice Project*
Email: smurphy@jmls.edu
Phone: 312.427.2737 ext. 689

June 28, 2016

Hon. Virginia M. Kendall
Judge, Eastern Division
U.S. District Court, Northern District of Illinois
219 S. Dearborn St., Ste. 2378
Chicago, IL 60604

    Re: Martin O'Malley

Dear Judge Kendall,

    I am not a native to Chicago, but since the '60s I have lived on the south side in the Beverly area. This is a hard drinking part of Chicago, but with an equally large part of the community in recovery from alcohol and drugs. I have the great fortune to be in the recovery channels of Beverly since 1978. It is in the 12 step community that I met Marty O'Malley. He has been attending 12 step meetings for years. Just because we attend meetings does not mean that we are totally recovered. In fact, we are never recovered. The "ism" stays with us our whole lives. In my opinion, the best way to deal with the ism is to do service for others. Thinking only of ourselves, and our pride, and our wants and needs, is what got us into trouble in the first place. So doing service for others, and putting the needs of others before ourselves, brings us to the door of humility…which is a hard door to open and keep open.

    I suggest, Judge Kendall, that you help the citizens of Chicago and America by making Marty O'Malley make amends for his crime at no charge to taxpayers. You can do this by not sending him to prison. Instead of prison, order him to do at least five years of community service at Leo High School. This school is in the middle of gang territory. They need help. He can show up and push a broom, shovel snow, mow grass, whatever is needed. Doing service for others can help Marty become a person who lives for others. As we say in the program, "He can do the next right thing." by forgetting about himself and thinking of what he can do next to help someone else. If Leo can't use him, the JMLS Restorative Project will.

Exhibit D

June 28, 2016
Page Two

      Leo High School was where Marty went for one year. I think they'd take him. They took Ty Warner and he never went to school there. In closing, mercy for the taxpayers. Mercy for Marty.

God love you,

*Sheila M Murphy*

Hon. Sheila M. Murphy (Ret).

Cc:
Zachary T. Fardon
U.S. Attorney
Northern District of Illinois
Office of the U.S. Attorney
219 S. Dearborn St., Ste. 500
Chicago, IL 60604

Michael P. Gillespie
Gillespie & Gillespie
53 W. Jackson Blvd., Ste. 1062
Chicago, IL 60604

Jeanne Gallagher Walsh
Chief Probation Office
230 N. Dearborn St.
Chicago, IL 60604

President Daniel McGrath
Leo High School
7901 S. Sangamon
Chicago, IL 60620-2532

# BARRETT & SRAMEK
## ATTORNEYS AT LAW

Anthony M. Barrett  
Michael B. Barrett

6446 West 127th Street  
Palos Heights, IL 60463  
(708) 371-8500  
Fax (708) 371-9537

Gerald J. Sramek  
Bernadette Garrison Barrett

March 1, 2016

Honorable Virginia Kendall  
Federal Building  
Chicago, Illinois

Re: Martin O'Malley

Honorable Judge Kendall:

Martin O'Malley is to appear before you for hearing on the period of incarceration, if any, he will receive for his own actions in a matter recently concluded. Marty has accepted his responsibility and his guilt in the matter of the traffic cameras. But there is another side to this man I would like to offer to you for consideration.

I have known Marty and his late wife, Marilyn, for more than 25 years. They have been friends and clients of my office for much of that time.

Marty has been a member of a twelve step program for all of the years I have known him. He was a co-founder of a group known as the U Can Too Club, which held meetings for members in the Village of Worth for many years. I represented the Park District where the meetings were held. Many people have benefited tremendously from the seeds of that beginning. It has been a successful meeting place for more than 15 years.

Marty's wife suffered a serious and debilitating injury to her shoulder which limited her employment and therefore her income, several years ago. The resulting surgeries and expenses no doubt put a strain on both of them. Marty had been unemployed for awhile, so despite the Compensation Case there were financial burdens for them.

Marilyn was diagnosed with cancer and required additional help for even minor matters. Marty was her caregiver and loving spouse. He has an

Exhibit E

outgoing personality and that gave her a loving and caring outlook despite the terminable nature of her illness.

Marty was wrong in his misdeeds and accepts responsibility for his actions. But I implore you to consider the good side of this man when you impose sentencing on him.

If there are any questions or further information I can offer, I would be pleased to do so.

Very truly yours,

Anthony M. Barrett




**GUILDHAUS EXECUTIVE BOARD**
Robert Walsh
Michael Kelley
Michael O'Donnell
James O'Connor
George Korda
Daniel McGlaughlin
Frank Calderon
Peter Cozzi

**GUILDHAUS ADVISORY BOARD**
Senator Emil Jones III
Senator Napoleon Harris III
Senator Bill Cunningham
State Representative Robert Rita
State Representative Fran Hurley
State Representative Kelly Burke
Mayor Domingo Vargas
Mayor James Sexton
John Murphy
Robert Parchim, Attorney at Law
Dr. Robyn Jackson
Dan Krause
Honorable Shelia M. Murphy

February 22, 2016

Honorable Virginia Kendall,

I have known Martin O'Malley for approximately 20 years. Currently I am the Executive Director of Guildhaus, which is a Halfway House for men with drug and alcohol issues. We have 3 locations and have had over 14,000 men come through our doors.

