IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 14 CR 135-1 |
| | ) | |
| v. | ) | Honorable Virginia Kendall |
| | ) | |
| JOHN BILLS, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that the Defendant, JOHN BILLS, appeals to the United States Court of Appeals for the Seventh Circuit from the jury verdict of guilty on all counts entered on January 26, 2016. The verdict was followed by this Court sentencing the Defendant on August 29, 2016, to a term of imprisonment of ten years in the United States Bureau of Prisons for the following offenses:

1. Mail fraud in violation of 18 U.S.C. §§ 1341 and 1346;

2. Wire fraud in violation of 18 U.S.C. § 1343;

3. Extortion in violation of 18 U.S.C. § 1951(a);

4. Conspiracy to solicit and accept bribes in violation of 18 U.S.C. § 371;

5. Bribery in violation of 18 U.S.C. § 666(a)(1)(B); and

6. Tax fraud in violation of 26 U.S.C. § 7206(1).

Dated: September 10, 2016.

                                                          Respectfully submitted,

                                                          <u>/s/ Stephen F. Hall</u>
                                                          Stephen F. Hall


One of the attorneys for John Bills

Law Office of Damon M. Cheronis
140 South Dearborn Street,
Suite 411
Chicago, Illinois 60603
(312) 663-4644
stephen@cheronislaw.com