IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 14 CR 135 |
| | ) | |
| JOHN BILLS, | ) | Honorable Virginia M. Kendall |
| | ) | |
| Defendant. | ) | |

## MOTION TO PROCEED ON APPEAL *IN FORMA PAUPERIS*

COMES NOW the Defendant, JOHN BILLS, by his attorney, motioning this Court for leave to proceed on appeal *in forma pauperis* and for appointment of counsel, and in support thereof states:

1. On January 26, 2016, the jury which heard the trial of Defendant Bills convicted him on all counts of indictment.

2. On August 29, 2016, this Court sentenced Defendant Bills to a term of incarceration of ten years in the United States Bureau of Prisons.

3. On September 10, 2016, Defendant Bills filed his notice of appeal with this Court.

4. Based on the attached Financial Affidavit (attached hereto as Exhibit A), Defendant Bills does not possess the funds or resources to retain private counsel to pursue his appeal in this matter.

5. Based on Defendant Bills' Financial Affidavit, it appears that his financial status is such that this Court should grant him leave to appeal *in forma pauperis*.

6. Should this Court grant Defendant Bills' instant motion, Bills further requests pursuant to the Criminal Justice Act, that this Court appoint his counsel, Stephen F. Hall, to represent him on the appeal of his case.

7. Should this Court appoint Mr. Hall to represent Defendant Bills on appeal, counsel Nishay K. Sanan, respectfully requests leave to withdraw from this matter.

WHEREFORE, Defendant Bills respectfully requests leave of this Court to proceed *in forma pauperis* on appeal, and for the appointment of counsel, Stephen F. Hall, as counsel on appeal.

Dated: September 12, 2016

| | |
|---|---|
| /s/ Nishay K. Sanan | /s/Stephen F. Hall |
| Nishay K. Sanan, <br> One of the Attorneys for <br> Defendant John Bills | Stephen F. Hall <br> One of the Attorneys for <br> Defendant John Bills |
| Law Office of Nishay K. Sanan | Law Office of Damon M. Cheronis |
| 53 W. Jackson Boulevard, <br> Suite 1437 <br> Chicago, Illinois 60604 <br> (312) 692-0360 <br> nsanan@aol.com | 140 South Dearborn Street <br> Suite 411 <br> Chicago, Illinois 60603 <br> (312) 663-4644 <br> stephen@cheronislaw.com |