UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| | ) | No. 14 CR 135-2 |
| Defendant, | ) | |
| | ) | Judge Virginia M. Kendall |
| and | ) | |
| | ) | |
| BYLINE BANK, | ) | |
| | ) | |
| Third Party Citation Respondent. | ) | |

### **MOTION FOR TURNOVER ORDER**

The United States, by Zachary T. Fardon, United States Attorney for the Northern District

of Illinois, moves this court for a turnover order, and in support states as follows:

1.      Judgment in the captioned matter was entered in favor of the United States and

against the defendant on September 12, 2016.  As of December 1, 2016, the defendant has an

outstanding balance of $2,035,259.11.

2.      The United States may use any federal or state procedure to enforce the judgment.

18 U.S.C. §§ 3613(a) and (f).  A citation to discover assets directed to the respondent was issued

on the judgment on November 15, 2016 and served on the respondent on November 16, 2016.  The

defendant was served on November 16, 2016 with statutory notice.

3.      Pursuant to the citation to discover assets, the respondent answered on November

17, 2016.  A copy of the answer is attached as Exhibit A.  The defendant was served with a copy

of the answer by the respondent, as reflected in paragraph 9 of the answer.  In its answer, the

respondent stated that at the time the citation was served, the respondent had in its possession or under its control, property belonging to the defendant, Martin O'Malley, in the form of a money market account with a balance of $34,480.59 and a checking account with a balance of $357.77. Based upon the respondent's answer, the United States is entitled to $34,480.59, which represents the defendant's nonexempt interest in the money market account being held by the respondent. 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334. The United States forgoes its rights to the funds in the checking account.

4. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases; accordingly, all payments should have 14 CR 135-2 written in the lower left corner of the check and be submitted to: Clerk of the Court, U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604.

5. The United States has provided all notices required by law.

WHEREFORE, the United States moves for entry of a turnover order directing the respondent, Byline Bank, to submit to the Clerk of the Court $34,480.59, which represents the defendant's nonexempt interest in the balance in the money market account, for application to the defendant's outstanding judgment.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Joseph A. Stewart
  JOSEPH A. STEWART
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois 60604
  312-469-6008
  joseph.stewart@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
**ANSWER OF THIRD PARTY CITATION RESPONDENT**

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| v. | ) |
| | ) No. 14 CR 135-2 |
| Martin O'Malley, | ) |
| | ) |
| Defendant, | ) |
| | ) Judge: Virginia M. Kendall |
| and | ) |
| | ) |
| Byline Bank, | ) |
| | ) |
| Third Party Citation Respondent. | ) |

I, _Diana Abel_ , the _legal clerk_ of Respondent, _Byline Bank_, state
    (name)         (title)
under penalty of perjury as follows:

The Respondent is a _Corp_ organized under the laws of the State of _IL_.
    (partnership, corporation)

On _11/17/16_, Respondent was served with the Third Party Citation to Discover Assets. With respect to the judgment debtor, Martin O'Malley, on the day Respondent was served with the Citation, Respondent had in its possession or control the following property of the judgment debtor:

1. **Financial Accounts**

**Account 1**

Account type: _Checking_
Account No.: _*7521_
Amount: $ _357.77_
Amount withheld: $ _357.77_

**Account 2**

Account type: _money market_
Account No.: _*4565_
Amount: $ _34,480.59_
Amount withheld: $ _34,480.59_

**Account 3**

Account type:_____
Account No.:_____
Amount: $_____
Amount withheld: $_____

**Account 4**

Account type:_____
Account No.:_____
Amount: $_____
Amount withheld: $_____

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this _17_ day of _Nov_, 2016.

D. Abel

(Please print and sign name.)

Phone No. _773-475-2907_