UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | 14 CR 135 |
| ) | Hon. Virginia M. Kendall's case |
| KAREN FINLEY, ) | |
| ) | |
| Defendant. ) | |

### (UNCONTESTED) EMERGENCY MOTION TO DELAY REPORTING DATE THIRTY (30) DAYS FROM JANUARY 3, 2017, TO FEBRUARY 6, 2017

NOW COMES the Defendant, KAREN FINLEY, by and through her attorneys, MONICO & SPEVACK, and respectfully request the Court delay her reporting date from January 3, 2017, to February 6, 2017.

The Government does not object to this Motion.

IN SUPPORT of this Motion, Defendant states:

1. On November 18, 2016, this Court sentenced the Defendant to serve a thirty (30) month prison sentence. The sentence is to run concurrent to a sentence Defendant received in the Southern District of Ohio arising out of the same facts. Defendant is separately moving the Court in Ohio for an extension of the reporting date.

2. Defendant is filing this Motion as an Emergency because her reporting date in January 3, 2017, and she brings it before the Emergency Judge because Judge Kendall is away and unavailable.

3. On December 22, 2016, Defendant visited Dr. Michelle Jao-Velasquez, M.D., for an evaluation of chronic GERD (Gastroesophageal Reflux Disease). Dr. Jao-Velasquez initiated management of her condition, but recommended Defendant see a GI specialist for further evaluation and management. Unfortunately, this may take some time to complete. Defendant has appended to this Motion as Exhibit A a letter from Dr. Velasquez.

4. Dr. Velasquez recommends that Defendant's surrender date be extended at least one month, if possible, to get the necessary testing done prior to Defendant serving her thirty (30) months sentence.

5. One of Defendant's counsel has spoken to Laura Barsella, the AUSA on the case, and she has no objection to a thirty (30) day extension.

WHEREFORE, Defendant respectfully requests the Court continue Defendant's reporting date from January 3, 2017, to February 6, 2017.

                                            Respectfully submitted,
                                            KAREN FINLEY

                                    By:    /s/ Barry A. Spevack

MONICO & SPEVACK
20 South Clark Street
Suite 700
Chicago, Illinois 60603
312-782-8500
    Attorneys for Defendant



**Desert Ridge Family Physicians**
20940 N. Tatum Blvd, Suite 300
Phoenix, AZ 85050-7273
480-607-0060  fax: 480-607-5809
www.DesertRidgeFP.com

12/22/2016

**Re: Karen Finley**
**D.O.B. 09/19/1959**

To whom it may concern,

I am writing in reference to Karen Finley who was seen in my office today for evaluation of chronic GERD (Gastroesophageal Reflux Disease). I have initiated management of her condition but recommend she see a GI specialist for further evaluation and management. Unfortunately, this may take some time to complete.

I would recommend postponing her self surrender to the Federal Correctional Institution for at least one month, if possible, in order to get the necessary testing done prior to her serving her 30 months in Victorville, CA.

Thank you for your kind consideration.

Sincerely,

*[signature]*

Michelle Jao-Velasquez MD

---

Desert Ridge Family Physicians  *  20940 N. Tatum Blvd., Suite 300  *  Phoenix, AZ  85050  *  (480) 607-0060  *  Fax: (480) 607-5809