**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| United States of America , Plaintiff(s), v. Karen Finley, Defendant(s). | Case No. 14-cr-135 Judge Virginia M. Kendall |

### ORDER

Uncontested emergency motion to delay reporting date thirty (30) days from January 3, 2017, to February 6, 2017 [268] is granted.

Date: 12/27/2016        /s/ Sara L. Ellis (Emergency Judge)