Mr. O'Malley has been involved with the Guildhaus since its inception in 1987. Mr. O'Malley has literally helped hundreds of men navigate the early issues of recovery and has sponsored many of our clients. With his help and guidance hundreds of men have returned to their families, their jobs and have gone on to achieve long term sobriety because of Mr. O'Malley's commitment to them.

I implore you to consider all the men he has helped and all the men he will continue to help, with your lenience of course.

Respectfully,

Kevin Lavin,
Executive Director

Exhibit F

2413 CANAL STREET • BLUE ISLAND, ILLINOIS 60406 • (708) 385-DAAT

**Dianna Nelson**

11660 S Brookside Drive
Palos Park, IL 60464
708-379-3672
dndi@pobox.com

2/15/2016

Honorable Virginia Kendall
Dirksen Federal Building
219 S. Dearborn Street
Chicago, Illinois 60404

Dear Judge Kendall,

I am writing you today concerning Marty O'Malley. Marty has been my friend since 1978. I met him when I walked through the doors of Alcoholics Anonymous. He held out a welcoming hand and I could tell that he understood the shame I felt. The acceptance I saw from him and many others was a key element of my early recovery.

As the years progressed Marty remained a good friend. I watched in amazement through the years at how eagerly he wrapped himself into his recovery and commitment to help newcomers. Marty was instrumental in setting up an AA club called You Can Too and worked tirelessly to get it off the ground. Because of his efforts and those of others that Club is thriving in Worth Illinois and helps hundreds of people every day to gain and maintain sobriety.

Many years ago a friend of Marty's desired to set up a halfway house for men, The Guildhaus. The effort that Marty placed into helping get that house off the ground was monumental. To this day it is responsible for the recovery of hundreds of men.

On the personal side, Marty has had his share of ups and downs in life. He and his wife Marilynn have had to struggle with financial losses. Several years ago, just about the time that this case became active, Marilynn was diagnosed with inoperable cancer. I watched as he devoted his time to caring for her to make her final days filled with love and humor. Marty has a gentle heart.

My husband was diagnosed with Pulmonary Fibrosis which is incurable and fatal. Marty stepped in and drove him to AA meetings and kept in daily touch. As my husband's days become more and more difficult Marty took us to our hospital visits and helped to keep Ron's spirits up during this most difficult time. I will always be grateful for Marty.



Exhibit G

When my husband died, I leaned on Marty as my example of how to cope with the loss of a mate. I remembered how he showed me that the best way to get over my own grief was to reach out to help others and even though I often fall short, I do my best. I suspect that my husband talked to Marty and asked him to keep an eye on me, because Marty has stood next to me as my absolute best support. Little things like, my washing machine broke, and my furnace needed some work and I needed my smoke detector batteries replaced and I'm afraid of heights so he climbed up. I know those seem like silly little things but they are important to me.

Every Monday he and I have dinner together and then attend an AA meeting locally. It is a time for us to catch up and share our week experiences. Lately he has had some medical issues. His heart is not all that strong and his Diabetes is not as controlled as it should be. So I lecture him and he returns the favor.

I guess what I want to say to you is Marty is my good true friend who became wrapped up with a gentleman who offered him a good job at a rough time in his life. Once he became enmeshed in the situation it was hard for him to disengage. I am absolutely positive that Marty is a good person and a wonderful friend.

Please be gentle with him.

Warm regards,

*Dianna Nelson*

Dianna Nelson

To Whom It May Concern,

I am writing this letter on behalf of Mr. Martin O'Malley. I met Mr. O'Malley 20 years ago through A.A. It was a fellow police officer who introduced us. That officer has since passed away with many years of sobriety. Mr. O'Malley has played an important role in my sobriety over the last 20 years. Many times throughout the years when I felt like just giving up because of the stressful times in my life, Mr. O'Malley has been there to support me in my trying times. Needless to say, I have observed Mr. O'Malley work with fellow A.A. members with the same kind of compassion and support he gave me. I have since retired from the Chicago Police Department. I have spent 15 out of my 30 years of service as a Certified C.A.C.D./Substance Abuse Counselor and I'm still certified with the state. Over the years I still seek advice and guidance from Mr. O'Malley. I believe the Mr. O'Malley will continue to be an asset and assist others with their sobriety.

If I am needed in any other manner regarding Mr. O'Malley, please don't hesitate to contact me at the number attached.

Thanking you in advanced.

F. X. Calerdon

*Francis X. Calderon*

Francis X. Calderon

Exhibit H

2/21/2016

To Whom It May Concern:

   This letter is in regards to Martin O'Malley. I have personally known him for over 20 years. During that time I have been able to bear witness to the positive influence he has been on the lives of numerous people seeking help. Martin has been an avid supporter of those in the recovery community. When someone is facing their darkest times, Martin doesn't hesitate to greet them with a smile, shake of the hand and words of encouragement. He has been responsible for countless men and women getting sober and maintaining their sobriety. Due to his actions, Martin has guided these individuals to have a more positive life, as demonstrated by their increased values for their family, employment, health, education and social life.

   Martin has not allowed the events occurring to affect his upbeat personality. He continues to encourage those in recovery to live happier and healthier lives. His continued guidance to those involved with recovering from substance abuse is a true illustration of his character. Martin is a mentor to many and I am proud to call this man my friend.

Sincerely,

John B. Kapustianyk Sr.
(773) 203 – 8521

Exhibit I

Martin A. Lee
3112 W. 107th Street
Chicago, IL 60655

February 8, 2016

Subject: Character Reference for Martin O'Malley

The Honorable Judge Virginia Kendall, US District Court:

Your Honor,

My name is Martin A. Lee. I am 67 years old, married with three sons. I am a retired Chicago Police Detective. I live at 3112 W. 107th Street in Chicago in the Mount Greenwood neighborhood and am a parishioner of St. Christina Church. I have known Mr. Martin O'Malley for at least 20 years and consider Marty a close personal friend.

Judge, I am also a grateful recovering alcoholic with 21 years of continuous sobriety. I have had the pleasure of seeing Marty O'Malley at least three time a week at Alcoholics Anonymous meetings and know him personally. I have seen Marty give his time and consultation to help countless troubled people recover from the debilitating disease of alcoholism. These recoveries are a direct result of Marty's patience, knowledge and willingness to share his own experiences. He is a true example of humility. In all my years and the hundreds of people I have known in the AA program I can say that Marty is a true leader and example for people attempting to change their lives. He has been a person I emulate and truly respect. These are not just my feelings but those of many others and mutual friends.

Judge, I knew when Marty first took the job from John Bills that he was unemployed and desperately needed a job with insurance. I also knew his wife, Marilyn, who was being treated for terminal cancer. I am not excusing in any way what he did but just want to let you know some of the circumstances surrounding this job.

Judge, I consider my self very fortunate to be a personal friend of Martin O'Malley. I can honestly say that this is so out of character for Marty to be in the middle of. I do know what he did and also do not excuse his behavior but he is great guy. Many people in the AA community will be at a loss without his influence which has contributed to the recovery of so many who have become sober and responsible persons. I am sure this is a one time and only experience and he has expressed his deepest regrets to me.

I am available to you at any time at 773-233-0649. Thanking you,

Yours sincerely,

*Martin A Lee*

Martin A. Lee
3112 W. 107th Street
Chicago, IL 60655

Exhibit J

2/15/16

Dear Most Honorable Judge Kendall

My name is Ruth Bukalski. I have known Martin O'Malley (Marty) as a friend for 30 of my 38 yrs in A.A.

We attend many meetings at the same place. Marty has always had a positive attitude, even at one of the darkest times of his life, when his wife of over 30 yrs. was diagnosed with cancer, he never failed to extend his hand to the still suffering or new member of AA. At the same time he managed to care for Marilynn. Attempting to fill her final days with much love and laughter.

I have never known Marty to be anything but kind and considerate.

Our hopes and prayers are that at this time in his life he is able to find peace.

Thank you very much for your consideration of the rest of his life.

Sincerely
Ruth Bukalski
15713 Forkendt
Orland Park, Il. 60462

Exhibit K

3/2/2016

Honorable Virginia Kendall
Dirksen Federal Building
219 S. Dearborn Street
Chicago, Illinois 60404

Dear Judge Kendall,

I am writing to you on behalf of a good man who I admire so very much. His name is Martin O'Malley and he was a good friend of my father, Jack King. In 1981 my dad founded The Guildhaus, a halfway house for men who had lost everything as a result of alcohol and drug addictions. Marty O'Malley was very instrumental in getting The Guildhaus started and is responsible for saving thousands of men's lives and restoring their families. He helps these men in their recovery to becoming good and outstanding and productive members of society. Marty as well as many other men worked tirelessly with my father giving freely of their time to give back what was freely given to them. They gave these men and their families a second chance at life.

My father spoke of Marty frequently and was so grateful to him for all he did for Guildhaus and helping these men with his experience, strength and hope. If it wasn't for men like Marty helping my father, there would have never been a Guildhaus. Guildhaus is growing stronger and stronger each year and continues to save many thousands of men with addictions. My dad was very proud to be a friend of Marty O'Malley.

My hope is that you give Marty O'Malley a second chance just as he has given thousands of men throughout the years a second chance of life.

Sincerely,

*Kelly King Hickey*

Kelly King Hickey
5109 W 100th Street
Oak Lawn, IL 60453
708-691-6085

Exhibit L